Jill M. Sessions
Bossier Parish Clerk of Court
**1182995**
Recorded On: 01/09/2018 08:53 AM

W.A. LUCKY, III

VERSUS

BARBARA MARIE CAREY
CARR LOLLAR

DOCKET NO. 127,573-F

26TH JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISIANA

## JUDGMENT

The Court has considered the evidence adduced at the trial herein, and has considered the law and all of the briefs filed by counsel for the parties, along with the arguments of counsel herein. The Court rendered its written Opinion on December 19, 2017. For the reasons expressed in this Court's written opinion rendered and signed on December 19, 2017, there is hereby judgment as follows.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is rendered in favor of the plaintiff, WILLIAM A. LUCKY, III, and against the defendant, BARBARA MARIE CAREY CARR LOLLAR f/k/a BARBARA MARIE CAREY CARR, in the principal amount of ONE MILLION, SEVEN HUNDRED NINETY-NINE THOUSAND, FOUR HUNDRED FIFTY AND 52/100 DOLLARS ($1,799,450.52), plus judicial interest on the aforesaid amount from the date of judicial demand until paid in full and all costs associated with this proceeding.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the reconventional demand of the defendant, BARBARA MARIE CAREY CARR LOLLAR f/k/a BARBARA MARIE CAREY CARR, against the plaintiff, WILLIAM A. LUCKY, III, is hereby dismissed with prejudice.

JUDGMENT RENDERED at Benton, Bossier Parish, Louisiana on the 19th day of December, 2017.

FILED
JAN - 5 2018
Sara E. Halphen
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Exhibit A

JUDGMENT READ AND SIGNED in Chambers, in Benton, Bossier Parish, Louisiana on this ___5___ day of _____, 2018.

_____
A. PARKER SELF,
DISTRICT JUDGE

**PREPARED BY:**

AYRES, SHELTON, WILLIAMS,
BENSON & PAINE, LLC

By: _____
Lee H. Ayres, La Bar No. 18770
Curtis R. Shelton, La Bar No. 17137
Stacey Smith Melerine La Bar No. 34099
Suite 1400, Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
Telephone: (318) 227-3500
Facsimile: (318) 227-3980
E-mail: leeayres@arklatexlaw.com
        curtisshelton@arklatexlaw.com
        staceymelerine@arklatexlaw.com

and

WIENER, WEISS & MADISON
R. Joseph Naus, La Bar No. 17074
333 Texas Street, Suite 2350
Shreveport, LA 71101
Telephone: (318) 226-9100
Facsimile:  (318) 424-5128
Email: rjnaus@wwmlaw.com

ATTORNEYS FOR W.A. LUCKY, III

**APPROVED AS TO FORM AND CONTENT:**

By: _____
    Randall S. Davidson, LSBA No. 4715
    Julia E. Blewer, LSBA No. 20110
    J. Davis Powell, LSBA No. 33631
    Andrew D. Martin, LSBA No. 34947
DAVIDSON SUMMERS, APLC
330 Marshall St. Suite 1114
Shreveport LA 71101
Telephone: (318) 424-4342
Facsimile: (318) 226-0168
E-mail: rsdav@davidsonsummers.com
       jblewer@davidsonsummers.com
       dpowell@davidsonsummers.com
       dmartin@davidsonsummers.com

ATTORNEYS FOR DEFENDANT,
BARBARA MARIE CAREY CARR LOLLAR

**PLEASE SERVE NOTICE OF JUDGMENT ON:**

WILLIAM A. LUCKY, III AND
DARRELL JANS AS TRUSTEE OF
THE VICKIE LUCKY TRUST
through their counsel of record:
Mr. Lee. H. Ayres
Mr. Curtis R. Shelton
Ms. Stacey Smith Melerine
333 Texas Street, 14th Floor
Shreveport, Louisiana 71101

AND

BARBARA MARIE CAREY CARR LOLLAR
through her counsel of record:
Randall S. Davidson, LSBA No. 4715
Julia E. Blewer
J. Davis Powell
Andrew D. Martin
330 Marshall Street, Suite 1114
Shreveport, LA 71101

Exhibit A