# APPRAISEMENT SHEET

| | |
|---|---|
| Suit No: (08) 127573 | BENTON, LA |
| W. A. Lucky, III | 26th Judicial District |
| vs | Parish of Bossier |
| Barbara Marie Carey Carr | State of Louisiana |

We, the undersigned, having been appointed to appraise the property advertised for sale by the Sheriff in the above entitled and numbered cause, do solemnly swear that in making said appraisement, we have acted fairly and impartially and have made a true value of what the said property is worth in cash, to the best of our knowledge, information, and belief.

_Chad M. Garland_
1. Plaintiff (sheriff) Appraiser
Sworn to and subscribed before me this
5th day of October, 2018.

_Elizabeth A. Parker_
Name: Elizabeth A. Parker
Notary I.D./Bar Roll No.: 64118
My commission expires: Life

2. Defendant (sheriff) Appraiser
Sworn to and subscribed before me this
____ day of _____, 2018.

_____
Deputy Sheriff

3. Third (sheriff) Appraiser
Sworn to and subscribed before me this
____ day of _____, 2018.

_____
Deputy Sheriff

ELIZABETH A. PARKER, NOTARY PUBLIC
BOSSIER PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY ID # 64118

That certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022.

$173,000.00
APPRAISEMENT

2/3 of Appraisement
_Chad M. Garland, CPA, ASA, ABV, CVA_       $173,000.00
1. Plaintiff (sheriff) Appraiser             Appraisement

2. Defendant (sheriff) Appraiser             Appraisement

3. Third (sheriff) Appraiser                 Appraisement

ATTORNEY: CURTIS R. SHELTON
333 Texas street, Suite 1400
Shreveport, LA 71101
(318) 227-3500

Exhibit H