# APPRAISEMENT SHEET

| | | |
|---|---|---|
| Suit No: | (08) 127573<br>W. A. LUCKY, III<br>VS<br>BARBARA MARIE CAREY CARR | BENTON, LA<br>26th Judicial District<br>Parish of Bossier<br>State of Louisiana |

We, the undersigned, having been appointed to appraise the property advertised for sale by the Sheriff in the above entitled and numbered cause, do solemnly swear that in making said appraisement we have acted fairly and impartially and have made a true value of what said property is worth in cash, to the best of our knowledge, information and belief.

1. Plaintiff (sheriff) Appraiser
Sworn to and subsribed before me this
\_\_\_\_\_ day of _____, 2018

_[signature]_ CPA, ABV (John Dean)

Deputy Sheriff

2. Defendant (sheriff) Appraiser
Sworn to and subsribed before me this
**18** day of **OCTOBER**, 2018

_[signature: Kim Flournay]_

Deputy Sheriff

3. Third (sheriff) Appraiser
Sworn to and subsribed before me this
\_\_\_\_\_ day of _____, 2018

Deputy Sheriff

## APPRAISEMENT

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

NON-CERTIFIED COPY

Exhibit I

---

**2/3 of Appraisement**

| 1. Plaintiff (sheriff) Appraiser | Appraisment |
|---|---|
| _[signature]_, CPA, ABV | $1,478,048.68 |
| 2. Defendant (sheriff) Appraiser | Appraisment |

| 3. Third (sheriff) Appraiser | Appraisment |
|---|---|

**Attorney:** Curtis R. Shelton
P. O. Box 22260

Shreveport, LA  71120-2260
318-221-6277

NON-CERTIFIED COPY

Exhibit I