UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| VERSUS | DISTRICT JUDGE: HON. ELIZABETH E. FOOTE |
| LUCKY FAMILY, L.L.C., ET AL. | MAGISTRATE JUDGE: HON. KAREN L. HAYES |

**ORDER**

CONSIDERING the Motion to Enroll Counsel filed herein,

It is hereby ordered the motion is granted and R. Joseph Naus, Marjorie Frazier, of the firm of Wiener, Weiss & Madison shall be enrolled herein as additional counsel of record for W. A. Lucky, III.

THUS DONE AND SIGNED at Monroe, Louisiana on this 11th day of October _, 2019.

_____
JUDGE