UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MAGNOLIA ISLAND PLANTATION L L C ET AL** | **CASE NO. 5:18-CV-01526** |
| **VERSUS** | **JUDGE FOOTE** |
| **LUCKY FAMILY L L C ET AL** | **MAG. JUDGE HAYES** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion to Suspend Payments or to Deposit with the Court (Document No. 57) filed by Magnolia on October 18, 2019 has been referred to the Honorable Elizabeth Erny Foote.

### Deadlines

Responses to said motion are due by Friday, October 25, 2019, at noon. Leave of court will be required to file any additional brief. Responses not timely filed will not be considered.

### No Oral Argument

It is generally the policy of this Court to decide motions on the basis of the record without oral argument. Should the Court feel oral argument is necessary, all parties will be notified. Any party may request oral argument by motion. The motion should specify the need for argument. The Court will notify all parties of its decision to grant or deny oral argument. Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.

### Courtesy Copies Required

At the time of filing, an electronic copy of the motions and briefs including attachments shall be e-mailed in Word format to:

**foote_motions@lawd.uscourts.gov**

**DATE OF NOTICE: October 21, 2019**

TONY R. MOORE
CLERK OF COURT