**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MAGNOLIA ISLAND                                 CIVIL ACTION NO. 18-1526
PLANTATION, LLC, ET AL.

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

LUCKY FAMILY, LLC, ET AL.                       MAGISTRATE JUDGE KAREN HAYES


**ORDER**

After consideration of the Motion for Leave to File Reply Memorandum (Record Document 62) filed by Plaintiffs Magnolia Island Plantation and Barbara Marie Carey Lollar, this Court **DENIES** Plaintiffs' Leave to File a Reply Memorandum. To comply with the pending November 1, 2019 deadline, the Court will allow Plaintiffs to file a Motion for Reconsideration as to the Court's Order denying Motion for Suspension of Promissory Note Payments During the Pendency of the Suit, or Alternatively, to Deposit Payments with the Court (Record Document 64) by **1:00 pm, October 31, 2019**.

**IT IS ORDERED**, that the Motion for Leave to File Reply Memorandum (Record Document 62) filed by Plaintiffs Magnolia Island Plantation and Barbara Marie Carey Lollar is hereby **DENIED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 31st day of October, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT