UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>DISTRICT JUDGE ELIZABETH FOOTE<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS ORDERED that the Consent Motion to Extend Deadlines is hereby GRANTED and, accordingly, the deadline for expert deposition completion is extended to December 20, 2019 and the deadline for dispositive motions is extended to December 23, 2019.

ORDERED AND SIGNED in Monroe, Louisiana on this 16th day of December, 2019.

_____
JUDGE