UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| VERSUS | DISTRICT JUDGE: HON. S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., ET AL. | MAGISTRATE JUDGE: HON. KAREN L. HAYES |

**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes W.A. LUCKY, III (hereinafter referred to as "Movant"), who respectfully moves this Honorable Court to grant summary judgment in his favor against plaintiffs Barbara Marie Carey Lollar and Magnolia Island Plantation, L.L.C., because there is no genuine issue of material fact and movant is entitled to judgment as a matter of law. Movant respectfully represents:

1. The status of this action is that it is scheduled for a jury trial on April 13, 2020. Amended Scheduling Order, Document No. 52. A deadline of August 23, 2019, was set for dispositive motions. Document No. 77. Therefore, this motion is timely.

2. The following are submitted in support of this motion:

    A. Statement of Undisputed Facts in Support of Motion for Summary Judgment;

    B. Exhibits 1 through 70; and

    C. Memorandum in Support of Motion for Summary Judgment.

3. Movant shows that there is no genuine dispute as to any material fact, and that, as a matter of law, the plaintiffs have no claim against Movant.

WHEREFORE, W.A. LUCKY, III PRAYS that the Court grant summary judgment in favor of W.A. LUCKY, III and against the plaintiffs dismissal all claims pleaded herein by plaintiffs.

                                  AYRES, SHELTON, WILLIAMS,
                                  BENSON & PAINE, LLC


                                By: /s/ Curtis R. Shelton
                                      Curtis R. Shelton
                                La. Bar Roll No. 17137
                                333 Texas Street, Suite 1400 (71101)
                                P. O. Box 1764
                                Shreveport, LA 71166
                                Telephone: (318) 227-3500
                                Facsimile: (318) 227-3980
                                Email: curtisshelton@arklatexlaw.com

                                WIENER, WEISS & MADISON
                                A Professional Corporation


                                By: /s/ R. Joseph Naus
                                   R. Joseph Naus, #17074
                                   Marjorie Frazier, #32991
                                330 Marshall Street, Suite 1000 (71101)
                                P. O. Box 21990
                                Shreveport, LA 71120-1990
                                Telephone: (318) 226-9100
                                Facsimile: (318) 424-5128
                                E-mail: rjnaus@wwmlaw.com
                                E-mail mfrazier@wwmlaw.com

                                ATTORNEYS FOR W. A. LUCKY, III