UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR | § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| Plaintiffs | § | |
| VS | § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON | § § § § | |
| Defendants | § § | MAGISTRATE JUDGE KAREN HAYES Jury Trial Demanded |

## ORDER

Considering the foregoing motion *Consent Motion to Extend Deadlines:*

**IT IS ORDERED** that the *Consent Motion to Extend Deadlines* is hereby GRANTED, and, accordingly, the deadlines for responses to the summary judgment motions filed at Rec. Docs. 79, 80, 82, 83 and 84 shall be extended to January 20, 2020, with the deadlines for replies extended to January 27, 2020.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 2nd day of January, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT