UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>DISTRICT JUDGE MAURICE HICKS<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## AMENDED AND CORRECTED
## MOTION FOR SUMMARY JUDGMENT

Now into Court, through undersigned counsel, comes Bossier Parish Sheriff Julian C. Whittington, in his official capacity (hereinafter "Defendant"), who moves for summary judgment upon each of Plaintiffs' claims against Defendant as set forth more fully in the accompanying memorandum in support of summary judgment.

WHEREFORE, Defendant prays that his Motion for Summary Judgment be granted, dismissing all Plaintiffs' claims against Defendant, *with prejudice,* at their cost.

Respectfully submitted by:

LANGLEY, PARKS & MAXWELL, LLC

By:  S / Julianna P. Parks
   Glenn L. Langley, Bar Roll No. 8019
   Julianna P. Parks, Bar Roll No. 30658
401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone

**Attorney for Julian C. Whittington,
Sheriff of Bossier Parish**