

EXHIBIT 1

## WRIT OF FIERI FACIAS

W.A. LUCKY, III  
V.S.  
BARBARA MARIE CAREY CARR  
DOCKET NUMBER: C-127573

TWENTY-SIXTH JUDICIAL DISTRICT  
PARISH OF BOSSIER  
STATE OF LOUISIANA

TO: THE HONORABLE JULIAN WHITTINGTON, Sheriff of the Parish of BOSSIER, Greeting:

WE COMMAND YOU, That by seizure and sale of the property, real and personal, rights and credits of

BARBARA MARIE CAREY CARR LOLLAR  
F/K/A BARBARA MARIE CAREY CARR  
6225 TRIBUTARY COURT  
BOSSIER CITY, LA 71112



RECEIVED JUN - 8 2018

in the manner prescribed by law, you cause to be made the sum of

$1,799,450.52

as well as your own charges, to satisfy a judgment lately rendered against the said BARBARA MARIE CAREY CARR LOLLAR F/K/A BARBARA MARIE CAREY CARR in our said Court, for the Parish of Bossier, in favor of the said

W.A. LUCKY III

And how you have executed this writ you make return to our said Court, as the law directs.

WITNESS THE HONORABLE JUDGES OF OUR SAID COURT, THIS THE 7th DAY OF JUNE, 2018.

JILL M. SESSIONS, CLERK OF COURT

*Sara E Halphen*  
Deputy Clerk of Twenty-Sixth Judicial  
District Court, Bossier Parish, LA

ATTORNEY:  
CURTIS R. SHELTON  
Ayres, Shelton, Williams,  
Benson & Paine, LLC  
318-227-3500

BSO 001