12/23/2019 11:54:29AM     CLERK OF COURT - BOSSIER CLERK OF COURT PARISH     EXHIBIT 2

**Judge: SELF, PARKER Session: 7/5/2018**

BE IT REMEMBERED, ON THIS THE 5TH DAY OF JULY, 2018, COURT OPENED PURSUANT TO ADJOURNMENT, WITH THE HONORABLE PARKER SELF IN COURTROOM " 2-B ", BEING PRESENT WHEN THE FOLLOWING ORDERS WERE MADE AND PROCEEDINGS HAD, TO-WIT:

C-127573
1
07/05/2018

CASE IS CALLED FOR MOTION FOR PRODUCTION OF PROPERTY. ATTY CURTIS SHELTON IS PRESENT REPRESENTING THE PLAINTIFF, W. A. LUCKY III, ALSO PRESENT. ATTY J. DAVIS POWELL AND RANDALL DAVIDSON IS PRESENT REPRESENTING THE DEFENDANT, BARBARA CARR LOLLAR, ALSO PRESENT. ATTORNEYS MAKE ARGUMENTS TO THE COURT. MADAME CLERK ADVISES THE WRIT OF FIERI FACIAS WAS ISSUED TO THE SHERIFF ON JUNE 8, 2018. COURT QUESTIONS ATTY DAVIDSON IF THE PROMISSORY NOTE IS PRESENT PURSUANT TO THE SUBPOENA DUCES TECUM; ATTY DAVIDSON ADVISES HE HAS THE PROMISSORY NOTE. AFTER BRIEF ARGUMENTS ARE HEARD, COURT NOTES THE WRIT OF FIFA HAS BEEN ISSUED AND ORDERS THE PROMISSORY NOTE BE SEIZED AS REQUESTED. ATTY DAVIDSON'S OBJECTION IS NOTED FOR THE RECORD. ATTORNEYS WILL PROCEED TO THE CIVIL DEPARTMENT OF THE SHERIFF'S OFFICE TO FORFEIT THE PROMISSORY NOTE. (SELF)

WHEREUPON, COURT ADJOURNED.

HONORABLE JUDGE: PARKER SELF
COURT REPORTER: CINDY WALLER
DEPUTY CLERK: SARA HALPHEN

**Judge: SELF, PARKER Session: 2/1/2018**

BE IT REMEMBERED, ON THIS THE 1st DAY OF FEBRUARY, 2018, COURT OPENED PURSUANT TO ADJOURNMENT, WITH THE HONORABLE PARKER SELF IN COURTROOM " 2-B ", BEING PRESENT WHEN THE FOLLOWING ORDERS WERE MADE AND PROCEEDINGS HAD, TO-WIT:

C-127573
1
02/01/2018

CASE IS CALLED FOR RULE. ATTY CURTIS SHELTON IS PRESENT REPRESENTING THE PLAINTIFF, WILLIAM LUCKY III, ALSO PRESENT. COURT SIGNS THE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SURREPLY WITH NO OBJECTION BY ATTY SHELTON. COURT NOTES THAT THE MOTION FOR DEVOLUTIVE APPEAL FILED BY THE DEFENDANT WAS FILED AND IS BEING HELD UNTIL THE MOTION FOR NEW TRIAL FILED BY THE PLAINTIFF IS ARGUED AND DECIDED. COURT DEEMS THIS MATTER SUBMITTED AND WILL RENDER A WRITTEN OPINION. (SELF)

WHEREUPON, COURT ADJOURNED.

HONORABLE JUDGE: PARKER SELF
COURT REPORTER: CINDY WALLER
DEPUTY CLERK: SARA HALPHEN

**Judge: SELF, PARKER Session: 8/30/2017**

BE IT REMEMBERED, ON THIS THE 30TH DAY OF AUGUST, 2017, COURT OPENED PURSUANT TO ADJOURNMENT, WITH THE HONORABLE PARKER SELF IN COURTROOM " 3-B ", BEING PRESENT WHEN THE FOLLOWING ORDERS WERE MADE AND PROCEEDINGS HAD, TO-WIT:

C-127573
1
08/30/2017

CASE IS CONTINUED FOR TRIAL. ATTY LEE AYRES, ATTY JOSEPH NAUS, ATTY CURTIS SHELTON AND ATTY STACEY MELERINE ARE PRESENT REPRESENTING THE PLAINTIFF, W. A. LUCKY III, ALSO PRESENT. ATTY JULIA BLEWER AND ATTY DAVIS POWELL ARE PRESENT REPRESENTING THE DEFENDANT, BARBARA CARR LOLLAR, ALSO PRESENT. TRIAL RESUMES. ATTY BLEWER CALLS WITNESSES: JENNY KENNON, ALEXANDER BLONDEAU, JOE FORD JR. "BUTCH," JEFF WILLIAMSON AND BARBARA LOLLAR. DEFENSE RESTS. BY AGREEMENT OF COUNSEL, ATTORNEYS WILL SUBMIT POST TRIAL BRIEFS AND RESPONSES IN THE FOLLOWING SCHEDULE: PLAINTIFF'S POST-TRIAL BRIEFS ARE DUE BY SEPTEMBER 22, 2017. DEFENDANT'S POST TRIAL BRIEFS ARE DUE BY OCTOBER 13, 2017. PLAINTIFF'S RESPONSE MEMORANDUM IS DUE BY OCTOBER 20,

2017. DEFENDANT'S RESPONSE MEMORANDUM IS DUE BY OCTOBER 27, 2017. "FREE FOR ALL" PERIOD FOR ANY REPLIES IS SET FOR THE WEEK OF OCTOBER 30, 2017. COURT WILL DEEM THE MATTER SUBMITTED ON NOVEMBER 3, 2017 AND WILL RENDER A WRITTEN OPINION IN THE TIME DELAYS ALLOWED BY LAW. (SELF)

WHEREUPON, COURT ADJOURNED.

HONORABLE JUDGE: PARKER SELF
COURT REPORTER: CINDY WALLER
DEPUTY CLERK: SARA HALPHEN

Judge: SELF, PARKER Session: 8/29/2017

BE IT REMEMBERED, ON THIS THE 29TH DAY OF AUGUST, 2017, COURT OPENED PURSUANT TO ADJOURNMENT, WITH THE HONORABLE PARKER SELF IN COURTROOM " 3-B ", BEING PRESENT WHEN THE FOLLOWING ORDERS WERE MADE AND PROCEEDINGS HAD, TO-WIT:

C-127573
1
08/29/2017

CASE IS CONTINUED FOR TRIAL. ATTY LEE AYRES, ATTY JOSEPH NAUS, ATTY CURTIS SHELTON AND ATTY STACEY MELERINE ARE PRESENT REPRESENTING THE PLAINTIFF, W. A. LUCKY III, ALSO PRESENT. ATTY JULIA BLEWER AND ATTY DAVIS POWELL ARE PRESENT REPRESENTING THE DEFENDANT, BARBARA CARR LOLLAR, ALSO PRESENT. ATTY AYRES CALLS WITNESSES: WILLIAM LUCKY III, JEFF CARR, DARRELL JANS, JOSEPH FRENCH, GLENN WILSON, PAUL ROGERS AND ROBERT MCGOWEN. AFTER ALL TESTIMONY AND EVIDENCE IS PRESENTED, PLAINTIFF RESTS. ATTY BLEWER CALLS WITNESSES: LINDA HILL, CHESTER PITTS AND LINDA WOODS. NEARING THE HOUR OF ADJOURNMENT, TRIAL IS CONTINUED TO 9:00 AM ON AUGUST 30, 2017. (SELF)

WHEREUPON, COURT ADJOURNED.

HONORABLE JUDGE: PARKER SELF
COURT REPORTER: CINDY WALLER
DEPUTY CLERK: SARA HALPHEN

Judge: SELF, PARKER Session: 8/28/2017

BE IT REMEMBERED, ON THIS THE 28TH DAY OF AUGUST, 2017, COURT OPENED PURSUANT TO ADJOURNMENT, WITH THE HONORABLE PARKER SELF IN COURTROOM " 3-B ", BEING PRESENT WHEN THE FOLLOWING ORDERS WERE MADE AND PROCEEDINGS HAD, TO-WIT:

C-127573
1
08/28/2017

CASE IS CALLED FOR TRIAL. ATTY LEE AYRES, ATTY JOSEPH NAUS, ATTY CURTIS SHELTON AND ATTY STACEY MELERINE ARE PRESENT REPRESENTING THE PLAINTIFF, W.A. LUCKY III, ALSO PRESENT. ATTY JULIA BLEWER AND ATTY DAVIS POWELL ARE PRESENT REPRESENTING THE DEFENDANT, BARBARA CARR (LOLLAR), ALSO PRESENT. COURT ADDRESSES THE MOTION TO QUASH FILED BY THE DEFENDANT. COURT GRANTS THE MOTION TO QUASH NOTING THE PLAINTIFF'S OBJECTION. ATTORNEYS FILE JOINT STIPULATION AS TO TRIAL EXHIBITS. ATTY AYRES FILES INTO EVIDENCE PLAINTIFFS EXHIBITS IN VOLUMES ONE THROUGH THREE BENCH BOOKS. ATTY BLEWER FILES INTO EVIDENCE DEFENDANT'S EXHIBITS IN VOLUMES ONE THROUGH FOUR BENCH BOOKS WITH VOLUME THREE AND VOLUME FOUR TO REMAIN UNDER SEAL. TRIAL BEGINS. ATTY AYRES CALLS WITNESSES: VICKIE LUCKY, BARBARA LOLLAR, LINDA DAVIDSON, DAVID TOUCHSTONE, SHANNON DONALDSON, CRAIG DICKERSON AND WILLIAM LUCKY IV. NEARING THE HOUR OF ADJOURNMENT, TRIAL IS CONTINUED TO AUGUST 29, 2017, AT 9:00 AM. (SELF)

WHEREUPON, COURT ADJOURNED.

HONORABLE JUDGE: PARKER SELF
COURT REPORTER: CINDY WALLER
DEPUTY CLERK: SARA HALPHEN