

EXHIBIT 3

**BOSSIER PARISH SHERIFF'S OFFICE**
JULIAN C. WHITTINGTON, SHERIFF
BOSSIER PARISH, LOUISIANA

July 5, 2018

VIA FACSIMILE: (318) 227-3806

Curtis Shelton
P. O. Box 22260
Shreveport, LA 71120-2260

                RE: Suit No. (08) 127573-
                W. A. LUCKY, III
                Vs.
                BARBARA MARIE CAREY CARR

Please be advised we have received the Writ of Fieri Facias in the above referenced suit and have also received the original promissory note. In order to proceed, we require a $1500.00 deposit. Please forward this as soon as possible to proceed.

If you have any further questions, please do not hesitate to call.

*Kim Flournoy*

Kimberly D. Flournoy
Bossier Parish Sheriff's Office
Civil Division
(318) 935-2032 ph
(318) 965-3450 fax

BSO 008