EXHIBIT 4

**AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC**
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LOUISIANA 71101
TELEPHONE: 318-227-3500
FACSIMILE: 318-227-3980

Curtis R. Shelton

Direct: 318-227-3306
curtisshelton@arklatexlaw.com

Mailing address:

Post Office Box 1764
Shreveport, LA 71166

September 5, 2018

HAND DELIVERED

Hon. Julian C. Whittington
Bossier Parish Sheriff
Bossier Parish Sheriff's Office
Benton, LA 71006

Attention: Ms. Kimberly D. Flournoy
Civil Division

Re: W. A. Lucky, III vs. Barbara Marie Carey Carr; number 127,573; Section F; 26th Judicial District Court; Bossier Parish, Louisiana

Dear Kim:

Enclosed please find our check in the amount of $1,500.00 payable to the order of the Bossier Parish Sheriff's Office. This is the deposit for the execution of the writ of fi.fa. by the seizure and sale of the original promissory note that is in the sheriff's possession in connection with the above referenced lawsuit.

The original note is described as follows: *That certain [handwritten] dated Nov. 2, 2017 made by Ronald Wilson LaBar payable to the order of Barbara Marie Carey Carr co Way*

Original promissory note in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final BALLOON PAYMENT equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022.

BSO 010

**AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC**

Bossier Parish Sheriff
September 5, 2018
Page 2

The promissory note is movable property. Therefore, it is only necessary for it to be advertised once for sale. If possible, please advertised the sale for October 24, 2018. If that is not possible, then I would ask you to advertise it for October 17, 2018, if that can be done.

The notice of seizure and notice to appoint appraiser can be served on the judgment debtor, Barbara Marie Carey Carr a/k/a/ Barbara Marie Carey Carr Lollar through her attorney of record as follows:

Barbara Marie Carey Carr Lollar
Through:
Mr. J. Davis Powell
Davidson Summers, APLC
330 Marshall Street, Suite 1114
Shreveport, LA 71101.

The notice to appoint appraiser can be served on the plaintiff, W. A. Lucky, III, through his attorneys of record by service upon me at my office address above.

Please let me know if you have any questions. We appreciate your attention to this matter.

Yours very truly,

Curtis R. Shelton

CRS:hs

Encl.

cc:  Mr. R. Joseph Naus *via e-mail*

BSO 011