

EXHIBIT 7

# NOTICE OF SEIZURE
## SHERIFF'S OFFICE

Suit No: (08) 127573    Serial #: 50  
Date: Thursday, September 6, 2018

W. A. LUCKY, III  
VS  
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF  
P.O. Box 850  
BENTON, LA 71006  
Parish of Bossier  
26th Judicial District Court  
State of Louisiana

TO: LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH MR. J. DAVIS POWELL  
330 MARSHALL STREET, SUITE 1114  
SHREVEPORT, LA 71101

PLEASE TAKE NOTICE: That by virtue of a writ of FIERI FACIAS, issued in, the above mentioned suit, I have seized and taken into my official custody all the rights, title, interest and claims of **BARBARA MARIE CAREY CARR**, in and for the following named and described property, to wit:

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

NOW, THEREFORE, unless you come forward, from the service of this notice, pay and satisfy the demands of: **W. A. LUCKY, III**, in the above-entitled suit, and all costs, or point out other property, I will proceed to advertise and sell the above described property, according to law.

This matter is tentatively scheduled for Sheriff's Sale on the first Wednesday, fourteen days from the date of the notice of seizure; however, you should contact the Sheriff's Office at (318)965-3404 for the actual sale date and any rescheduling.

SHERIFF'S RETURN  
DATE: 7-12-18  
SERVED: Davis Powell  
PERSONAL: (✓)  
DOMICILIARY: ( )  
UNABLE TO LOCATE: ( )  
MOVED: ( )  
NO SUCH ADDRESS: ( )  
OTHER REASON:  
DEPUTY: _____ 7285

BPSO-CIV-202-0402

JULIAN C. WHITTINGTON-SHERIFF &  
EX-OFFICIO TAX COLLECTOR  
BOSSIER PARISH

BY: Kim Flournoy  
KIM FLOURNOY

RETURN    Return Copy

BSO 005

5o

# NOTICE TO APPOINT APPRAISER
## SHERIFF'S OFFICE

Suit No: (08) 127573　　Serial #: 62
Date:　Thursday, September 6, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O. Box 850
BENTON, LA 71006

Parish of Bossier
26th Judicial District Court
State of Louisiana



TO:　LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH
　　MR. J. DAVIS POWELL
　　330 MARSHALL STREET, SUITE 1114
　　SHREVEPORT, LA 71101

Please be advised that property named in the above captioned suit is being seized.

You are advised to name an appraiser to value the property, and to notify the sheriff of said appointment **WITHIN 10 DAYS FROM DATE OF SERVICE.**

If you should fail to appoint an appraiser or to notify the sheriff within the time designated, the sheriff shall appoint an appraiser for you.

JULIAN C. WHITTINGTON-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH

BY: _Kim Flournay_
　　KIM FLOURNOY

I HEREBY APPOINT _____ AS APPRAISER.

```
SHERIFF'S RETURN
DATE: 9-12-18       TJY
SERVED: Davis     W FPR
PERSONAL: (X)
DOMICILIARY: ( )
UNABLE TO LOCATE: ( )
MOVED ( )
NO SUCH ADDRESS ( )
OTHER REASON:
DEPUTY: Chad Illes 7285
```
BPSO-CIV-202-0402

BPSO-CIV-203-0402

RETURN

Return Copy

BSO 006