EXHIBIT 8

# NOTICE TO APPOINT APPRAISER

## SHERIFF'S OFFICE

Suit No: (08) 127573 Serial #: 62

Date: Thursday, September 6, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O.Box 850
BENTON, LA 71006

Parish of Bossier
26th Judicial District Court
State of Louisiana

TO: LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH
MR. J. DAVIS POWELL
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

Please be advised that property named in the above captioned suit is being seized.

You are advised to name an appraiser to value the property, and to notify the sheriff of said appointment WITHIN 10 DAYS FROM DATE OF SERVICE.

If you should fail to appoint an appraiser or to notify the sheriff within the time designated, the sheriff shall appoint an appraiser for you.

JULIAN C. WHITTINGTON-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH

BY: Kim Flournoy
KIM FLOURNOY

I HEREBY APPOINT ______________________ AS APPRAISER.

______________________

SHERIFF'S RETURN
DATE: 9-12-18 TJ
SERVED: Davis Powell
PERSONAL: (P)
DOMICILIARY: ( )
UNABLE TO LOCATE: ( )
MOVED( )
NO SUCH ADDRESS( )
OTHER REASON:
DEPUTY: [signature] 7085

BPSO-CIV-202-0402

BPSO-CIV-203-0402

RETURN

Return Copy

BSO 006