EXHIBIT 9

Kim Flournoy

**From:** Kim Flournoy
**Sent:** Monday, September 17, 2018 10:32 AM
**To:** curtisshelton@arklatexlaw.com
**Subject:** Suit # 127573
**Importance:** High

Mr. Shelton it is my understanding the above referenced suit is with appraisal. In the event we have 2 appraisals that vary greatly and we have to get a third appraisal, do you have any recommendations as to whom appraises these type of notes? If possible could you give the names of at least two so we are not down to the wire trying to find one last minute. Thanks, Kim.

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.
If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.