

EXHIBIT 11



# Transcript of the Testimony of
# PATRICK HENRY LACOUR

**Date:** October 22, 2019

**Case:** Magnolia Island Plantation, et al. v. Lucky Family, LLC, et al.

Pilant Court Reporting
Phone: (800) 841-6863
Fax: (877) 474-5268
Email: deponotice@pilant.com

Magnolia Island Plantation, et al. v. Lucky Family, LLC, et al.
PATRICK HENRY LACOUR

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

MAGNOLIA ISLAND PLANTATION,     DISTRICT JUDGE ELIZABETH FOOTE
L.L.C., BARBARA MARIE CAREY
LOLLAR

        Plaintiffs

VERSUS                      CIVIL ACTION NO. 5:18-cv-01526

LUCKY FAMILY, L.L.C., W.A.
LUCKY, III, AND BOSSIER
SHERIFF JULIAN C. WHITTINGTON,
IN HIS OFFICIAL CAPACITY      MAGISTRATE JUDGE KAREN HAYES
                               JURY TRIAL DEMAND
        Defendants

DEPOSITION OF PATRICK HENRY LACOUR

TAKEN FOR AND ON BEHALF OF THE PLAINTIFFS

AT THE JONES LAW FIRM

ALEXANDRIA, LOUISIANA

ON TUESDAY, OCTOBER 22, 2019

BEGINNING AT 10:31 A.M.

REPORTED BY:
DIANNE STEWART, CERTIFIED COURT REPORTER & NOTARY PUBLIC



Magnolia Island Plantation, et al. v. Lucky Family, LLC, et al.
PATRICK HENRY LACOUR

Page 103

1       note.
2   Q   So if there were covenants and restrictions,
3       then covenants -- you know, restrictions would
4       further devalue the note.  Is that right?
5   A   That's correct.
6   Q   So what you have there would enable you to
7       give it its best potential value, under the
8       circumstances?
9   A   Yes.  And I mean, I can say you have loan
10      agreements and you have promissory notes, and
11      promissory notes are typically very spare
12      documents, similar to what you just wrote that
13      appeared in the publication from the Sheriff's
14      office.  So again, that definition fits the
15      definition of a promissory note.  Now, it
16      could be more than that, but a loan agreement
17      would typically be substantially more than
18      that.
19  Q   On Exhibit 3 it has attached the October 10th,
20      2018 letter that I wrote to you.  And in that
21      letter I tried to convey, and did you
22      understand that you would not be working for
23      Mr. Lucky, but that you would be working for
24      the Sheriff?
25  A   That's correct.

Magnolia Island Plantation, et al. v. Lucky Family, LLC, et al.
PATRICK HENRY LACOUR

Page 104

1  Q    And was that your understanding, was that the
2       Sheriff was going to be your client in this
3       matter?
4  A    Yes.  At all times that was my understanding.
5  Q    Okay.  And that you would not be doing this
6       work for Mr. Lucky; you would be paid by the
7       Sheriff?
8  A    That's correct.
9  Q    Even though Mr. Lucky might pay the Court
10      costs to the Sheriff, you know, you were still
11      to render your opinion for the Sheriff?
12 A    That's correct.
13 Q    And were you ever asked to do anything to try
14      -- you know, to try to artificially lower the
15      value of your appraisal?
16 A    No.
17 Q    Were you given a suggested number for your
18      appraisal?
19 A    No.
20 Q    Did you act completely independently --
21 A    Yes.
22 Q    -- in doing your appraisal?
23 A    Yes.
24 Q    And you worked for the Sheriff.  Correct?
25 A    Yes.

(800) 841-6863     PILANT     www.pilant.com
                   COURT REPORTING

Magnolia Island Plantation, et al. v. Lucky Family, LLC, et al.
PATRICK HENRY LACOUR

Page 105

1  Q    You appraised for the Sheriff?
2  A    Yes.
3  Q    And you were paid by the Sheriff?
4  A    Yes.
5  Q    Okay.  No further questions.
6              MR. POWELL:
7         Do you have anything?
8              MR. TOUCHSTONE:
9         I have just a couple.
10 EXAMINATION BY MR. TOUCHSTONE:
11 Q    Mr. Lacour, my name is Dylan Touchstone, and I
12      represent Lucky Family, LLC.  I have just a
13      couple of questions.  Up to the date when you
14      issued your report, your appraisal, had you
15      had any kind of contact with someone by the
16      name of Vicky Talley Lucky?
17 A    No.
18 Q    How about William A. Lucky, IV?
19 A    No.
20 Q    Jennifer Joyce Lucky?
21 A    No.
22 Q    Or Hyde Lucky Hann? (Phonetic).
23 A    No.
24 Q    Did you have contact with anyone who purported
25      to be a member of Lucky Family, LLC?

(800) 841-6863    PILANT COURT REPORTING    www.pilant.com