# WHITEHALL ADVISORS, LLC

**EXHIBIT 12**

| | |
|---|---|
| Date | Invoice No. |
| 10/23/2018 | 1129 |
| Terms | Due Date |
| Due on receipt | 11/22/2018 |

**Bill To**

Hon. Julian C. Whittington
Bossier Sheriff's Office
204 Burt Boulevard
Benton, LA 71006

Re: Promissory Note Appraisement

| Amount Due | Enclosed |
|---|---|
| $1,682.50 | |

| Date | Activity | Hours | Amount |
|---|---|---|---|
| 10/18/2018 | Review 12/19/18 opinion of Judge Self (Luck v. Carr) #127,573 | 0.50 | $92.50 |
| 10/18/2018 | Review Glenn A. Wilson, Jr., MAI real estate appraisal 9/12/16 | 0.25 | $46.25 |
| 10/18/2018 | Review 2/20/18 Petition (Lucky v. Lollar et al) #155,382 | 1.75 | $323.75 |
| 10/18/2018 | Review 2/20/18 Notice of Lis Pendens (#1185201) | 0.50 | $92.50 |
| 10/18/2018 | Review 8/13/18 opinion from Judge Craig | 0.25 | $46.25 |
| 10/19/2018 | Develop worksheet for note discount | 1.25 | $231.25 |
| 10/19/2018 | Build schedule of required yield based on document review | 2.00 | $370.00 |
| 10/19/2018 | Develop report cover letter | 0.75 | $138.75 |
| 10/22/2018 | Verify calculations, print report & e-mail copy to Kim Flournoy | 0.75 | $138.75 |
| 10/22/2018 | Drive from Alex to Benton to deliver report & sign appraisement | 4.50 | $202.50 |



OCT 23 2018

Service dates reflect date of task completion.
All billable hours rounded up to nearest quarter hour.
Rate is $185 per hour.
Travel time on 10/22/18 was billed at $45/hour.

| | |
|---|---|
| Subtotal | $1,682.50 |
| Discount | |
| Total | $1,682.50 |
| Deposit | |
| Balance due | $1,682.50 |

BSO 030