12/19/2019 — Search for Louisiana Business Filings

**EXHIBIT 13**



SECRETARY OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

Search for Louisiana Business Filings

To file amendments, such as an annual report, please navigate to geauxBIZ (https://geauxBIZ.sos.la.gov). If this is your first visit to geauxBIZ, you can create an account, and then click Add Existing Business to associate a business, view business details, and file amendments.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. | Limited Liability Company | SHREVEPORT | Active |

**Previous Names**
Business: MAGNOLIA ISLAND PLANTATION, L.L.C.
Charter Number: 42844674K
Registration Date: 10/30/2017

**Domicile Address**
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

**Mailing Address**
C/O J. DAVIS POWELL
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

**Status**
Status: Active
Annual Report Status: In Good Standing
File Date: 10/30/2017
Last Report Filed: 11/26/2019
Type: Limited Liability Company

**Registered Agent(s)**

| Agent: | J. DAVIS POWELL |
|---|---|
| Address 1: | 330 MARSHALL STREET, SUITE 1114 |
| City, State, Zip: | SHREVEPORT, LA 71101 |
| Appointment Date: | 10/30/2017 |

**Officer(s)** — Additional Officers: No

| Officer: | RONALD LOLLAR |
|---|---|
| Title: | Manager |
| Address 1: | 6225 TRIBUTARY COURT |
| City, State, Zip: | BOSSIER CITY, LA 71112 |

Amendments on File