# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**MAGNOLIA ISLAND PLANTATION L L C ET AL**                           **CASE NO.   5:18-CV-01526**

**VERSUS**                                                           **JUDGE S. MAURICE HICKS, JR.**

**LUCKY FAMILY L L C ET AL**                                        **MAGISTRATE JUDGE HAYES**

### NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Amended Motion for Summary Judgment filed on January 06, 2020 by Defendant was DEFICIENT for the following reason(s):

- ✓ Leave of court is required for the filing of this supplemental pleading. Please refer to Fed.R.Civ.P. 15(d) regarding supplemental pleadings for additional information.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.