UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR § § § Plaintiffs § § VS. § § LUCKY FAMILY, L.L.C., W.A. LUCKY, III, § And BOSSIER PARISH SHERIFF JULIAN § C. WHITTINGTON, in his official capacity § § Defendants § | | CIVIL ACTION NO: 5:18-cv-01526 <br><br><br> CHIEF JUDGE S. MAURICE HICKS, JR. <br><br><br> MAGISTRATE JUDGE KAREN HAYES |

### SHERIFF JULIAN WHITTINGTON'S MOTION FOR LEAVE TO FILE AMENDED AND CORRECTED MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON ("Whittington"), who files this Motion for Leave to File Amended and Corrected Motion for Summary Judgment, asserting as follows:

1.

Sheriff Whittington filed a Motion for Summary Judgment on December 23, 2019 (Doc. 79).

2.

Counsel for Whittington noticed typographical errors in the last sentence of page 6 of 20 and the first sentence of page 7 of 20, as well as in the last sentence of page 19 of 20.

**3.**

Because an amendment was necessary to correct this oversight, counsel took the opportunity to also add exhibit labels to the front of each exhibit for ease of reference by the Court, and to file each document separately as previously requested by the clerk.

WHEREFORE, Bossier Parish Sheriff Julian Whittington PRAYS that this Motion for Leave of Court be granted allowing Sheriff Whittington to file an Amended and Corrected Motion for Summary Judgment, previously submitted as Doc. 92.

Respectfully submitted by:

LANGLEY, PARKS & MAXWELL, LLC

By:   S / Julianna P. Parks
    Glenn L. Langley, Bar Roll No. 8019
    Julianna P. Parks, Bar Roll No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone
(318) 383-6405 Telefax

***Attorney for Julian C. Whittington,
Sheriff of Bossier Parish***