UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>CHIEF JUDGE S. MAURICE HICKS, JR.<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## ORDER

Considering the foregoing Motion for Leave:

IT IS HEREBY ORDERED that Bossier Parish Sheriff Julian Whittington be and is hereby GRANTED leave of court to file an Amended and Corrected Motion for Summary Judgment, previously submitted as Document 92.

ORDERED AND SIGNED this ____ day of January, 2020 in Shreveport, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE