UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>JUDGE S. MAURICE HICKS, JR.<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## BOSSIER SHERIFF WHITTINGTON'S OPPOSITION TO BARBARA MARIE CAREY LOLLAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now into Court, through undersigned counsel, comes Defendant Bossier Parish Sheriff Julian C. Whittington, in his official capacity (hereinafter "Sheriff Whittington"), who opposes the Motion for Partial Summary Judgment filed by Barbara Marie Carey Lollar (Doc. 80).

After a review of the Memorandum in Opposition to Barbara Marie Carey Lollar's Partial Motion for Summary Judgment that was filed today by W.A. Lucky, III (Doc. 102), Sheriff Whittington concludes that all evidence and legal arguments that would have been presented by him have been covered by the said Opposition. Therefore, in the interest of efficiency and to save the Court the time of reading essentially the same material twice, Sheriff Whittington adopts and asserts all arguments of W.A. Lucky, III in its Memorandum in Opposition to Barbara Marie Carey Lollar's Partial Motion for Summary Judgment (Doc. 102) as if copied in its entirety.

Respectfully submitted by:

LANGLEY & PARKS, LLC

By: __S / Julianna P. Parks_____
    Glenn L. Langley, Bar Roll No. 8019
    Julianna P. Parks, Bar Roll No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone
(318) 383-6405 Telefax

***Attorneys for Sheriff Julian C. Whittington***