UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>JUDGE S. MAURICE HICKS, JR.<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

**SHERIFF WHITTINGTON'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE
TRIED ON BARBARA MARIE CAREY LOLLAR'S
PARTIAL MOTION FOR SUMMARY JUDGMENT**

Now into Court, through undersigned counsel, comes Defendant Bossier Parish Sheriff Julian C. Whittington, in his official capacity (hereinafter "Sheriff Whittington"), who opposes the Motion for Partial Summary Judgment filed by Barbara Marie Carey Lollar (Doc. 80). Having adopted the Memorandum in Opposition to Barbara Marie Carey Lollar's Partial Motion for Summary Judgment that was filed by W.A. Lucky, III (Doc. 102) (adopted in Doc. 104), Sheriff Whittington hereby also files this Statement of Material facts, adopting and incorporating herein the "Statement of the Material Facts to which there Exists a Genuine Issue to be Tried on Barbara Marie Carey Lollar's Partial Motion for Summary Judgment" filed by W.A. Lucky, III (Rec. Doc. 98-1).

WHEREFORE, SHERIFF WHITTINGTON PRAYS that the foregoing be deemed sufficient.

Respectfully submitted by:

LANGLEY & PARKS, LLC

By: ___S / Julianna P. Parks_____
    Glenn L. Langley, Bar Roll No. 8019
    Julianna P. Parks, Bar Roll No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone
(318) 383-6405 Telefax

***Attorneys for Sheriff Julian C. Whittington***