UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION | § | CIVIL ACTION NO: 5:18-cv-01526 |
| L.L.C. and BARBARA MARIE CAREY | § | |
| LOLLAR | § | |
| Plaintiffs | § | |
| VS | § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| | § | |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, | § | |
| III, and BOSSIER PARISH SHERIFF | § | |
| JULIAN C. WHITTINGTON | § | |
| | § | |
| | § | MAGISTRATE JUDGE KAREN HAYES |
| Defendants | § | Jury Trial Demanded |

---

### ORDER

---

Considering the foregoing *Motion for Leave:*

**IT IS ORDERED** that Barbara Lollar and Magnolia Island Plantation, L.L.C. be and are hereby granted leave of court to file Amended and Corrected versions of their Response to W.A. Lucky, III's Statement of Undisputed Facts and Memorandum in Opposition to W.A. Lucky, III's Motion for Summary Judgment, which were previously submitted as Rec. Doc. 106.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 28th day of January, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT