**Jean Horne**

---

**From:** Kim Flournoy <kflournoy@bossiersheriff.com>
**Sent:** Tuesday, October 23, 2018 8:05 AM
**To:** Curtis R. Shelton
**Subject:** RE: Suit # 127573

Thank you so much for your help in everything. I apologize for being so needy, this suit has been a learning experience for me. Have a great day!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

---

**From:** Curtis R. Shelton [mailto:CurtisShelton@arklatexlaw.com]
**Sent:** Monday, October 22, 2018 5:49 PM
**To:** Kim Flournoy
**Subject:** RE: Suit # 127573

Kim,

He said he will send an invoice tomorrow.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

1

EXHIBIT 3
Opposition to W.A. Lucky III's Rule 56 Motion
BSO 090

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

**From:** Kim Flournoy [mailto:kflournoy@bossiersheriff.com]
**Sent:** Monday, October 22, 2018 4:28 PM
**To:** Curtis R. Shelton
**Subject:** Suit # 127573
**Importance:** High

Mr. Shelton, would you please ask Mr. Lacour to get me an invoice ASAP so I can build it into my suit cost? Thank and have a great day!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

2

EXHIBIT 3
Opposition to W.A. Lucky III's Rule 56 Motion

BSO 091