1021692

**C1578**
FILED AND RECORDED
BOSSIER PARISH, LA

2011 JUN 17 A 9:04

*Cynthia J. Johnston*

ORIGINAL
**M2082**

| | |
|---|---|
| LARRY C. DEEN, SHERIFF ex officio | * UNITED STATES OF AMERICA |
| OF THE PARISH OF BOSSIER | * STATE OF LOUISIANA |
| TO | * PARISH OF BOSSIER |
| LUCKY FAMILY LLC, VICKIE LUCKY, | * 26TH JUDICIAL DISTRICT COURT |
| MANAGER | * NO. (08) 134626- |

## S A L E

WHEREAS, I, **LARRY C. DEEN**, Sheriff of the Parish of Bossier, by virtue of a Writ of SEIZURE AND SALE directed to me by the Honorable **26th Judicial District Court**, in and for the Parish of Bossier, State of Louisiana on the **16TH DAY OF NOVEMBER, 2010**, in the matter entitled:

**WELLS FARGO BANK NA**
VS
**NANCY CAROL GARCIE AND MARVIN O. GARCIE**

No. **(08) 134626-** of the Docket of the **26th Judicial District Court**, aforesaid, after having fulfilled and complied with all the legal requisites, did seize the following described property to-wit:

> THAT CERTAIN PIECE OR PORTION OF GROUND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON, AND ALL OF THE RIGHTS, WAYS PRIVILEGES, SERVITUDES, APPURTENANCES AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, SITUATED IN A 5.0 ACRE TRACT OF LAND LOCATED IN THE SOUTHEAST QUARTER (SE ¼) OF SECTION 20, TOWNSHIP 17 NORTH, RANGE 12 WEST, BOSSIER PARISH, LOUISIANA, BEING FURTHER DESCRIBED AS FOLLOWS:  BEGINNING AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER (SE ¼ OF SAID SECTION 20, RUN THENCE NORTH 0 DEGREES 12 MINUTES 08 SECONDS WEST A DISTANCE OF 1368.44 FEET; RUN THENCE NORTH 51 DEGREES 32 MINUTES 59 SECONDS EAST A DISTANCE OF 198.74 FEET; RUN THENCE NORTH 47 DEGREES 08 MINUTES 19 SECONDS EAST A DISTANCE OF 241.97 FEET;  RUN THENCE NORTH 40 DEGREES 41 MINUTES 26 SECONDS EAST A DISTANCE OF 187.12 FEET TO THE POINT OF BEGINNING OF EXACT HEREIN DESCRIBED.  CONTINUE THENCE NORTH 40 DEGREES 41 MINUTES 26 SECONDS EAST A DISTANCE OF 140.59 FEET; RUN THENCE NORTH 62 DEGREES 21 MINUTES 17 SECONDS EAST A DISTANCE OF 299.73 FEET; RUN THENCE NORTH 51 DEGREES 37 MINUTES 40 SECONDS EAST A DISTANCE OF 44.55 FEET; RUN THENCE SOUTH 0 DEGREES 09 MINUTES 14 SECONDS EAST A DISTANCE OF 715.35 FEET; RUN THENCE  NORTH 66 DEGREES 25 MINUTES 14 SECONDS WEST A DISTANCE  OF 70.33 FEET; RUN THENCE NORTH 79 DEGREES 28 MINUTES 19 SECONDS WEST A DISTANCE OF 148.73 FEET; RUN THENCE SOUTH 88 DEGREES 29 MINUTES 59 SECONDS WEST A DISTANCE OF 182.34 FEET; RUN THENCE NORTH 0 DEGREES 09 MINUTES 14 SECONDS WEST A DISTANCE OF 391.49 FEET TO THE POINT OF BEGINNING OF TRACT; SUBJECT TO RESTRICTIONS, SERVITUDES, RIGHTS-OF-WAY AND OUTSTANDING MINERAL RIGHTS OF RECORD AFFECTING THE PROPERTY.

436

816

NON-CERTIFIED COPY

1021692

After having given due and legal notice to the said defendants of the said seizure in the manner pointed out by law, I advertised the said aforesaid and described property for sale, after the expiration of the legal delay from the time of said notice, to-wit the, , by advertisements composed in English, announcing the sale of said property to take place at the front door of the Courthouse of the Parish of Bossier, on the **15TH DAY OF JUNE, 2011**, a Wednesday, at between the hours of 10:00 AM and 4:00 PM; said advertisements were inserted and published in a paper in the Parish of Bossier, to-wit, in the **Bossier Press-Tribune** on the **3RD DAY OF MAY, 2011**, and the **10TH DAY OF JUNE, 2011**. Before the day of sale I gave notice to the parties to appoint each an appraiser to appraise said property. When on the **10TH DAY OF JUNE, 2011**, the Plaintiff and Defendant both failed to appoint an appraiser, I appointed **BILL HEARN** and **WES BURDINE** as appraisers. They having been sworn by me did appraise the said property under oath to be worth as follows: **BILL HEARN** : **TWO HUNDRED THIRTY-FOUR THOUSAND AND XX / 100. WES BURDINE: TWO HUNDRED FORTY THOUSAND AND XX / 100**. The two appraisals were within averaging limits. The average appraised value is: **TWO HUNDRED THIRTY-SEVEN THOUSAND AND XX / 100 ($237,000.00)**, DOLLARS, in cash which appraisement is filed herewith with a copy of the advertisements of the sale. After having complied with and performed all the additional previous legal requisites, I did expose the same at public auction according to law at the premises described on the **15TH DAY OF JUNE, 2011,** at between the hours of 10:00 AM and 4:00 PM At the same time and place of sale I did announce in a loud and audible voice the terms and conditions of the sale and did read verbatim and in a loud and audible voice the certificate of the Recorder of Mortgages for the Parish of Bossier, delivered and dated the day of the sale, and by which certificate hereto annexed it appeared that there are no mortgages recorded against said property except those read by me in a loud and audible voice and subject to which this said property was herein after sold; said certificate being a part thereof as if it had been copied in extenso. No title examination was requested nor performed.

When **LUCKY FAMILY LLC, VICKIE LUCKY, MANAGER,** 151 LUCKY LANE, BOSSIER CITY, LA 71112, through their representative, W A LUCKY III, being the last and highest bidder for the above described property for the price and sum of **TWO HUNDRED TWENTY-TWO THOUSAND FIVE HUNDRED AND XX / 100 ($222,500.00) DOLLARS,** the said described property was adjudicated to **LUCKY FAMILY LLC, VICKIE LUCKY, MANAGER**, it being more than two thirds of the appraisement.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENT, that I, the said Sheriff, in consideration of the premises and by virtue of the law of the State of Louisiana, in such cases made and provided, do sell, transfer and convey the said aforedescribed property to the said LUCKY FAMILY LLC, VICKIE LUCKY, MANAGER, together with any and all the rights, title and interest which the said defendants, **NANCY CAROL GARCIE AND MARVIN O. GARCIE**, have in or to the aforesaid and described property to the said **LUCKY FAMILY LLC, VICKIE LUCKY, MANAGER**, their heirs successors or assigns forever. From the aforesaid sum bid I have retained for cost and credited on this execution the sum of **EIGHT THOUSAND SIX HUNDRED FIVE AND 70 / 100 ($8,605.70) DOLLARS**.

TO HAVE AND HOLD the above described property unto the said purchaser, their heirs, and assigns forever.

NOW, THEREFORE, in consideration of the premises, I said Sheriff, acting in my official capacity, do hereby authorize, require and direct the Clerk of Court and Ex-Officio Recorder of Mortgages to partially cancel and erase from the records of his office all the mortgage liens and encumbrances appearing upon mortgage certificate and resting against the above described property presently adjudicated and sold.

437                                817

NON-CERTIFIED COPY

EXHIBIT 4
Opposition to W.A. Lucky III's Rule 56 Motion

Magnolia Lollar _0327

1021692

IN WITNESS WHEREOF, I have hereunto signed my name officially on the **15TH DAY OF JUNE, 2011,** at my office at Benton, Louisiana, in the Parish of Bossier, State of Louisiana, in the presence of the competent and undersigned witnesses, who have signed hereto with me after due reading of the whole.

WITNESSES:

PAT TAYLOR

BILL WALSWORTH

JAMES D. SOUTHERLAND
NOTARY PUBLIC, NOTARY NO. 6934
PARISH OF BOSSIER, STATE OF LOUISIANA

LARRY C. DEEN-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH
BY: DONNA BICKMORE
DONNA BICKMORE,
CIVIL PROCESS DIVISION

438

818

BPSO-CIV-214-0402

NON-CERTIFIED COPY

# 1021692

| | |
|---|---|
| **State of Louisiana**<br>Parish of Bossier | **Office of Clerk and Ex-Officio Recorder** |

I HEREBY CERTIFY THAT I HAVE EXAMINED THE MORTGAGE RECORDS OF THIS OFFICE FOR THE PAST ELEVEN (11) YEARS, AND THAT THE FOLLOWING IS/ARE THE ONLY ENCUMBRANCE/S AS SHOWN BY THE GENERAL INDEX TO MORTGAGES IN THIS OFFICE GIVEN BY

*NANCY CAROL GARCIE*

*MARVIN O. GARCIE*

OPERATING AGAINST THE FOLLOWING DESCRIBED PROPERTY, TO-WIT:

THAT CERTAIN PIECE OR PORTION OF GROUND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON, AND ALL OF THE RIGHTS, WAYS PRIVILEGES, SERVITUDES, APPURTENANCES AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, SITUATED IN A 5.0 ACRE TRACT OF LAND LOCATED IN THE SOUTHEAST QUARTER (SE ¼) OF SECTION 20, TOWNSHIP 17 NORTH, RANGE 12 WEST, BOSSIER PARISH, LOUISIANA, BEING FURTHER DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER (SE ¼ OF SAID SECTION 20, RUN THENCE NORTH 0 DEGREES 12 MINUTES 08 SECONDS WEST A DISTANCE OF 1368.44 FEET; RUN THENCE NORTH 51 DEGREES 32 MINUTES 59 SECONDS EAST A DISTANCE OF 198.74 FEET; RUN THENCE NORTH 47 DEGREES 08 MINUTES 19 SECONDS EAST A DISTANCE OF 241.97 FEET; RUN THENCE NORTH 40 DEGREES 41 MINUTES 26 SECONDS EAST A DISTANCE OF 187.12 FEET TO THE POINT OF BEGINNING OF EXACT HEREIN DESCRIBED. CONTINUE THENCE NORTH 40 DEGREES 41 MINUTES 26 SECONDS EAST A DISTANCE OF 140.59 FEET; RUN THENCE NORTH 62 DEGREES 21 MINUTES 17 SECONDS EAST A DISTANCE OF 299.73 FEET; RUN THENCE NORTH 51 DEGREES 37 MINUTES 40 SECONDS EAST A DISTANCE OF 44.55 FEET; RUN THENCE SOUTH 0 DEGREES 09 MINUTES 14 SECONDS EAST A DISTANCE OF 715.35 FEET; RUN THENCE NORTH 66 DEGREES 25 MINUTES 14 SECONDS WEST A DISTANCE OF 70.33 FEET; RUN THENCE NORTH 79 DEGREES 28 MINUTES 19 SECONDS WEST A DISTANCE OF 148.73 FEET; RUN THENCE SOUTH 88 DEGREES 29 MINUTES 59 SECONDS WEST A DISTANCE OF 182.34 FEET; RUN THENCE NORTH 0 DEGREES 09 MINUTES 14 SECONDS WEST A DISTANCE OF 391.49 FEET TO THE POINT OF BEGINNING OF TRACT; SUBJECT TO RESTRICTIONS, SERVITUDES, RIGHTS-OF-WAY AND OUTSTANDING MINERAL RIGHTS OF RECORD AFFECTING THE PROPERTY.

<u>**SPECIAL MORTGAGE**</u> *executed by Nancy Carol Garcie and Marvin O. Garcie, married, in favor of Wells Fargo Bank, N.A., in the amount of $216,000.00, dated October 13th, 2006, filed for record October 18th, 2006, in Mortgage Vol. 1643, on Page 272, under Registry No. 879736.*

<u>**MULTIPLE INDEBTEDNESS MORTGAGE**</u> *executed by Nancy Carol Garcie and Marvin O. Garcie, husband and wife, in favor of Wells Fargo Bank, N.A./Future Holder, in the amount of $5,000,000.00 (Principal Amount $216,000.00), dated October 13th, 2006, filed for record October 18th, 2006, in Mortgage Vol. 1643, on Page 288, under Registry No. 879737.*

**439**  **819**

NON-CERTIFIED COPY

1021692

**JUDGMENT** against Nancy C Garcie, in favor of Capital One Bank (USA) NA, in the amount of $12,928.66, dated October 19th, 2009, filed for record November 5th, 2009, in Mortgage Vol. 1940, on Page 364, under Registry No. 980014. (Bossier City Court #71378-Atty: Eaton Group Attorneys, LLC, PO Box 3001/309 North Blvd., Baton Rouge, LA 70821-3001, 225-378-3114)

**NOTICE OF SEIZURE** issued from Suit No. 134626, entitled "WELLS FARGO BANK NA –vs- NANCY CAROL GARCIE AND MARVIN O. GARCIE", dated November 17th, 2010, filed for record November 17th, 2010, in Mortgage Vol. 2034, on Page 312, under Registry No. 1007988.

**EXCEPTING TAXES AND RESTRICTIONS.**                    *SUIT NO. 134626*

This Certificate, regardless of present or past ownership of said property, is made in said name/s exactly as above given and in no other name or names. For the reason that this certificate was requested prepared in the above name/s by the person ordering same.
  GIVEN UNDER MY HAND AND SEAL, OFFICIALLY, AT MY OFFICE, IN THE TOWN OF BENTON, LOUISIANA, ON THIS THE *15th* DAY OF *June* A.D., *2011* at *8:30* O'CLOCK *A.M.*

_Nancy Reynolds_
Deputy Clerk and Ex-officio Recorder
Bossier Parish, Louisiana

440                                                          820

NON-CERTIFIED COPY

EXHIBIT 4                                                **Magnolia Lollar _0330**
Opposition to W.A. Lucky III's Rule 56 Motion