UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

MAGNOLIA ISLAND PLANTATION,   CIVIL ACTION NO.
LLC, AND BARBARA MARIE        5:18-CV-1526
CAREY LOLLAR

VERSUS                        DISTRICT JUDGE:
                              S. MAURICE HICKS, JR.

LUCKY FAMILY, LLC, ET AL.     MAGISTRATE JUDGE:
                              KAREN L. HAYES

DEPOSITION OF W.A. LUCKY, III
November 20, 2019

Reported By:
Donna B. Crenshaw, CCR, CSR

1  like, what, 50,000.  I don't know what it was.
2      Q.  Did that concern you?
3      A.  No.  It didn't concern me.
4      Q.  You weren't disappointed that --
5      A.  I'm going to chase a deficiency against that
6  woman sitting right there.  The rest of her life, if I
7  get it.
8      Q.  So some of your judgment got paid off?
9      A.  Uh-huh.
10     Q.  So you're saying you got a deficiency for the
11 remainder?
12     A.  I guess that's how it's supposed to work, if
13 the Court holds up everything.
14     Q.  So what did you do after that sale?  You
15 mentioned earlier that you were going to chase after
16 the deficiency?
17     A.  Uh-huh.
18     Q.  What did you do?
19     A.  Well, I'm waiting for the Court to see if
20 this note is good or not.  We're still in court.  No
21 use in going after it if something is going to change.
22     Q.  What I guess I'm saying is I'm talking about
23 the Exhibit 1.
24     A.  Uh-huh.
25     Q.  This is your Lucky 1 judgment.

W. A. LUCKY III　　　　　　　　　　　　　11/20/2019

114

```
1      Q.   You're not saying that there's anything --
2  there was a mistake made.  Those are your allegations?
3      A.   Uh-huh.  Those are my allegations.  Yeah.
4      Q.   Okay.  And so when you say there were
5  problems with the note that Mrs. Lollar owned that was
6  sold at sheriff's sale, you said lawsuits?
7      A.   Yeah.
8      Q.   Lucky 2?
9      A.   Uh-huh.
10     Q.   Okay.  Do you believe that because
11 Mrs. Lollar accepted the note as payment in that
12 Credit Sale Deed that she deserves it being sold for
13 six percent of its value?
14     A.   Hey, when the day ends and the last bidder,
15 that's what it's worth.  There were bidders there.
16 Biggest bidders in Shreveport and Bossier were there.
17 They didn't bid on it.
18     Q.   What were the names of the biggest bidders in
19 Shreveport and Bossier?
20     A.   Don Wilson.
21     Q.   Don Wilson?
22     A.   Yeah.  Warren Moore.  Mark Montgomery.  They
23 were all there.
24     Q.   I need to write these down so that I --
25     A.   Mark Montgomery.
```