**From:** Susan Samuelson <susan.samuelson@ownerrelationssupport.com>
**Sent:** Monday, March 12, 2018 7:41 PM
**To:** Ronnie Lollar
**Subject:** RE: tsf from 20902 Barbara Marie Carey Lollar to 33766 Magnolia Island Plantation LLC – pay status? ACH app sent in recently?

Dear Mr. Lollar,

I received the following response from GEP Haynesville's Division Order Dept as they had the check voided:

Please advise the owner that the dated 2/26/2018 was voided and the interest of Magnolia Island Plantation LLC was placed in suspense due to the legal dispute regarding the ownership of the tract. All revenues will be held in suspense until resolution of the ongoing lawsuit.

Thank you.


Susan Samuelson
GEP Haynesville Owner Relations
phone 1-888-974-7031
fax 1-866-542-1938
susan.samuelson@ownerrelationssupport.com

**Davis Powell**

**From:** Brit Framel <bframel@geosouthernenergy.com>
**Sent:** Wednesday, March 14, 2018 3:14 PM
**To:** Davis Powell
**Cc:** Jacob Champion
**Subject:** Revoke Lease Offer - Lollar/Magnolia - Section 19, 17N-12W

Davis,

I appreciate you taking the time to visit with me in regards to the subject matter.

As discussed, GEP Haynesville, LLC hereby is revoking its offer as listed below due to the ongoing lawsuits between Lollar/Magnolia and Buddy Lucky as it relates to certain lands located in Section 19, 17N-12W situated in Bossier Parish, LA. GEP has made every effort to get comfortable with the risk associated but feels it shall not interject at this time. Should the matter be resolved, GEP would be interested to further discuss. We appreciate your patience and willingness to work with us.

$1500/acre bonus, 20% royalty
$1000/acre bonus, 22.5% royalty
10% bonus payment down, contingent upon title and ongoing lawsuits

Thanks,
Brit


**Brit M. Framel, CPL**
Land Manager- Haynesville



GEP Haynesville, LLC
1425 Lake Front Circle
The Woodlands, TX 77380
281-363-9161 – office
281-974-8386 – mobile

1

EXHIBIT 8
Opposition to W.A. Lucky III's Rule 56 Motion