UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, LLC, AND BARBARA MARIE CAREY LOLLAR | CIVIL ACTION NO. 5:18-CV-1526 |
| VERSUS | DISTRICT JUDGE: S. MAURICE HICKS, JR. |
| LUCKY FAMILY, LLC, ET AL. | MAGISTRATE JUDGE: KAREN L. HAYES |

DEPOSITION OF VICKIE LUCKY
November 14, 2019

Reported By:
Donna B. Crenshaw, CCR, CSR

VICKIE LUCKY                    11/14/2019

12

1  A. Mr. Lucky.
2  Q. Mr. Lucky?
3  A. Uh-huh.
4  Q. Being Mr. Buddy Lucky, your husband?
5  A. Yes.
6  Q. And so your husband filed Lucky 2 after the
7  judgment was issued in Lucky 1, to your knowledge?
8  A. Say that again now.
9  Q. To your knowledge, did Mr. Lucky file Lucky 2
10 against Mrs. Lollar after receiving the judgment in
11 Lucky 1?
12 A. You know, I know that there were filings.
13 Both parties were filing against each other.
14 Q. Okay.
15 A. So.
16 Q. To your knowledge, is Lucky 2 still being
17 litigated?
18 A. I know that there's a note involved.
19 Q. In Lucky 2?
20 A. Uh-huh. That Ms. Carr --
21 Q. But you don't -- go ahead.
22 A. I'm sorry. Go ahead.
23 Q. You don't know what your husband was suing
24 Ms. Carr for in Lucky 2?
25 A. I wasn't involved, so, you know, I just know

VICKIE LUCKY 11/14/2019

13

```
 1   that there was litigation there.
 2       Q.   Okay.  And you know that --
 3       A.   On both parties.
 4       Q.   You said there was a note involved.  Is that
 5   right?
 6       A.   Yes.
 7       Q.   Okay.  And do you know how a note was
 8   involved in Lucky 2?
 9       A.   I really don't.
10       Q.   Okay.  Lucky Family, LLC has claimed to have
11   purchased a promissory note at an October 24th, 2018
12   sheriff's sale.  Is that correct?
13       A.   That's correct.
14       Q.   Okay.  How did you learn about that
15   promissory note being sold at sheriff's sale?
16       A.   I found out basically through our attorneys
17   about that.
18       Q.   Who are your attorneys?
19       A.   Curtis Shelton and his group.
20       Q.   Curtis Shelton represents Lucky Family, LLC?
21       A.   No.
22       Q.   Okay.
23       A.   That was my husband.
24       Q.   Okay.  Anybody else that --
25       A.   Well, Lee Ayres was in that -- represented
```

VICKIE LUCKY 11/14/2019

16

```
 1     Q.   Okay.  And to clarify the record, you learned
 2  about the note that was going to be sold through
 3  Mr. Shelton; correct?
 4     A.   And from -- and just from people talking.
 5     Q.   Okay.  Who was talking?
 6     A.   Just outsiders.  I mean.
 7     Q.   I just have to ask.  Who are the outsiders
 8  talking?
 9     A.   Well, just other individuals.  I mean,
10  just -- people were -- they were just curious about
11  the case itself between Mrs. Lollar and my husband.
12  And so just --
13     Q.   I just -- I'm just asking for anybody.
14  You're referring to something.
15     A.   Just in general, people talking.
16     Q.   Okay.
17     A.   There was no secret that there was -- that
18  there, you know -- about the note.
19     Q.   Okay.  So this is a different question.  I
20  asked you before when the conversation with
21  Mr. Shelton took place.  But this question here is
22  when do you think -- what time period do you think you
23  were aware of the note being sold at sheriff's sale?
24     A.   Say that again.
25     Q.   When were you first aware?
```

318.424.1707        KAREN TYLER REPORTING, LLC        318.424.1744 - Fax
3000 Fairfield Avenue, Suite A - Shreveport, LA 71104

EXHIBIT 9
Opposition to W.A. Lucky III's Rule 56 Motion

VICKIE LUCKY                                                                 11/14/2019

84

```
 1      Q.   I do not.  I'm going by my memory at this
 2  point.  I think I remember documents in this matter,
 3  and you can just tell me your awareness of it, that
 4  state that the 1.4 million was from y'all's joint
 5  account.  Is that correct?
 6      A.   Yes.
 7      Q.   To your knowledge?
 8      A.   Uh-huh.
 9      Q.   The -- you and Mr. Lucky, are y'all separate
10  in property?
11      A.   (Witness shook head)
12      Q.   Have you ever been?
13      A.   As husband and wife?
14      Q.   Yes.
15      A.   We're -- we are -- we have -- we're married.
16  We have -- I have a personal checking account.  And
17  then we have a personal account together, Mr. and
18  Mrs.  But I have my -- I have a separate account for
19  myself.  Is that what you're asking me?
20      Q.   Sure.  I guess I'm asking have y'all ever
21  made any filings to make your property separate
22  otherwise?
23      A.   No.
24      Q.   So never in the years of your marriage -- and
25  remind me again.  Y'all have been married how many --
```