**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL. | CIVIL ACTION NO. 18-01526 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

After consideration of Defendant Julian C. Whittington's ("Whittington") Consent Motion to Extend Deadline (Record Document 111) and considering the upcoming trial date in this matter, set for April 13, 2020,

**IT IS ORDERED** that the Motion to Extend Deadline is hereby **GRANTED**. The deadline for Whittington to file a response to Plaintiffs' Opposition (Record Document 103) to Whittington's Motion for Summary Judgment (Record Document 96) is extended to **February 3, 2020.**

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs to file a response to Whittington's Opposition (Record Document 104) to Plaintiffs' Motion for Partial Summary Judgment (Record Document 80), be extended to **February 3, 2020.**

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 28th of January, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT