UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR <br>     Plaintiffs <br><br> VS <br><br> LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON <br>     Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO: 5:18-cv-01526 <br><br><br><br> CHIEF JUDGE S. MAURICE HICKS, JR. <br><br><br><br><br> MAGISTRATE JUDGE KAREN HAYES <br> Jury Trial Demanded |

## BARBARA LOLLAR'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Now into Court, through undersigned counsel, comes plaintiff Barbara Marie Carey Lollar ("Mrs. Lollar"), who respectfully move for leave to file a supplemental memorandum in support of her motion for partial summary judgment (the "Lollar Motion") against defendants W.A. Lucky III ("Mr. Lucky"), Lucky Family, L.L.C., and Bossier Parish Sheriff Julian C. Whittington (the "Sheriff"; collectively, "Defendants") on the following grounds:

1.

Each Defendant filed a separate memorandum in opposition to the Lollar Motion. **Rec. Doc**. 97 (Lucky Family LLC) **Rec. Doc**. 98-10 and 102 (Mr. Lucky); **Rec. Doc.** 104 (Sheriff). The oppositions filed by Mr. Lucky and Lucky Family, LLC rely on the same purported disputed facts but contain distinct arguments against the Lollar Motion. The Sheriff's opposition adopted Mr. Lucky's arguments and statement of disputed material facts.

2.

On January 27, 2020, undersigned filed **Rec. Doc**. 115, entitled "*Reply Memorandum in Support of Barbara Lollar's Motion for Partial Summary Judgment*." This memorandum addressed the opposition filed by Mr. Lucky. On the same date, undersigned's co-counsel filed **Rec. Doc**. 116, entitled "*Barbara Marie Lollar's Reply Memorandum to Lucky Family, L.L.C.'s Opposition to Barbara Marie Carey Lollar's Motion for Partial Summary Judgment*."

3.

On January 28, 2020, the Court informed undersigned that only one reply memorandum in support of a motion for summary judgment is allowed, unless leave to file a supplemental memorandum is granted by the Court. On the same date, the Court issued a Notice of Deficient Document to this effect. **Rec. Doc.** 117. The Court's notice directed Mrs. Lollar to submit the previously-filed memorandum as a "corrective document" if and when leave is granted by the Court.

4.

Because the legal arguments in the Lucky Family, LLC and Mr. Lucky oppositions differ, Mrs. Lollar believes that a separate memorandum addressing the arguments in Mr. Lucky's opposition will aid the Court in determining the merits of the issues.

5.

Mrs. Lollar therefore moves for leave to file the *Reply Memorandum in Support of Barbara Lollar's Motion for Partial Summary Judgment* as a supplemental memorandum in support of her motion for partial summary judgment.

6.

The Court has already set a deadline for a separate response from Mrs. Lollar to address the Sheriff's opposition. **Rec. Doc**. 120.

7.

Undersigned has contacted counsel for the Sheriff, Mr. Lucky, and Lucky Family, LLC, none of whom oppose this motion.

8.

For the foregoing reasons, Mrs. Lollar requests leave of court to file the document previously filed as **Rec. Doc**. 115 as a supplemental memorandum.

Respectfully submitted by,

\_\_\_\_/s/ Andrew D. Martin_____
Randall S. Davidson, LSBA No. 4715, TA
J. Davis Powell, LSBA 33631
Andrew D. Martin, LSBA 34947
Harold R. Bicknell III, LSBA 36801
DAVIDSON SUMMERS, APLC
330 Marshall Street, Suite 1114
Shreveport, Louisiana 71101
Ph: (318) 424-4342 | (318) 226-0168
E:	rsdav@davidsonsummers.com
	dpowell@davidsonsummers.com
	dmartin@davidsonsummers.com
	hbicknell@davidsonsummers.com
***Counsel for Barbara Marie Carey Lollar.***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system, and notice of the same will be sent to all counsel of record by operation of the court's electronic noticing system.

      Shreveport, Louisiana, on this 3rd day of February, 2020.

                                                    *s/ Andrew D. Martin*
                                                    OF COUNSEL