UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR | § § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| Plaintiffs | § § | |
| VS | § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON | § § § § | |
| Defendants | § § | MAGISTRATE JUDGE KAREN HAYES Jury Trial Demanded |

## CERTIFICATE OF CONFERENCE

I HEARBY CERTIFY that counsel for Defendants have been contacted and do not oppose the relief sought in *Barbara Lollar's Motion for Leave to File Supplemental Memorandum.*

Respectfully submitted by,

　　/s/ Andrew D. Martin
Randall S. Davidson, LSBA No. 4715, TA
J. Davis Powell, LSBA 33631
Andrew D. Martin, LSBA 34947
Harold R. Bicknell III, LSBA 36801
DAVIDSON SUMMERS, APLC
330 Marshall Street, Suite 1114
Shreveport, Louisiana 71101
Ph: (318) 424-4342 | (318) 226-0168
E:　　rsdav@davidsonsummers.com
　　　dpowell@davidsonsummers.com
　　　dmartin@davidsonsummers.com
　　　hbicknell@davidsonsummers.com
***Counsel for Barbara Marie Carey Lollar.***