UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION | § | CIVIL ACTION NO: 5:18-cv-01526 |
| L.L.C. and BARBARA MARIE CAREY | § | |
| LOLLAR | § | |
|        Plaintiffs | § | |
| | § | |
| VS | § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| | § | |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, | § | |
| III, and BOSSIER PARISH SHERIFF | § | |
| JULIAN C. WHITTINGTON | § | |
| | § | MAGISTRATE JUDGE KAREN HAYES |
|        Defendants | § | Jury Trial Demanded |

_____

**ORDER**

_____

      Considering the foregoing, it is ordered that the *Motion for Leave to File Supplemental Memorandum* filed by plaintiff Barbara Marie Carey Lollar is granted; and

      It is further ordered that the clerk of court be directed to enter the attached *Corrective Document* (*Reply Memorandum in Support of Barbara Lollar's Motion for Partial Summary Judgment)* into the record of this case.

      Done and signed this _____ day of _____, 2020, at Shreveport, Louisiana.


_____

**JUDGE**

1