UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, LLC, AND BARBARA MARIE CAREY LOLLAR | CIVIL ACTION NO. 5:18-CV-1526 |
| VERSUS | DISTRICT JUDGE: S. MAURICE HICKS, JR. |
| LUCKY FAMILY, LLC, ET AL. | MAGISTRATE JUDGE: KAREN L. HAYES |

DEPOSITION OF JEAN HORNE
November 20, 2019

Reported By:
Donna B. Crenshaw, CCR, CSR

JEAN HORNE                                                          11/20/2019

19

1    Q.   Now, under a normal circumstance, what type
2    of property is most -- is sold most often by the
3    Bossier Parish Sheriff's Office?
4    A.   Foreclosures on homes.
5    Q.   Okay.  Homes --
6    A.   Real estate.
7    Q.   Real estate?
8    A.   Yes.
9    Q.   Okay.  When real estate is sold with an
10   appraisal, what process does the sheriff's office go
11   through?
12   A.   When it's with appraisal, we appoint two
13   appraisers, unless one has been appointed by either
14   the plaintiff or the defendant.  Both are notified.
15   The plaintiff and the defendants are notified of the
16   seizure and an opportunity to appoint their own
17   appraiser.
18   Q.   In what instance is a third appraiser
19   necessary?
20   A.   There's a 10 percent variance.  If one is
21   like 100,000 and one is 200,000, then we have to get a
22   third-party appraiser.
23   Q.   Okay.  And what is the sheriff's office
24   process for that end, obtaining a third appraiser?
25   A.   How we obtain the third appraiser?