UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION | § | CIVIL ACTION NO: 5:18-cv-01526 |
| L.L.C. and BARBARA MARIE CAREY | § | |
| LOLLAR | § | |
|      Plaintiffs | § | |
| | § | |
| VS | § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| | § | |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, | § | |
| III, and BOSSIER PARISH SHERIFF | § | |
| JULIAN C. WHITTINGTON | § | |
| | § | MAGISTRATE JUDGE KAREN HAYES |
|      Defendants | § | Jury Trial Demanded |

_____

**ORDER GRANTING MOTION
TO CONTINUE DEADLINES WITHOUT DATE**

THIS MATTER is before the Court on Plaintiffs' *Motion to Continue Deadlines Without Date*.

Having considered motion, the Court hereby GRANTS the motion and ORDERS as follows:

IT IS ORDERED that all deadlines in the Court's July 30, 2019 Scheduling Order (Rec. Doc. 52)

not expired as of this date are hereby CONTINUED WITHOUT DATE.

IT IS FURTHER ORDERED that the Court will hold a scheduling conference following its rulings

on the motions for summary judgment pending before it.


IT IS SO ORDERED this _____ day of _____, 2020.


_____

DISTRICT JUDGE