UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR<br>    Plaintiffs<br><br>VS<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON<br>    Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO: 5:18-cv-01526<br><br><br>CHIEF JUDGE S. MAURICE HICKS, JR.<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES<br>Jury Trial Demanded |

## CERTIFICATE OF CONFERENCE

I HEARBY CERTIFY that counsel for Defendants have been contacted regarding their consent as to the relief sought in Plaintiffs' *Motion to Continue Deadlines Without Date*. Sheriff Julian Whittington does not oppose that motion. Lucky Family, LLC and W.A. Lucky III both oppose the motion.

          Respectfully submitted by,

          _____/s/ Randall S. Davidson_____
          Randall S. Davidson, LSBA No. 4715, TA
          J. Davis Powell, LSBA 33631
          Andrew D. Martin, LSBA 34947
          Harold R. Bicknell III, LSBA 36801
          DAVIDSON SUMMERS, APLC
          330 Marshall Street, Suite 1114
          Shreveport, Louisiana 71101
          Ph: (318) 424-4342 | (318) 226-0168
          E:     rsdav@davidsonsummers.com
                   dpowell@davidsonsummers.com
                   dmartin@davidsonsummers.com
                   hbicknell@davidsonsummers.com
          ***Counsel for Barbara Marie Carey Lollar.***