UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR<br>Plaintiffs | § § § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| VS | § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON<br>Defendants | § § § § § | MAGISTRATE JUDGE KAREN HAYES<br>Jury Trial Demanded |

## ORDER

Considering the foregoing, it is ordered that the *Motion for Leave to File Supplemental Memorandum* filed by plaintiff Barbara Marie Carey Lollar is granted; and

It is further ordered that the clerk of court be directed to enter the attached *Corrective Document* (*Reply Memorandum in Support of Barbara Lollar's Motion for Partial Summary Judgment*) into the record of this case.

Done and signed this 4th day of February, 2020, at Shreveport, Louisiana.

/s/ Maurice Hicks
**JUDGE S. MAURICE HICKS, JR.**

1