**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MAGNOLIA ISLAND PLANTATION L L C ET AL** | **CASE NO. 5:18-CV-01526** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **LUCKY FAMILY L L C ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## ORDER

Pending before the Court is plaintiff Barbara Lollar's motion to compel production of communications between W.A. Lucky, III ("Mr. Lucky") and Lucky Family, L.L.C. [doc. # 71]. After reviewing the parties' briefs, the Court determines that an *in camera* review of the documents at issue is necessary to assess Mr. Lucky's assertions of privilege. Mr. Lucky is instructed to forward the documents to chambers for *in camera* review. Given that Mr. Lucky informed the court that the documents at issue have already been assembled into a binder, he is ordered to provide the documents to chambers by February 14, 2020.

**IT IS SO ORDERED**

In chambers, at Monroe, Louisiana, this 10th day of February 2020.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE