UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR<br>    Plaintiffs | § § § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| VS | § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON<br>    Defendants | § § § § § § | MAGISTRATE JUDGE KAREN HAYES<br>Jury Trial Demanded |

**ORDER**

Considering the foregoing Motion to Continue (Record Document 124) filed by Plaintiffs and the Response to the Motion to Continue (Record Document 128) filed by Defendant W.A. Lucky III,

**IT IS ORDERED** that the trial set for April 13, 2020 is hereby **UPSET** and the pre-trial conference set for March 13, 2020 is also hereby **UPSET**. Further, all deadlines in the Court's July 30, 2019 Scheduling Order (Rec. Doc. 52) not expired as of this date are hereby **CONTINUED WITHOUT DATE**. The matter is hereby referred to Magistrate Judge Hayes for a scheduling conference.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 11th day of February, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT