UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>CHIEF JUDGE S. MAURICE HICKS, JR.<br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## SHERIFF JULIAN WHITTINGTON'S MOTION FOR LEAVE TO FILE REVISED STATEMENT OF UNDISPUTED FACTS

NOW INTO COURT, through undersigned counsel, comes Defendant, BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON ("the Sheriff"), who files this Motion for Leave to File Revised Statement of Undisputed Facts, asserting as follows:

1.

The Sheriff filed an Amended and Corrected Motion for Summary Judgment on January 7, 2020 (Doc. 96) after being granted leave of court to file same.

2.

Plaintiffs filed a Memorandum in Opposition (Doc. 103) to said Motion for Summary Judgment, and the Sheriff filed a Reply to said Memorandum on February 3, 2020 (Doc. 123).

3.

Attached as an exhibit to the Sheriff's Reply (Doc. 123) was a Revised Statement of Undisputed Facts (Doc. 123-4), which Plaintiffs have now moved to strike alleging that it impermissibly altered the substance of previous statements (Doc. 132).

4.

Because the Revised Statement of Undisputed Facts (Doc. 123-4) was revised to specifically address and rebut issues raised in Plaintiffs' Opposition, the Sheriff, out of an abundance of caution, seeks leave of court to file same.

WHEREFORE, Bossier Parish Sheriff Julian Whittington PRAYS that this Motion for Leave of Court be granted allowing The Sheriff to file a Revised Statement of Undisputed Facts, previously submitted as Doc. 123-4.

Respectfully submitted by:

LANGLEY & PARKS, LLC

By:   S / Julianna P. Parks
      Glenn L. Langley, Bar Roll No. 8019
      Julianna P. Parks, Bar Roll No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone
(318) 383-6405 Telefax

**Attorney for Julian C. Whittington,
Sheriff of Bossier Parish**