UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR | § § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| Plaintiffs | § § | |
| VS | § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON | § § § § | |
| | § | MAGISTRATE JUDGE KAREN HAYES |
| Defendants | § | Jury Trial Demanded |

**ORDER**

Considering the foregoing Motion to Correct Amended Scheduling Order filed by Plaintiffs,

IT IS HEREBY ORDERED THAT the aforesaid motion is DENIED.

The amended scheduling order does not need correction.

THUS DONE AND SIGNED in Monroe, Louisiana, on this 24th day of March, 2020.

_____
KAREN L. HAYES, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

1