# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, LLC, ET AL. | CIVIL ACTION NO. 18-1625 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, LLC, ET AL. | MAGISTRATE JUDGE HAYES |

### ORDER

Considering Plaintiffs' Motion to Strike and Alternative Motion for Leave to Supplement (Record Document 132);

**IT IS ORDERED** that Plaintiffs' Motion to Strike is hereby **DENIED**; however, Plaintiffs' Motion for Leave to Supplement is hereby **GRANTED**.

The clerk of court is directed to enter Plaintiffs' Supplemental Statement of Contested Facts in Opposition to Sheriff's Motion (Record Document 132-2) into the record of this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 30th day of September, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT