UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR<br><br>Plaintiffs<br><br>VS.<br><br>LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity<br><br>Defendants | CIVIL ACTION NO: 5:18-cv-01526<br><br><br><br>CHIEF JUDGE S. MAURICE HICKS, JR<br><br><br><br>MAGISTRATE JUDGE KAREN HAYES |

## NOTICE OF APPEAL TO THE FIFTH CIRCUIT

Notice is hereby given that Defendant, Bossier Parish Sheriff Julian C. Whittington, in his official capacity hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order denying in part Defendants' summary judgment motion asserting qualified immunity entered in this action on the 20th day of November 2020, a ruling which is immediately appealable pursuant to 28 U.S.C.A § 1291, and applicable jurisprudence.

**DATED:** December 18, 2020

Respectfully submitted by:

LANGLEY & PARKS, LLC

By: s/ *Julianna P. Parks*
    Glenn L. Langley, Bar No. 8019
    Julianna P. Parks, Bar No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422: Telephone
(318) 383-6405: Facsimile

*Attorneys for BSO Defendants*