UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, L.L.C., ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER GRANTING MOTION TO CONTINUE DEADLINES
AND TRIAL WITHOUT DATE (WITH CONSENT)**

CONSIDERING the *Motion to Continue Deadlines and Trial Without Date (with Consent)* filed by W.A. Lucky, III,

IT IS HEREBY ORDERED THAT the aforesaid motion is granted, and that all of the unexpired deadlines set herein, beginning with the February 9, 2021, deadline for exchange of the proposed pretrial order and exhibits and including the unexpired deadlines in the *Scheduling Order*, Rec. Doc. 154, and the pending April 26, 2021, trial date, are continued without date to be reset by a scheduling conference after the Fifth Circuit Court of Appeals rules on Bossier Parish Sheriff Julian C. Whittington's appeal from the Court's *Order*, Doc. No. 159.

THUS DONE AND SIGNED in Shreveport, Louisiana, on this ____ day of February, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT