UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL | CIVIL ACTION NO. 5:18-cv-1526 |
| V. | DISTRICT JUDGE S. MAURICE HICKS |
| LUCKY FAMILY, L.L.C., ET AL | MAGISTRATE JUDGE MCCLUSKY |

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD ON BEHALF OF DEFENDANT, LUCKY FAMILY, L.L.C.

NOW INTO COURT, through undersigned counsel, comes Defendant, Lucky Family, L.L.C., who respectfully desires to enroll as co-counsel of record, Allison A. Jones and the law firm of Downer, Jones, Marino & Wilhite, L.L.C;

WHEREFORE, DEFENDANT, LUCKY FAMILY, L.L.C. PRAYS that its motion to enroll be granted, thereby permitting Allison A. Jones and the law firm of Downer, Jones, Marino & Wilhite, L.L.C, to enroll as its co-counsel of record in these proceedings.

Respectfully submitted,

/s/Allison Jones
Allison A. Jones
DOWNER, JONES, MARINO &WILHITE, L.L.C.
401 Market Street, Suite 1250
Shreveport, Louisiana 71101
Tel: 318-213-4444
Fax: 318-213-4445
Email: ajones@dhw-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was this date filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

Thus done and signed in Shreveport, Louisiana, this 25th day of March, 2022.

                 /s/ Allison A. Jones
                 OF COUNSEL