UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL | CIVIL ACTION NO. 5:18-cv-1526 |
| V. | DISTRICT JUDGE S. MAURICE HICKS |
| LUCKY FAMILY, L.L.C., ET AL | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS HEREBY ORDERED that this motion be granted, and that Allison A. Jones and the law firm of Downer, Jones, Marino & Wilhite, L.L.C be enrolled as co-counsel of record for Defendant, Lucky Family, L.L.C.

THUS DONE AND SIGNED on this _____ day of _____, 2022.

_____
JUDGE