# The Supreme Court of the State of Louisiana

**W.A. LUCKY, III**

NO. 2019-C-0261

**VS.**

**BARBARA MARIE CAREY CARR**

- - - - - -

IN RE: W.A. Lucky, III; - Plaintiff; Applying For Writ of Certiorari and/or Review, Parish of Bossier, 26th Judicial District Court Div. F, No. 127,573; to the Court of Appeal, Second Circuit, No. 52,434-CA;

- - - - - -

**April 8, 2019**

Denied.

                              SJC
                              BJJ
                              JLW
                              GGG
                              MRC
                              JDH
                              JTG

Supreme Court of Louisiana
April 8, 2019

*[signature]*

Deputy Clerk of Court
For the Court

**EXHIBIT D-3**