# NOTICE OF SEIZURE
## SHERIFF'S OFFICE

| | |
|---|---|
| **Suit No:** (08) 127573   **Serial #:** 50 | **JULIAN C. WHITTINGTON, SHERIFF** |
| **Date:** Thursday, September 6, 2018 | P.O. Box 850 |
| W. A. LUCKY, III | BENTON, LA 71006 |
| VS | **Parish of Bossier** |
| BARBARA MARIE CAREY CARR | 26th Judicial District Court |
| | State of Louisiana |

**TO: LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH**
**MR. J. DAVIS POWELL**
**330 MARSHALL STREET, SUITE 1114**
**SHREVEPORT, LA 71101**

PLEASE TAKE NOTICE: That by virtue of a writ of FIERI FACIAS, issued in, the above mentioned suit, I have seized and taken into my official custody all the rights, title, interest and claims of **BARBARA MARIE CAREY CARR**, in and for the following named and described property, to wit:

**THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.**

*[Stamp: 2018 SEP 7 PM 1 58 CADDO PARISH SHERIFF'S OFFICE]*

NOW, THEREFORE, unless you come forward, from the service of this notice, pay and satisfy the demands of: **W. A. LUCKY, III**, in the above-entitled suit, and all costs, or point out other property, I will proceed to advertise and sell the above described property, according to law.

This matter is tentatively scheduled for Sheriff's Sale on the first Wednesday, fourteen days from the date of the notice of seizure; however, you should contact the Sheriff's Office at (318)965-3404 for the actual sale date and any rescheduling.

| | |
|---|---|
| **SHERIFF'S RETURN** | JULIAN C. WHITTINGTON-SHERIFF & |
| DATE: 9-12-18 | EX-OFFICIO TAX COLLECTOR |
| SERVED: Davis Powell | BOSSIER PARISH |
| PERSONAL: (✓) | |
| DOMICILIARY: ( ) | BY: *Kim Flournoy* |
| UNABLE TO LOCATE: ( ) | KIM FLOURNOY |
| MOVED ( ) | |
| NO SUCH ADDRESS ( ) | |
| OTHER REASON: | |
| DEPUTY: | |
| BPSO-CIV-202-0402 | **Return Copy** |

RETURN

NON-CERTIFIED COPY

**EXHIBIT H**