## SHERIFF'S RETURN
## (PROCES VERBAL OF SALE)
### SHERIFF'S OFFICE

| | |
|---|---|
| Suit No: (08) 127573<br>W. A. LUCKY, III<br>VS<br>BARBARA MARIE CAREY CARR | BENTON, LA<br><br>26th Judicial District<br>Parish of Bossier<br>State of Louisiana |

BE IT KNOWN, that JULIAN C. WHITTINGTON, SHERIFF & EX-OFFICIO TAX COLLECTOR for the Parish of BOSSIER, through his duly authorized deputy, received a writ of FIERI FACIAS issued on June 07, 2018.

On all rights of BARBARA MARIE CAREY CARR in the below described property I seized item description and appointed as custodian of same and Notice of the seizure served and filed with the Bossier Parish Clerk of Court as evidenced by the notices of seizure attached hereto.

**THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.**

I had the advertisement published in the Bossier Press-Tribune, a newspaper published in this Parish, stating herein that within legal hours on Wednesday, October 24, 2018, I would offer the property for sale at public auction for cash, to the highest bidder, with appraisal, as evidenced by the proof of publication attached hereto.

If the property was to be sold with appraisal, notice to appoint an appraiser was served, appraisers appointed, and appraisals made, as evidenced by the attachments hereto.

The sale proceeded as advertised. The advertisement, certificates and the Motor Vehicle Division for the Department of Public Safety of State of Louisiana (attached hereto), were read aloud. It was announced that the property was to be sold for cash, without warranty, and subject to any security interest, mortgage, lien, or privilege thereon superior to that of the seizing creditor, with a minimum starting bid of $104,672.81.

FILED
NOV 5 2018
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

NON-CERTIFIED COPY

EXHIBIT M

PROCES VERBAL
Page Two
NO. (08) 127573

I then offered the property for sale, and adjudicated the property to LUCKY FAMILY LLC, 151 LUCKY LANE BOSSIER CITY, LA 71112, represented by DAVID TOUCHSTONE, for the last and highest bid of $105,000.00 at 10:00 am.

The purchaser complied with the bid by paying to the Sheriff in cash, the amount of costs herein, and by retaining **$0.00** as a credit against this claim within, which I have disbursed as follows:

**EXPENSES INCURRED IN THE ABOVE NUMBERED AND ENTITLED SUIT:**

| | | |
|---|---:|---:|
| **ADVERTISING FEES:** | | |
| Advertising Fees: | $ 144.00 | |
| | | $ 144.00 |
| **SHERIFF JULIAN C WHITTINGTON COSTS** | | |
| Services & preparing advertise: | $ 90.00 | |
| Commission: | $ 5,200.00 | |
| Deed and Recording: | $ 0.00 | |
| Sheriff Julian C Whittington (Prepaid): | $ 200.00 | |
| | | $ 5,490.00 |
| **OTHER SHERIFFS COST:** | | |
| Other Sheriff Costs: | $ 90.00 | |
| | | $ 90.00 |
| **CLERK OF COURTS COSTS:** | | |
| Recording Fees: | $ 25,358.62 | |
| Mortgage Certificate: | $ 0.00 | |
| | | $ 25,358.62 |
| **CURATOR FEE:** | | |
| Curator Fees: | $ 0.00 | |
| | | $ 0.00 |
| **APPRAISER FEE:** | | |
| Appraiser Fee: | $ 1,682.50 | |
| | | $ 1,682.50 |
| **TOWING AND STORAGE:** | | |
| Storage: | $ 0.00 | |
| Towing: | $ 0.00 | |
| | | $ 0.00 |
| **OTHER:** | | |
| Other: | $ 72,234.88 | |
| | | $ 72,234.88 |
| **TOTAL COSTS:** | | $ 105,000.00 |
| **AMOUNT PAID** CK # : | | $ 106,500.00 |
| **LESS DEPOSIT** CK # : | | $ 1,500.00 |
| **BALANCE DUE** | | $ 0.00 |

NON-CERTIFIED COPY

EXHIBIT M

PROCES VERBAL
Page Three
NO. (08) 127573

WHEREFORE, I have disbursed the cash payments above set forth and with the foregoing PROCES VERBAL of my proceedings thereunder; I hereby return this writ on **10/24/2018**

SHERIFF & EX-OFFICIO TAX COLLECTOR
JULIAN C. WHITTINGTON

by: /s/ Kim Flournay
Sheriff, Bossier Parish

### SHERIFF'S SALE
### SHERIFF'S OFFICE

JULIAN C. WHITTINGTON, SHERIFF
P. O. Box 850
BENTON, LA 71006

PARISH OF BOSSIER
26TH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

Suit No: (08) 127573

**W.A. LUCKY, III**
**VS**
**BARBARA MARIE CAREY CARR**

BY VIRTUE OF A WRIT OF FIERI FACIAS ISSUED IN THE ABOVE NUMBERED AND ENTITLED CAUSE AND TO ME DIRECTED, I HAVE SEIZED AND WILL PROCEED TO SELL AT PUBLIC AUCTION, TO THE LAST AND HIGHEST BIDDER, FOR CASH, WITH THE BENEFIT OF APPRAISEMENT; AND ACCORDING TO LAW, AT THE PRINCIPAL FRONT DOOR OF THE COURT HOUSE, IN THE TOWN OF BENTON, LA, ON WEDNESDAY, OCTOBER 24, 2018, BETWEEN THE HOURS OF 10:00 AM AND 4:00 PM, THE FOLLOWING DESCRIBED PROPERTY, SITUATED IN PARISH OF BOSSIER, LOUISIANA, TO-WIT:

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

AND FROM THE PROCEEDS OF SAID SALE TO PAY PETITIONERS CLAIMS OF: ONE MILLION SEVEN HUNDRED NINETY-NINE THOUSAND FOUR HUNDRED FIFTY AND 52 / 100 ($1,799,450.52) DOLLARS, ALONG WITH INTEREST, ATTORNEY'S FEES AND ALL OTHER COSTS OF SUIT.

JULIAN C. WHITTINGTON, SHERIFF
& EX-OFFICIO AUCTIONEER
BOSSIER Parish

ATTORNEY FOR PLAINTIFF:
Curtis R. Shelton
P.O. Box 22260
Shreveport, LA 71120-2260
318-221-6277

September 26, 2018
**Bossier Press-Tribune**

NON-CERTIFIED COPY

EXHIBIT M