# Exhibit A

# Rule 26 report from Arthur L. Schwertz



2030 Dickory Avenue, Suite 200
New Orleans, LA 70123
504.541.5100 phone
504.541.5107 fax
valbridge.com

August 10, 2022

Mr. J. Davis Powell
DAVIDSON SUMMERS, APLC
330 Marshall Street, Suite 1114
Shreveport, LA 71101

<u>Via Email</u>

RE: **Consulting Report on behalf of Mrs. Barbara Lollar in the matter of Magnolia Island Plantation, LLC, et al. v. Lucky Family, LLC, et al.**

Dear Mr. Powell:

In accordance with your request and on behalf of your client, Mrs. Barbara Lollar,, I have reviewed the following documents regarding the procedures followed in obtaining a third or "referee" appraisal in conjunction with a Sheriff's Sale:

1. 2019.051 — First Amended & Restated Complaint to Annul Sheriff's Sale and For Other Relief
2. Second Amended & Restated Complaint to Annul Sheriff's Sale and For Other Relief
3. 2019.051-1 — Exhibit A (Promissory Note)
4. 2019.051-2 — Exhibit B (Credit Sale Deed)
5. 2019.051-3 — Exhibit C (Exchange Deed)
6. 2019.051-4 — Exhibit D (Judgement)
7. 2019.051-5 — Exhibit D-2 (Notice of Judgement)
8. 2019.051-6 — Exhibit D-3 (Writ Denial)
9. 2019.051-7 — Exhibit E (2017 Lis Pendens)
10. 2019.051-8 — Exhibit F (2018 Lis Pendens)
11. 2019.051-9 — Exhibit G (Order on Ex Parte Motion)
12. 2019.051-10 — Exhibit H (Notice of Seizure)
13. 2019.051-11 — Exhibit I (Garland Appraisement Sheet)
14. 2019.051-12 — Exhibit J (Dean Appraisement Sheet)
15. 2019.051-13 — Exhibit K (Shelton Letter)
16. 2019.051-14 — Exhibit L (Lacour Appraisal)
17. 2019.051-15 — Exhibit M (Sheriff's Process Verbal Sale)
18. Transcript of Deposition of Patrick Lacour
19. Transcript of Deposition of Jean Horne (Sheriff's Office)

After reviewing the aforementioned documents, there are several items that, as an appraiser who has been appointed to perform appraisals for various Sheriff's Departments in the State of Louisiana, would be considered disconcerting.

First, in my experience, the third appraiser has always been engaged directly by the Sheriff's office to maintain being an independent and impartial party to the litigation. In the captioned litigation, based upon my review of the documentation provided, the third appraiser was initially contacted by Mr. Shelton through what appears to be a very one-sided document ("Shelton Letter"). Further, Mr. Shelton remained his contact throughout.

Second, the Sheriff's Office appears to have made no attempt to seek out names of appraisers from the opposing counsel. This lack of equality would raise "red flags" with the propriety of the assignment.

Third, while it is not uncommon for parties in litigation to try and present their side of a case to an appraiser in a favorable light, the appraiser should insist that both sides are given equal opportunity to present their "case". It is incumbent upon an appraiser to seek out all pertinent information regarding the subject of the appraisal through the Sheriff's office or other public sources. Further, to maintain independence it is considered the standard of conduct to request all parties to send their documents through the Sheriff's office.

Finally, Lacour testified that he complied with the Statement on Standards for Valuation Services ("SSVS") in completing a *Calculation Engagement*. The SSVS states that

> *"14. The AICPA Code of Professional Conduct requires objectivity in the performance of all professional services, including valuation engagements. Objectivity is a state of mind. The principle of objectivity imposes the obligation to be impartial, intellectually honest, disinterested, and free from conflicts of interest. If necessary, where 10 Statement on Standards for Valuation Services No. 1 a potential conflict of interest may exist, a valuation analyst should make the disclosures and obtain consent as required under Interpretation No. 102-2, "Conflicts of Interest," under Rule 102, Integrity and Objectivity (AICPA, Professional Standards, vol. 2, ET sec. 102.03)."*

AND

> *b. Calculation engagement—A valuation analyst performs a calculation engagement when (1) the <u>valuation analyst and the client agree on the valuation approaches and methods the valuation analyst will use</u> and the extent of procedures the valuation analyst will perform in the process of calculating the value of a subject interest (these procedures will be more limited than those of a valuation engagement) and (2) the valuation analyst calculates the value in compliance with the agreement. The valuation analyst expresses the results of these procedures as a calculated value. The calculated value is expressed as a range or as a single amount. A calculation engagement does not include all of the procedures required for a valuation engagement (paragraph 46).*

Based upon the foregoing, it appears that Mr. Lacour violated both of these tenets of the SSVS. For objectivity, Mr. Lacour does not appear to have considered any information other than that which was

provided by Mr. Shelton. In addition, the Calculation Engagement requires that the valuation analyst (Lacour) and the client (Sheriff's Office) agree on the valuation approaches and the methods the valuation analyst will use. It does not seem likely that any agreement was reached on the valuation approaches was reached as the Sheriff's office apparently had no contact with Mr. Lacour until after the valuation had been delivered.

Please note that my compensation in this matter is an hourly rate of $450/hour plus actual travel expenses if any.

Respectfully submitted,
Valbridge Property Advisors

Sincerely,

Arthur L. Schwertz, MAI
Senior Managing Director
Louisiana Certified General
Real Estate Appraiser #G0932

# Qualifications of Arthur L. Schwertz, MAI
Senior Managing Director
Valbridge Property Advisors | South Louisiana

*Independent Valuations for a Variable World*

**State Certifications**
Certified General in:
- Louisiana
- Mississippi
- Alabama
- Texas
- Virginia
- California
- Arizona
- Kentucky
- Tennessee
- North Carolina
- Maryland
- Florida

**Education**

Bachelor of Arts
History
Louisiana State University

**Contact Details**

504-541-5101 (p)
504-541-5107 (f)
aschwertz@valbridge.com (e)

Valbridge Property Advisors | South Louisiana
2030 Dickory Avenue
Suite 200
New Orleans, LA 70123

www.valbridge.com/south-louisiana

**Membership/Affiliations**
Member: Appraisal Institute – MAI Designation
Louisiana Chapter President, 2017
Member: Celebration Church Administrative Team (Corporate Secretary)

**Appraisal Institute & Related Courses**
Continuing education courses taken through the Appraisal Institute and other real estate organizations.

**Publications, Seminars Presented, etc.**
"Valuation of Municipal Systems and the Property Rights Involved", AI Connect 2021 (Appraisal Institute's National Meeting), Orlando, Florida 2021

"Contract or Effective Rent: Finding the Real Rent", Appraisal Institute, Austin, Texas, 2019.

"Contract or Effective Rent: Finding the Real Rent", Appraisal Institute, Baton Rouge, Louisiana, 2016.

"Appraising Commercial and Complex Properties in an Historic Area", Webinar for the Appraisal Institute, 2015.

"The Unique Appraisal: Case Studies in Appraising Special Purpose Properties", AI Connect 2014 (Appraisal Institute's National Meeting), Austin, Texas, 2014.

Schwertz, Arthur L. 2014. "History Lesson", *Valuation Magazine* 2nd Quarter, 2014, 12 – 13.

Huso, Deborah R. 2013. "On the Waterfront", *Valuation Magazine* 2nd Quarter, 2013, 22 – 27. (Contributor)

**Experience**
Senior Managing Director
Valbridge Property Advisors | South Louisiana (2013-Present)

Vice-President
Argote, Derbes, Graham, Shuffield & Tatje, Inc. (1992-2013)

Appraisal/valuation and consulting assignments include (but not limited to): Single-family, condominium, apartments, vacant land, funeral homes, amphitheaters, live performance theaters, office buildings, hospitals, nursing homes, specialized healthcare, hotels/motels, service stations, retail, industrial plants, warehouses, fractional interest valuations, contaminated properties, special purpose properties (port facilities, nuclear reactor simulator facility, shipyards, etc.), senior residential and healthcare facilities, feasibility studies, market studies, condemnation, construction defects, litigation support, mediations, and review appraisals.

Mr. Schwertz has provided valuation services in a wide variety of complex civil litigation including real estate, land use cases, condemnation, estate matters, property taxation, construction defect, and bankruptcy/creditors matters.

Qualified as an expert witness in Jefferson, Orleans, St. Tammany, and Terrebonne Parishes, Dallas County, Texas, United States Court of Federal Claims, United States Court for the Eastern District of Louisiana and the United States Bankruptcy Court for the Middle District of Louisiana. Also qualified as an expert witness at the Louisiana Tax Commission and the Indiana Board of Tax Review.

## QUALIFICATIONS OF THE APPRAISER (Continued)

### ARTHUR L. SCHWERTZ, MAI

### Designations, Associations and Professional Awards

- Louisiana Certified General Real Estate Appraiser; License No. G-0932
- Mississippi Certified General Real Estate Appraiser; License No. GA-633
- Alabama Certified General Real Estate Appraiser; License No. G00937
- Texas Certified General Real Estate Appraiser, License No. TX-1337393-G
- California Certified General Real Estate Appraiser, License No. 3005682
- Virginia Certified General Real Estate Appraiser, License No. 400101572
- Arizona Certified General Real Estate Appraiser, License No. 1003038
- North Carolina Certified General Real Estate Appraiser, License No. A8506
- Tennessee Certified General Real Estate Appraiser, License No. 5810
- Kentucky Certified General Real Estate Appraiser, License No. 5470
- Maryland Certified General Real Estate Appraiser, License No. 34070
- Florida Certified General Real Estate Appraiser, License No. RZ4249
- Member of the Appraisal Institute, MAI Certificate No. 12678
- Instructor of the Appraisal Institute
- Secretary, Louisiana Chapter of the Appraisal Institute, 2014
- Treasurer, Louisiana Chapter of the Appraisal Institute, 2015
- Vice-President, Louisiana Chapter of the Appraisal Institute, 2016
- President, Louisiana Chapter of the Appraisal Institute, 2017

### Civic Organizations

| | |
|---|---|
| 1982 | Eagle Scout, Boy Scouts of America |
| 1983 | Vigil Honor Member, Order of the Arrow, Boy Scouts of America |
| 1999 – 2001 | Board of Directors, Berean Bible Church, New Orleans, Louisiana |
| 2000 – 2001 | Treasurer, Berean Bible Church, New Orleans, Louisiana |
| 2008 – 2010 | School Board Chairman, Crescent City Christian School, Metairie, Louisiana. |
| 2008 – Present | Board of Directors, Celebration Church, Metairie, Louisiana |
| 2010 – Present | Corporate Secretary, Celebration Church, Metairie, Louisiana |

### Expert Witness Experience

- Expert Witness, United States Court of Federal Claims
- Expert Witness, United States Bankruptcy Court, Middle and Eastern Districts of Louisiana
- Expert Witness, United States Federal Court, Eastern District of Louisiana
- Expert Witness, Civil District Court for the Parish of Orleans, State of Louisiana.
- Expert Witness, State Civil District Court, Dallas County, State of Texas.
- Expert Witness, Louisiana Tax Commission
- Expert Witness, Circuit Court for the City of Norfolk, Virginia
- Expert Witness, 9th JDC, 23rd JDC and 32nd JDC, State of Louisiana
- Expert Witness, Indiana Board of Tax Review, State of Indiana
- Expert Witness, Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

## QUALIFICATIONS OF THE APPRAISER (Continued)
### ARTHUR L. SCHWERTZ, MAI

### Court Testimony

| Year | Case |
|---|---|
| 2022 | Reinie A. Benoit v. Fredrick J. Benoit, II, Case No. 19-DR-1569, Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida (Testimony) |
| 2020 | Low Land Investors, LLC, Low Land Construction Co., Inc. v. New Generation Shipbuilding, LLC, Case No. 180743, 32nd Judicial District for Terrebonne Parish, State of Louisiana (Deposition/Testimony) |
| 2020 | GIV Green Tree Mall Investor, LLC v. Clark County Assessor, Petition Nos. 10-011-17-1-4-02088-17, 10-011-18-1-4-00149-20 and 10-011-19-1-4-00150-20, Indiana Board of Tax Review, State of Indiana (Testimony) |
| 2020 | Cella III, LLC v. Jefferson Parish Hospital District No. 2, Civil Action No. EDLA 19-11528, Bankruptcy No. 19-01145, United States District Court for the Eastern District of Louisiana (Deposition/Testimony) |
| 2020 | Elizabeth Sewell, et al v. Sewerage & Water Board of New Orleans, Docket No. 15-4501, Division D-12, Civil District Court, Parish of Orleans, State of Louisiana (Deposition) |
| 2019 | Virginia Natural Gas, Inc. v. Colonna's Ship Yard, Incorporated, Case No. CL18-2169, Circuit Court for the City of Norfolk, State of Virginia (Deposition) |
| 2018 | Jeannette C. Liebman, Wife of/and Paul E. Ramoni, Jr. v. The United States, Docket No. 14-1165, United States Court of Federal Claims (Testimony) |
| 2016 | Appeal of Filmore Parc Apartments v. Orleans Parish Board of Review, Docket Nos. 16-22173-001 and 16-22173-002, Louisiana Tax Commission, State of Louisiana. (Testimony) |
| 2016 | Appeal of Fulton Development (Harrah's Hotel) v. Orleans Parish Board of Review, Docket No. 16-22171-002, Louisiana Tax Commission, State of Louisiana (Testimony) |
| 2016 | Jeannette C. Liebman and Paul E. Ramoni, Jr. v. United States of America, Case No. 14-1165 L, United States Court of Federal Claims (Deposition) |
| 2016 | State of Louisiana, Department of Transportation & Development v. Northport Properties Partnership, Et Al, Docket No. 233,894, 9th Judicial District, Parish of Rapides, State of Louisiana (Deposition) |
| 2015 | Appeal of Filmore Parc Apartments v. Orleans Parish Board of Review, Docket Nos. 15-22173-018 and 15-22173-019, Louisiana Tax Commission, State of Louisiana. (Testimony) |
| 2015 | Doretha Z. Walker et al vs. AMID/Metro Partnership, LLC and City of New Orleans, Docket No. 07-14794, Division H-14, Civil District Court for the Parish of Orleans, State of Louisiana. (Testimony) |
| 2015 | Sandra Oubre Sotile, Et Al vs Dooley Oubre, Et Al, Docket No. 110,622, 23rd Judicial District Court, Ascension Parish, Louisiana (Deposition) |
| 2015 | Feng Jin Teng and his wife Aijin Chen vs. Peggy Hatch, Secretary of LDEQ, in Her Capacity as Administrator of the Louisiana Motor Fuels Underground Storage Tank Trust Fund, Docket No. 251,016, 9th Judicial District Court, Rapides Parish, Louisiana (Mediation) |

## QUALIFICATIONS OF THE APPRAISER (Continued)

### ARTHUR L. SCHWERTZ, MAI

### Court Testimony (Continued)

| | |
|---|---|
| 2014 | North Shore Lodging, LLC vs Commonwealth Land Title Insurance Company, Case No. 2:2013cv06070, United States Court for the Eastern District of Louisiana (Deposition) |
| 2014 | Appeal of Filmore Parc Apartments v. Orleans Parish Board of Review, Docket Nos. 14-22173-003 and 14-22173-004, Louisiana Tax Commission, State of Louisiana. (Testimony) |
| 2014 | State Bank of Texas vs. Granbury Hospitality Inc., et al, Cause No. DC-12-06398, 44th State Civil District Court, Dallas County, State of Texas. (Testimony) |
| 2013 | Bruce L. Feingerts v Succession of Doris Feingerts, et al, Adversary Proceeding No. 2011-9918, Civil District Court for the Parish of Orleans, State of Louisiana. (Testimony) |
| 2012 | Consolidated Cases of Percy J. Marchand versus Entergy New Orleans, Inc., Docket No. 2009-12695 AND Omar Duncan, Et Al, vs. Entergy New Orleans, Inc., Docket No. 2010-0714 AND Leroy Anthony Vignaud versus Entergy New Orleans, Inc. Docket No. 2010-5566, Division "C" of the Civil District Court for the Parish of Orleans, State of Louisiana. (Deposition) |
| 2011 | Pleasant View Development, LLC v Charles Anthony Bonaventure, Gina Bonaventure Porciau, Charles R. St. Romain, and Patin Engineers and Surveyors, Inc., Adversary Proceeding No. 10-1024, United States Bankruptcy Court, Middle District of Louisiana (Testimony) |
| 2011 | 1522 R.E. Lee Blvd., LLC v. Bank of New Orleans, Civil District Court for the Parish of Orleans, State of Louisiana (Deposition) |

### Partial List of Appraisal Assignments Completed

#### Healthcare

Bellefonte Hospital, Ashland, KY
O'Connor Hospital, San Jose, CA
St. Louise Regional Medical Center, Gilroy, CA
St. Vincent Medical Center, Los Angeles, CA
Riverside Hospital, Yorktown, VA
Proposed Prosser Memorial Hospital, Prosser, WA
Savoy Medical Center, Mamou, LA
Methodist Hospital, New Orleans, LA
New Orleans East Hospital, New Orleans, LA
Lakeland Hospital, New Orleans, LA
Shriner's Hospital, Shreveport, LA
Fairway Surgical Hospital, Covington, LA
Southpark Hospital, Lafayette, LA
St. James Parish Hospital, St. James, LA
Green Clinic and Surgery Center, Ruston, LA
Numerous Residential Treatment Facilities Throughout the Nation
Numerous Nursing Homes throughout Louisiana
Lambeth House Assisted Living, New Orleans, LA
Rosewood Assisted Living Facility, Charlottesville, VA
Good Samaritan Society Facilities in DeLand, Daytona Beach, and Kissimmee, Florida

#### Water and Wastewater Systems

Forest Oaks Water System, Streetman, TX
UIC 13, LLC, Houston Metroplex, TX
Resolve Water, Slidell, LA
Coast Water, Slidell, LA
H20 Water and Wastewater, St. Tammany Parish, LA
Mo-Dad Utilities, Tangipahoa, Livingston, West Baton Rouge, East Baton Rouge and West Feliciana Parishes, LA
Scientific System, Jacksonville, NC
Center Ridge System, Murray, KY
Blue Creek Utilities, Jacksonville, NC
Delaplain Utilities, Georgetown, KY
River Bluff Wastewater System, River Bluff, KY

## QUALIFICATIONS OF THE APPRAISER (Continued)
### ARTHUR L. SCHWERTZ, MAI

## Partial List of Appraisal Assignments Completed (Continued)

### Office Buildings
Xerox Centre, Kenner, LA
Park Tower, Lafayette, LA
Former Stewart Enterprises Building, Metairie, LA
First NBC Building, New Orleans, LA
Executive Plaza, New Orleans, LA
Chase Tower, Houma, LA
Maison Blanche Building, New Orleans, LA
Yenni Office Building, Harahan, LA
Dominion Tower, New Orleans, LA
Elmwood Tower, Harahan, LA
Freeport-McMoran Building, New Orleans, LA
Entergy Building, New Orleans, LA
1250 Poydras Building, New Orleans, LA

### Major Retail
Clearview Regional Mall (±700,000 square feet), Metairie, LA
Northshore Square Mall (±621,192 square feet), Slidell, LA
The Shoppes at Fremaux (±600,000 square feet), Slidell, LA
Slidell Factory Outlet Mall, Slidell, LA
Southland Mall (±600,000 square feet), Houma, LA
The Plaza (±1,200,000 square feet), New Orleans, LA
Belle Promenade (±750,000 square feet), Marrero, LA
Jax Brewery, New Orleans, LA
River Marketplace Shopping Center, Lafayette, LA
Natchez Mall (±268,857 square feet), Natchez, MS
Bradley Square Mall (568,508 square feet), Cleveland, TN

### Industrial
Colonna's Shipyard, Norfolk, VA
Signal International Shipyard, Orange, TX
Signal International Shipyard, Mobile, AL
Signal International Shipyard, Port Arthur, TX
Signal International Shipyard, Pascagoula, MS
Bender Shipyard, Mobile, AL
Plastic Infusion Plant, Hammond, LA
UBT Coal Transfer Facility, Davant, LA
Trinity Yachts, Gulfport, MS
Trinity Yachts, New Orleans, LA
Coca-Cola Facility, Thibodaux, LA
LaShip Shipyard, Houma, LA
Dow Chemical Plant, Norco, LA
Port of St. Bernard, St. Bernard, LA

Owensboro Riverport, Owensboro, KY
Toulouse Street Wharf, Port of New Orleans, LA
Mississippi River Dock, Venice, LA
Port of Iberia, New Iberia, LA.
Kaiser Site, Port of Greater Baton Rouge, LA
Proposed Port of Cameron, Cameron, LA
Union Tank Car Plant, Alexandria, LA
Alabama Shipyard, Mobile, Alabama

### Contaminated Properties
Quality Shipyard, Houma, LA
Trinity Yachts, Gulfport, MS
Signal International Shipyard, Pascagoula, MS
Port of Slidell (adjacent to Bayou Bonfouca Superfund Site), Slidell, LA
20 MacArthur Drive, Alexandria, LA
Signal International Shipyard, Orange, TX
Gentilly Landfill, New Orleans, LA
Agriculture Street Landfill Site, New Orleans, LA

### Schools
Clifton L. Ganus Academy, New Orleans, LA
Mt. Carmel Academy, New Orleans, LA
Israel Augustine School, New Orleans, LA
Millerville Academy, Baton Rouge, LA
Louise S. McGhee School, New Orleans, LA
Stuart Hall Academy, New Orleans, LA
Believer's Life Academy, Marrero, LA
D'Arbonne Woods Charter School, Farmerville, LA

## QUALIFICATIONS OF THE APPRAISER (Continued)

### ARTHUR L. SCHWERTZ, MAI

### Partial List of Appraisal Assignments Completed (Continued)

#### Hotels

Super 7 Motel, Lafayette, LA
Harrah's Hotel, New Orleans, LA
Candlewoods Suites Hotel, Houma, LA
Candlewoods Suites Hotel, Lafayette, LA
Hyatt House Hotel, Columbus, MS
Hampton Inn, Harahan, LA
Hampton Inn, Metairie, LA
Hampton Inn Convention Center, New Orleans, LA
Hampton Inn Uptown, New Orleans, LA
Hampton Inn, Mobile, AL
Courtyard by Marriott, Metairie, LA, Baton Rouge,
Residence Inn, Metairie, LA
Quality Inn, Opelousas, LA
LaQuinta, Slidell, LA
Historic French Market Inn, New Orleans, LA
Wyndham Hotel, Metairie, LA
Holiday Inn Superdome, New Orleans, LA
Hilton Garden Inn, Kenner, LA
Hilton Garden Inn, Baton Rouge, LA
Homewood Suites, Gretna, LA
Homewood Suites, Lake Charles, LA
Holiday Inn Express, Cut Off, LA

#### Multi-Family

Shadowlake Apartments, Harvey, LA
Citrus Creek Apartments, Harahan, LA
Palmetto Creek Apartments, Harahan, LA
The Reserve at Acadiana, Lafayette, LA
Gravier Place Apartments, New Orleans, LA
The Saulet Apartments, New Orleans, LA
Town Oaks Apartments, Shreveport, LA
University Edge Apartments, Hattiesburg, MS
Legacy Condominiums Phase I, Gulfport, MS
Legacy Condominiums Phase II, Gulfport, MS
South Beach Condominiums, Biloxi, MS
609 Jackson Avenue, New Orleans, LA
Cypress Run Apartments, New Orleans, LA

Mitigation Bank, St. James Parish, LA
Mitigation Bank, Livingston Parish, LA
Mitigation Bank, East Baton Rouge Parish, LA
Elmer's Island, Jefferson Parish, LA
Former Wabash Bridge Piers, Pittsburgh, PA

#### Entertainment/Leisure

Dixie Landing Amusement Park, Baton Rouge, LA
Blue Bayou Water Park, Baton Rouge, LA
Proposed Aqualand Water Park, Dayton, TX
Saenger Theatre, New Orleans, LA
Orpheum Theatre, New Orleans, LA
Vina Robles Amphitheatre, Paso Robles, CA
House of Blues, New Orleans, LA
The Oaks Golf Course, Pass Christian, MS
Money Hill Golf Course, Abita Springs, LA
Pelican Pointe Golf Course, Gonzales, LA
Colonial Country Club, Harahan, LA
O'Neal Theatres, Louisiana/Mississippi
Antoine's Restaurant, New Orleans, LA
AMC Theatres, Metairie/Hammond/Houma, LA
Southern Belle Casino, St. Francisville, LA
Bayou Marina, Casino and Hotel, Chalmette, LA
Lucky Deuces Casino, Greensburg, LA
Lafitte Harbor Marina, Lafitte, LA
Vinot Marina, New Orleans, LA
River Highlands Marina, Ascension Parish, LA
Kemper Marina, Gulfport, MS
C and M Marina, Lafitte, LA
Cypress Cove Marina, Venice, LA
Pelican Pointe Marina, New Orleans, LA
Starlight Movie Studios, New Orleans, LA
ORMAQ Movie Studios, Jackson, LA
Proposed Legacy Arena, Phoenix, AZ

#### Special Purpose Properties

Nuclear Reactor Simulator Facility, St. Francisville, LA
Statewide Economic Obsolescence Study for Hibernia Bank, State of Louisiana

## QUALIFICATIONS OF THE APPRAISER (Continued)
## ARTHUR L. SCHWERTZ, MAI

<u>Partial List of Appraisal Assignments Completed (Continued</u>

<u>Subdivisions</u>

Ashton Plantation, Luling, LA

Acadiana Subdivision, Marrero, LA

Acadian Villas, Marrero, LA

The Arbors at English Turn, New Orleans, LA

Plantation Acres, Thibodaux, LA

Woodstone Subdivision, Mandeville, LA

Southlake Villages, Kenner, LA

Village Green Subdivision, Harvey, LA

Oak Island Subdivision, New Orleans, LA