UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MAGNOLIA ISLAND PLANTATION L L C ET AL** | **CASE NO. 5:18-CV-01526** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **LUCKY FAMILY L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion in Limine filed on November 02, 2022, by W A Lucky, III was DEFICIENT for the following reason(s):

- ✓ Either no proposed order accompanied this motion, or the proposed order was not on a separate page. Please see LR7.4.1 or LR58.1 for additional information. The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.