UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. | § | CIVIL ACTION NO: 5:18-cv-01526 |
| and BARBARA MARIE CAREY LOLLAR | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | DISTRICT JUDGE ELIZABETH FOOTE |
| | § | |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, | § | |
| And BOSSIER PARISH SHERIFF JULIAN | § | |
| C. WHITTINGTON, in his official capacity | § | |
| | § | MAGISTRATE JUDGE KAREN HAYES |
| *Defendants* | § | |

**BSO DEFENDANTS MOTION IN LIMINE
TO EXCLUDE TESTIMONY OF
ARTHUR L. SCHWERTZ**

In as much as the claims of JULIAN C. WHITTINGTON, in his official capacity, and KIMBERLY FLOURNOY, ("BSO Defendants") and W.A. LUCKY, III, are situated in exactly the same way, i.e. both are defendants in the above captioned matter, rather than burden the Court with an extensive regurgitation of the Motion in Limine to Exclude Testimony of Arthur L. Schwertz, filed by the W.A. LUCKY, III (Doc. 190),  BSO Defendants adopt *in toto* the Motion, the evidence supporting, and Memorandum in Support thereof submitted by W.A. LUCKY, III.

WHEREFORE, considering the foregoing, and the Motion in Limine to Exclude Testimony of Arthur L. Schwertz submitted by W.A. LUCKY, III (Doc. 190), BSO Defendants pray that the  Motion be granted.

Respectfully submitted by:

LANGLEY, PARKS LLC

By:____/s/ Glenn L. Langley_____
    Glenn L. Langley, Bar Roll No. 8019
    Julianna P. Parks, Bar Roll No. 30658

401 Market Street, Suite 1100
Shreveport, Louisiana 71101
(318) 383-6422 Telephone
(318) 383-6405 Telefax

***Attorney for BSO Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion in Limine to Exclude Testimony of Arthur L. Schwertz has been served on each counsel of record via email as follows:

Harold Ryan Bicknell, III
Randall Stephen Davidson
Andrew David Martin
James Davis Powell
DAVIDSON SUMMERS
330 Marshall Street, Suite 1114
Shreveport, Louisiana 71101
hbicknell@davidsonsummers.com
rsdav@davidsonsummers.com
dmartin@davidsonsummers.com
dpowell@davidsonsummers.com
*Counsel for Magnolia Island Plantation, LLC, Barbara Marie Carey Lollar, and Ronald William Lollar*

Curtis R. Shelton
AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC
333 Texas Street, 14th Floor
Shreveport, Louisiana 71101
curtisshelton@arklatexlaw.com
*Counsel for W. A. Lucky, III*

David M. Touchstone
TOUCHSTONE LAW FIRM
2708 Village Lane
Bossier City, Louisiana 71112
dmtouchstone@firstcommercetitle.com

Allison A. Jones
Downer, Jones, Marino & Wilhite, L.L.C.
401 Market Street, Suite 1250
Shreveport, LA 71101
Ajones@dhw-law.com
*Counsel for Lucky Family, LLC*

on this 2nd day of November, 2022 at Shreveport, Louisiana.

3

_____/s/ Glenn L. Langley_____
OF COUNSEL