UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. and BARBARA MARIE CAREY LOLLAR  *Plaintiffs* | § § § § § | CIVIL ACTION NO: 5:18-cv-01526 |
| VS. | § § | DISTRICT JUDGE ELIZABETH FOOTE |
| LUCKY FAMILY, L.L.C., W.A. LUCKY, III, And BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON, in his official capacity  *Defendants* | § § § § § § | MAGISTRATE JUDGE KAREN HAYES |

**MEMORANDUM IN SUPORT OF BSO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF ARTHUR L. SCHWERTZ**

In as much as the claims of JULIAN C. WHITTINGTON, in his official capacity, and KIMBERLY FLOURNOY, ("BSO Defendants") and W.A. LUCKY, III, are situated in exactly the same way, i.e. both are defendants in the above captioned matter,, rather than burden the Court with an extensive regurgitation of the Motion in Limine to Exclude Testimony of Arthur L. Schwertz filed by W.A. LUCKY, III (Doc. 190), BSO Defendants adopt *in toto* the Memorandum in Support of the Motion in Limine submitted by W.A. LUCKY, III.

Respectfully submitted:

LANGLEY & PARKS, LLC

By:   s/ **Glenn L. Langley**
Glenn L. Langley, Bar No. 8019

401 Market Street, Suite 1100
Shreveport, Louisiana 71101

318-383-6422: Telephone
318-383-6405: Facsimile
glangley@langleyparks.com

*Counsel for BSO Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Memorandum in Support of Motion for Summary Judgment has been served on each party by electronic notification through the CM/ECF system on this 2nd day of November, 2022.

    s / **Glenn L. Langley**
OF COUNSEL