UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| | DISTRICT JUDGE: S. MAURICE HICKS, JR. |
| V. | |
| | MAG. JUDGE KAYLA D. MCCLUSKY |
| LUCKY FAMILY, L.L.C., ET AL. | JURY TRIAL DEMANDED |

**DEFENDANT LUCKY FAMILY, L.L.C.
MOTION IN LIMINE TO EXCLUDE TESTIMONY OF
ARTHUR L. SCHWERTZ AND ADOPTION OF MEMORANDUM IN SUPPORT**

NOW INTO COURT, through undersigned counsel, comes defendant Lucky Family L.L.C., who respectfully moves to exclude the opinions of Arthur L. Schwertz contained in Mr. Schwertz's Rule 26 report, for all the reasons set for in the Motion in Limine to Exclude Testimony of Arthur L. Schwertz and the Memorandum filed in support thereof filed by W.A. Lucky III. (Rec. Docs. 190 and 190-3).

1.

In an effort to not burden the Court with duplicative, and therefore unnecessary, briefing, Lucky Family L.L.C. incorporates herein the Motion in Limine to Exclude Testimony of Arthur L. Schwertz and Memorandum In Support of the same filed by Defendant W.A. Lucky, III (Rec. Docs. 190 & 190.3) which counsel for Lucky Family L.L.C. has reviewed and believes set forth the relevant facts and legal considerations necessary for the Court's analysis of the Motion in Limine filed by W.A. Lucky, III, and, further, which Lucky Family L.L.C. joins.

2.

For all the reasons articulated by Defendant W. A. Lucky, III, which Defendant Lucky Family L.L.C. hereby adopts and incorporates herein by reference, the opinions offered by Mr. Schwertz in his Rule 26 report are improper and will not aid the jury in any way.

WHEREFORE, Defendant Lucky Family L.L.C. respectfully moves that the opinions of Arthur L. Schwertz contained within his Rule 26 and purported expert report be excluded from evidence and incorporates the brief filed in support of the W. A. Lucky, III Motion in Limine by reference (Rec. Doc. 190 and 190-3).

Defendant Lucky Family L.L.C. further prays for all equitable and necessary relief

Respectfully submitted,

THE TOUCHSTONE LAW FIRM
2708 Village Lane
Bossier City, Louisiana 71112
Phone: (318) 752-8080
Facsimile: (318) 752-8426

David M. Touchstone, Bar #12874

*/s/ David M. Touchstone*

DOWNER, JONES, MARINO & WILHITE, LLC
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445

Allison A. Jones, Bar No. 16990

By: */s/ Allison A. Jones*

Counselors for Lucky Family, L.L.C.