UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| | DISTRICT JUDGE: S. MAURICE HICKS, JR. |
| V. | |
| | MAG. JUDGE KAYLA D. MCCLUSKY |
| LUCKY FAMILY, L.L.C., ET AL. | JURY TRIAL DEMANDED |

### ORDER ON DEFENDANT W. A. LUCKY, III'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF ARTHUR L. SCHWERTZ

Considering the *Defendant W. A. Lucky, III's Motion in Limine to Exclude Testimony of Arthur L. Schwertz* (Docket No. 190), and after due consideration of the same:

IT IS HEREBY ORDERED THAT:

The testimony of Arthur L. Schwertz as to the opinions contained in his report dated August 10, 2022, entitled "*Consulting Report on behalf of Mrs. Barbara Lollar in the matter of Magnolia Island Plantation, LLC, et al. v. Lucky Family, LLC, et al.*" and said report be and are hereby ruled to be inadmissible and shall be excluded from evidence.

DONE AND SIGNED on this the _____ day of _____, 2022.

_____
United States District Court Judge

Order Prepared By:

AYRES, SHELTON, WILLIAMS,
BENSON & PAINE, LLC


By: /s/ Curtis R. Shelton
    Curtis R. Shelton
La. Bar Roll No. 17137
333 Texas Street, Suite 1400 (71101)
P. O. Box 1764
Shreveport, LA 71166
Telephone: (318) 227-3500
Facsimile: (318) 227-3806
Email: curtisshelton@arklatexlaw.com

ATTORNEYS FOR W. A. LUCKY, III