D4299350

# WRIT OF FIERI FACIAS

| | |
|---|---|
| W.A. LUCKY, III | TWENTY-SIXTH JUDICIAL DISTRICT |
| VS. | PARISH OF BOSSIER |
| BARBARA MARIE CAREY CARR | STATE OF LOUISIANA |
| DOCKET NUMBER: C-127573 | |

TO: THE HONORABLE JULIAN WHITTINGTON, Sheriff of the Parish of BOSSIER, Greeting:

WE COMMAND YOU, That by seizure and sale of the property, real and personal, rights and credits of

BARBARA MARIE CAREY CARR LOLLAR
F/K/A BARBARA MARIE CAREY CARR
6225 TRIBUTARY COURT
BOSSIER CITY, LA 71112

in the manner prescribed by law, you cause to be made the sum of

$1,799,450.52

as well as your own charges, to satisfy a judgment lately rendered against the said BARBARA MARIE CAREY CARR LOLLAR F/K/A BARBARA MARIE CAREY CARR in our said Court, for the Parish of Bossier, in favor of the said

W.A. LUCKY III

And how you have executed this writ you make return to our said Court, as the law directs.

WITNESS THE HONORABLE JUDGES OF OUR SAID COURT, THIS THE 7th DAY OF JUNE, 2018.

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk of Twenty-Sixth Judicial
District Court, Bossier Parish, LA

ATTORNEY;
CURTIS R. SHELTON
Ayres, Shelton, Williams,
Benson & Paine, LLC
318-227-3500

**EXHIBIT B**

**BSO 001**

*# 12 7573*

*Lucky*

*vs.*

*Carr*

6/12/2018 **# 127,573**

Called Curtis Shelton (227-3306) at
11:05 regarding the writ of fifa.
He said to hold off on the writ because
he has issued a subpoena for Barbara
Carr to produce the $1,730,000
promissory note on July 5th, 2018.

He said he may want us to seize the note
on that court date and would be in
contact with us before July 5th.

jbh                    *David Powell*

**EXHIBIT B**                    **BSO 002**

## PROMISSORY NOTE

**$1,730,000.00**                                                                **November 2, 2017**

FOR VALUE RECEIVED, Ronald William Lollar (the "Maker"), promises to pay to Barbara Marie Carey Carr Lollar (the "Payee"), or his order, the full sum of ONE MILLION SEVEN HUNDRED THIRTY THOUSAND and NO/100 DOLLARS ($1,730,000.00), plus interest thereon at the rate of four percent (4.0%) per annum until paid as provided herein. This Note shall be due and payable in four (4) consecutive annual installments of $100,046.00, and a final BALLOON PAYMENT equal to all remaining principal and interest then due hereunder. The first installment is due and payable on November 1, 2018, and subsequent annual installments shall be due on November 1st of each following calendar year, with the final balloon payment due and payable on November 1, 2022. Maker may prepay all or any portion of the principal due under this Note without penalty. If the note is prepaid in part, the prepayment amount will be applied to the installments due under the note in inverse order of maturity.

All payments due hereunder will be payable at 6225 Tributary Court, Bossier City, Louisiana 71112, or such other address as Payee shall direct in writing.

An Event of Default under this Note shall be deemed to have occurred if Maker fails to pay any payment due hereunder on or before the date such payment is due if such failure is not cured by Maker within fifteen (15) days of Maker's receipt of written notice of default. Upon the occurrence of an Event of Default, provided the default is not cured, the entire principal balance and interest due on this Note may at the option of Payee be declared due and owing in full and if not paid in full. Upon such Event of Default, this Note may be placed in the hands of an attorney for collection, and if suit is filed hereon, Maker agrees and is to pay, in addition, to Payee or any holder, a reasonable attorneys' or collection fee not to exceed five percent (5%) of the principal amount of the Note. Any notice required or permitted by this Note may be delivered to Maker and Endorsers at 6225 Tributary Court, Bossier City, Louisiana 71112, or such other address as Maker shall direct in writing. The exclusive venue for collection of the Note or for any dispute arising with respect to the Note shall be Caddo Parish, Louisiana, and Maker and Payee consent to venue and jurisdiction in such forum for such purposes.

The makers, endorsers, guarantors, and sureties of this Note hereby severally waive presentment for payment, demand, notice of non-payment and protest, all pleas of division or discussion, and consent that time of payment may be extended without notice hereof.

Executed at Shreveport, Louisiana as of the date above written.

**MAKER:**

Ronald William Lollar

Ronald William Lollar

JUL - 5 2018

**EXHIBIT B**



**JULIAN C. WHITTINGTON**
SHERIFF
PH: (318) 965-2203
FAX: (318) 965-3505

BOSSIER PARISH SHERIFF'S OFFICE
POST OFFICE BOX 850
BENTON, LA 71006

September 6, 2018

Caddo Parish Sheriff's Office
ATTN: Civil Department
501 Texas Street, Room 101
Shreveport, LA  71101-5410

> **RE: Service for BARBARA MARIE CAREY CARR LOLLAR F/K/A BARBARA MARIE CAREY THROUGH MR. J. DAVIS POWELL & W.A. LUCKY, III THROUGH ATTORNEYS OF RECORD CURTIS R. SHELTON**

Dear Clerk,

In order to expedite the date of sale (per the attorney) please mail the returns in the self-addressed, stamped envelopes as soon as possible. Should you have any questions, please do not hesitate to contact me. You may reach me at (318) 935-2032. Thank you in advance!

Sincerely,

Kimberly D. Flournoy
Bossier Parish Sheriff's Office
Civil Department

**BSO 004**

**EXHIBIT B**

## N O T I C E   O F   S E I Z U R E
### SHERIFF'S OFFICE

| | |
|---|---|
| **Suit No:** (08) 127573   **Serial #:** 50 | **JULIAN C. WHITTINGTON, SHERIFF** |
| **Date:**   **Thursday, September 6, 2018** | P.O.Box 850 |
| W. A. LUCKY, III | BENTON, LA 71006 |
| VS | |
| BARBARA MARIE CAREY CARR | **Parish of Bossier** |
| | 26th Judicial District Court |
| | State of Louisiana |

TO: LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH
   MR. J. DAVIS POWELL
   **330 MARSHALL STREET, SUITE 1114**
   **SHREVEPORT, LA 71101**

PLEASE TAKE NOTICE: That by virtue of a writ of FIERI FACIAS, issued in, the above mentioned suit, I have seized and taken into my official custody all the rights, title, interest and claims of BARBARA MARIE CAREY CARR, in and for the following named and described property, to wit:

**THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.**

NOW, THEREFORE, unless you come forward, from the service of this notice, pay and satisfy the demands of: W. A. LUCKY, III, in the above-entitled suit, and all costs, or point out other property, I will proceed to advertise and sell the above described property, according to law.

This matter is tentatively scheduled for Sheriff's Sale on the first Wednesday, fourteen days from the date of the notice of seizure; however, you should contact the Sheriff's Office at (318)965-3404 for the actual sale date and any rescheduling.

| | |
|---|---|
| **SHERIFF'S RETURN** | JULIAN C. WHITTINGTON-SHERIFF & |
| DATE: | EX-OFFICIO TAX COLLECTOR |
| SERVED: | BOSSIER PARISH |
| PERSONAL:( ) | |
| DOMICILIARY:( ) | BY: |
| UNABLE TO LOCATE:( ) | KIM FLOURNOY |
| MOVED( ) | |
| NO SUCH ADDRESS( ) | |
| OTHER REASON: | |
| DEPUTY: | |

BPSO-CIV-202-0402

Return Copy

RETURN

BSO 005

**EXHIBIT B**

*50*

## N O T I C E TO APPOINT APPRAISER

### SHERIFF'S OFFICE

Suit No: (08) 127573   Serial #: 62

Date:   Thursday, September 6, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O.Box 850
BENTON, LA 71006

**Parish of Bossier**
26th Judicial District Court
State of Louisiana

TO:   LOLLAR, BARBARA MARIE CAREY CARR F/K/A BARBARA MARIE CAREY THROUGH
MR. J. DAVIS POWELL
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

Please be advised that property named in the above captioned suit is being seized.

You are advised to name an appraiser to value the property, and to notify the sheriff of said appointment **WITHIN 10 DAYS FROM DATE OF SERVICE.**

If you should fail to appoint an appraiser or to notify the sheriff within the time designated, the sheriff shall appoint an appraiser for you.

JULIAN C. WHITTINGTON-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH

BY: _Kim Flournay_

KIM FLOURNOY

I HEREBY APPOINT _____ AS APPRAISER.

_____

```
SHERIFF'S RETURN
DATE:
SERVED:
PERSONAL:(  )
DOMICILIARY:(  )
UNABLE TO LOCATE:(  )
MOVED(  )
NO SUCH ADDRESS(  )
OTHER REASON:

DEPUTY:
```
BPSO-CIV-202-0402

BPSO-CIV-203-0402

## RETURN

**EXHIBIT B**

**Return Copy**

**BSO 006**

# N O T I C E  TO APPOINT APPRAISER

## SHERIFF'S OFFICE

**Suit No:** (08) 127573-    **Serial #:** 52

**Date:**   Thursday, September 6, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O.Box 850
BENTON, LA 71006

**Parish of Bossier**
26th Judicial District Court
State of Louisiana

**TO:**    LUCKY, III W.A. THROUGH ATTORNEYS OF RECORD CURTIS R. SHELTON
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LA  71101

Please be advised that property named in the above captioned suit is being seized.

You are advised to name an appraiser to value the property, and to notify the sheriff of said appointment **WITHIN 10 DAYS FROM DATE OF SERVICE.**

If you should fail to appoint an appraiser or to notify the sheriff within the time designated, the sheriff shall appoint an appraiser for you.

JULIAN C. WHITTINGTON-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH

BY:_____
KIM FLOURNOY

I HEREBY APPOINT _____AS APPRAISER.

SHERIFF'S RETURN
DATE:
SERVED:
PERSONAL:(  )
DOMICILIARY:(  )
UNABLE TO LOCATE:(  )
MOVED(  )
NO SUCH ADDRESS(  )
OTHER REASON:
DEPUTY:

# RETURN

BPSO-CIV-203-0402

**Return Copy**

**BSO 007**

**EXHIBIT B**

**BOSSIER PARISH SHERIFF'S OFFICE**
JULIAN C. WHITTINGTON, SHERIFF
BOSSIER PARISH, LOUISIANA

July 5, 2018

*VIA FACSIMILE*:                    (318) 227-3806

Curtis Shelton
P. O. Box 22260
Shreveport, LA 71120-2260

                    RE: Suit No. (08) 127573-
                    W. A. LUCKY, III
                    Vs.
                    BARBARA MARIE CAREY CARR

Please be advised we have received the Writ of Fieri Facias in the above referenced suit and have also received the original promissory note. In order to proceed, we require a $ 1500.00 deposit. Please forward this as soon as possible to proceed.

If you have any further questions, please do not hesitate to call.

*Kim Flournoy*

Kimberly D. Flournoy
Bossier Parish Sheriff's Office
Civil Division
(318) 935-2032 ph
(318) 965-3450 fax

BSO 008

**EXHIBIT B**

# Send Result Report

MFP

TASKalfa 4002i

Firmware Version  2NK_2000.002.326 2017.05.10



W377505419
07/05/2018 11:49
[2NK_1000.002.019J [2ND_1100.001.007] [2ND_7000.002.323]

Job No.: 017353          Total Time: 0°00'50"          Page: 002

# Complete

Document:          doc0173532018070511483l

---

BOSSIER PARISH SHERIFF'S OFFICE
JULIAN C. WHITTINGTON, SHERIFF
BOSSIER PARISH, LOUISIANA

July 5, 2018

*VIA FACSIMILE:*          (318) 227-3806

Curtis Shelton
P. O. Box 22260
Shreveport, LA 71120-2260

RE: Suit No. (08) 127573-
W. A. LUCKY, III
Vs.
BARBARA MARIE CAREY CARR

---

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|-----------|-------------|-------|------|--------|----------------|
| 001 | 07/05'18 11 49 | 92273806 | 0°00'50" | FAX | OK | 200x100 Normal/On |

BSO 009

**EXHIBIT B**

**AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC**
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LOUISIANA 71101
TELEPHONE: 318-227-3500
FACSIMILE: 318-227-3980

Curtis R. Shelton

Direct: 318-227-3306
curtisshelton@arklatexlaw.com

Mailing address:

Post Office Box 1764
Shreveport, LA 71166

September 5, 2018

HAND DELIVERED

Hon. Julian C. Whittington
Bossier Parish Sheriff
Bossier Parish Sheriff's Office
Benton, LA  71006

Attention:   **Ms. Kimberly D. Flournoy**
             **Civil Division**

Re:   W. A. Lucky, III vs. Barbara Marie Carey Carr; number 127,573; Section F; 26th Judicial
      District Court; Bossier Parish, Louisiana

Dear Kim:

Enclosed please find our check in the amount of $1,500.00 payable to the order of the Bossier Parish Sheriff's Office. This is the deposit for the execution of the writ of fi.fa. by the seizure and sale of the original promissory note that is in the sheriff's possession in connection with the above referenced lawsuit.

The original note is described as follows: *dated Nov. 2, 2017 made by Ronald Wilson Lollar & Barbara Marie Carey Carr co Mary* *That certain* *payable to Barbara Marie Carey Carr or her order* Original promissory note in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final BALLOON PAYMENT equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022.

**EXHIBIT B**

**BSO 010**

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC

Bossier Parish Sheriff
September 5, 2018
Page 2

The promissory note is movable property. Therefore, it is only necessary for it to be advertised once for sale. If possible, please advertised the sale for October 24, 2018. If that is not possible, then I would ask you to advertise it for October 17, 2018, if that can be done.

The notice of seizure and notice to appoint appraiser can be served on the judgment debtor, Barbara Marie Carey Carr a/k/a/ Barbara Marie Carey Carr Lollar through her attorney of record as follows:

Barbara Marie Carey Carr Lollar
Through:
Mr. J. Davis Powell
Davidson Summers, APLC
330 Marshall Street, Suite 1114
Shreveport, LA 71101.

The notice to appoint appraiser can be served on the plaintiff, W. A. Lucky, III, through his attorneys of record by service upon me at my office address above.

Please let me know if you have any questions. We appreciate your attention to this matter.

Yours very truly,

Curtis R. Shelton

CRS:hs

Encl.

cc:     Mr. R. Joseph Naus *via e-mail*

**EXHIBIT B**

BSO 011

**AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC**

24838 ·

| 9/5/2018 | Bossier Parish Sheriff | | | | Check No. 24838 |
|---|---|---|---|---|---|
| **Invoice Date** | **Invoice No.** | **Description** | | **Matter ID** | **Amount** |
| 9/5/2018 | | Wrif if Fi.Fa. | | 122103.5003 | 1,500.00 |

SCANNED

SEP 0 5 2018

| | | | | **Total:** | **1,500.00** |
|---|---|---|---|---|---|

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC**

OPERATING ACCOUNT
333 TEXAS STREET
1400 REGIONS TOWER
SHREVEPORT, LA 71101

**REGIONS**

24838
84-362/654

VOID   VOID   VOID

VOID   VOID   VOID

| DATE | AMOUNT |
|---|---|
| 9/5/2018 | $ 1,500.00 |

PAY
TO THE
ORDER
OF

One Thousand, Five Hundred & No/100 Dollars

Bossier Parish Sheriff
P.O. Box 850
Benton, LA  71006

VOID   VOID

SEP -5 2018
Bossier Parish
Sheriff
Benton, LA

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈0 24838⑈  ⑈065403626⑈  0131820743⑈

BSO 012

**EXHIBIT B**

**Kim Flournoy**

| | |
|---|---|
| **From:** | Kim Flournoy |
| **Sent:** | Thursday, September 06, 2018 1:27 PM |
| **To:** | 'curtisshelton@arklatexlaw.com' |
| **Subject:** | SUIT # 127573 |
| **Attachments:** | SUIT # 127573.docx |

**Importance:**        High

Mr. Shelton please review the attached language and verbiage for the description in the above referenced suit and make any necessary changes. Also, once I receive your approval I will be sending a Notice of Seizure and Notice to Appoint Appraiser to Barbara Marie Carey Carr Lollar F/K/A Barbara Marie Carey Carr through Mr. J. Davis Powell, 330 Marshall Street, Suite 1114, Shreveport, LA 71101 and Notice to Appoint Appraiser to W.A. Lucky, III through attorneys of record Curtis R. Shelton, 333 Texas Street, 1400 Regions Tower, Shreveport, LA 71101. Once I receive the returns from Caddo Parish I will contact you immediately to send you an ad approval. Once approved, we will set for sale as I understand this is a time sensitive matter. Thank you and have a great day!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

1

**EXHIBIT B**                                    **BSO 013**

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

BSO 014

**EXHIBIT B**

# Kim Flournoy

| | |
|---|---|
| **From:** | Curtis R. Shelton <CurtisShelton@arklatexlaw.com> |
| **Sent:** | Thursday, September 06, 2018 1:29 PM |
| **To:** | Kim Flournoy |
| **Subject:** | RE: SUIT # 127573 |

Dear Kimberly,

I have review this and it looks great to me. Thanks!

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA  71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

**IRS Circular 230 Disclosure:**  To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

**From:** Kim Flournoy [mailto:kflournoy@bossiersheriff.com]
**Sent:** Thursday, September 6, 2018 1:27 PM
**To:** Curtis R. Shelton
**Subject:** SUIT # 127573
**Importance:** High

Mr. Shelton please review the attached language and verbiage for the description in the above referenced suit and make any necessary changes. Also, once I receive your approval I will be sending a Notice of Seizure and Notice to Appoint Appraiser to Barbara Marie Carey Carr Lollar F/K/A Barbara Marie Carey Carr through Mr. J. Davis Powell, 330 Marshall Street, Suite 1114, Shreveport, LA  71101 and Notice to Appoint Appraiser to W.A. Lucky, III through attorneys of record Curtis R. Shelton, 333 Texas Street, 1400 Regions Tower, Shreveport, LA  71101. Once I receive the returns from Caddo Parish I will contact you immediately to send you an ad approval. Once approved, we will set for sale as I understand this is a time sensitive matter. Thank you and have a great day!

*Kimberly Flournoy*

1

BSO 015

**EXHIBIT B**

**Kim Flournoy**

| | |
|---|---|
| **From:** | Kim Flournoy |
| **Sent:** | Friday, September 14, 2018 11:55 AM |
| **To:** | curtisshelton@arklatexlaw.com |
| **Subject:** | Suit # 127573 |
| **Attachments:** | doc02136020180914114832.pdf |

9-14-18

**Importance:** High

Mr. Shelton, please see the attached advertisement. Once you sign the second form and send both pages I will set for sale. Thank you and have a good weekend!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

1

**EXHIBIT B**

**BSO 016**

**BOSSIER PARISH SHERIFF'S OFFICE**
JULIAN C. WHITTINGTON, SHERIFF
BOSSIER PARISH, LOUISIANA

September 14, 2018

*VIA FACSIMILE*:   (318) 227-3806

Curtis Shelton
P. O. Box 22260
Shreveport, LA 71120-2260

RE: Suit No. (08) 127573-
W. A. LUCKY, III
Vs.
BARBARA MARIE CAREY CARR

Mr. Shelton,

Please see attached Advertisement notice for your review. After reviewing, if all information is correct, please sign below and return to my attention. **WE MUST HAVE YOUR SIGNATURE BEFORE WE CAN RUN THE AD AND SET A SALE DATE**. Please return both pages.

If you have any further questions, please feel free to contact me at the number listed below.

BOSSIER PARISH SHERIFF'S OFFICE

BY _Kim Flournay_____
Kimberly D. Flournoy
CIVIL PROCESS DIVISION
(318) 935-2032 ph
(318) 965-3450 fax

_____
ATTORNEY FOR PLAINTIFF

BSO 017

**EXHIBIT B**

## SHERIFF'S SALE
## SHERIFF'S OFFICE

**Suit No:** (08) 127573-

**Date:** Friday, September 14, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

**JULIAN C. WHITTINGTON, SHERIFF**
P.O.Box 850
BENTON, LA 71006

**Parish of Bossier**
26th Judicial District Court
State of Louisiana

By virtue of a Writ of FIERI FACIAS issued in the above numbered and entitled cause and to me directed, I have seized and will proceed to sell at public auction, to the last and highest bidder, for cash, WITH the benefit of appraisement, and according to law, at the principal front door of the court house, in the town of Benton, LA, on WEDNESDAY, OCTOBER 24, 2018, between the hours of 10:00 AM and 4:00 PM the following described property, situated in parish of BOSSIER, Louisiana, to-wit::

**THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.**

And from the proceeds of said sale to pay petitioners claims of: ONE MILLION SEVEN HUNDRED NINETY-NINE THOUSAND FOUR HUNDRED FIFTY AND 52 / 100 ($1,799,450.52) DOLLARS, along with interest, attorney's fees and all other costs of suit.

**PUBLISH ON:**

**ATTORNEY FOR PLAINTIFF:**
Curtis R Shelton
P. O. Box 22260
Shreveport, LA 71120-2260
318-221-6277

**JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO AUCTIONEER
BOSSIER Parish**

BPSO-CIV-209-0402

BSO 018

**EXHIBIT B**

**Kim Flournoy**

| | |
|---|---|
| **From:** | Kim Flournoy |
| **Sent:** | Friday, September 14, 2018 1:33 PM |
| **To:** | 'Curtis R. Shelton' |
| **Subject:** | Sale Notice for  Suit # 127573 |
| **Attachments:** | doc02137020180914133128.pdf |

**Importance:** High

Please find attached sale notice for the above referenced sale.


*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*


**From:** Curtis R. Shelton [mailto:CurtisShelton@arklatexlaw.com]
**Sent:** Friday, September 14, 2018 12:54 PM
**To:** Kim Flournoy
**Subject:** RE: Suit # 127573

Dear Kim,

Attached is the executed advertisement form. I will put the original in the mail.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA  71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile

1

**BSO 019**

**EXHIBIT B**

**BOSSIER PARISH SHERIFF'S OFFICE**
JULIAN C. WHITTINGTON, SHERIFF
BOSSIER PARISH, LOUISIANA

September 14, 2018

*VIA FACSIMILE*:   (318) 227-3806

Curtis Shelton
P. O. Box 22260
Shreveport, LA 71120-2260

RE: Suit No. (08) 127573-
W. A. LUCKY, III
Vs.
BARBARA MARIE CAREY CARR

Mr. Shelton,

Please see attached Advertisement notice for your review. After reviewing, if all information is correct, please sign below and return to my attention. **WE MUST HAVE YOUR SIGNATURE BEFORE WE CAN RUN THE AD AND SET A SALE DATE**. Please return both pages.

If you have any further questions, please feel free to contact me at the number listed below.

BOSSIER PARISH SHERIFF'S OFFICE

BY _____
Kimberly D. Flournoy
CIVIL PROCESS DIVISION
(318) 935-2032 ph
(318) 965-3450 fax

_____
ATTORNEY FOR PLAINTIFF

BSO 020

**EXHIBIT B**

## SHERIFF'S SALE
## SHERIFF'S OFFICE

Suit No: (08) 127573-

Date:   Friday, September 14, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O.Box 850
BENTON, LA 71006

Parish of Bossier
26th Judicial District Court
State of Louisiana

By virtue of a Writ of FIERI FACIAS issued in the above numbered and entitled cause and to me directed, I have seized and will proceed to sell at public auction, to the last and highest bidder, for cash,  WITH the benefit of appraisement, and according to law, at the principal front door of the court house, in the town of Benton, LA, on WEDNESDAY, OCTOBER 24, 2018, between the hours of 10:00 AM and 4:00 PM the following described property, situated in parish of BOSSIER, Louisiana, to-wit::

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

And from the proceeds of said sale to pay petitioners claims of: ONE MILLION SEVEN HUNDRED NINETY-NINE THOUSAND FOUR HUNDRED FIFTY AND 52 / 100 ($1,799,450.52) DOLLARS, along with interest, attorney's fees and all other costs of suit.

PUBLISH ON:

ATTORNEY FOR PLAINTIFF:
Curtis R Shelton
P. O. Box 22260
Shreveport, LA 71120-2260
318-221-6277

JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO AUCTIONEER
BOSSIER Parish

BPSO-CIV-209-0402

EXHIBIT B

BSO 021

# JULIAN C. WHITTINGTON
## SHERIFF AND EX-OFFICIO TAX COLLECTOR
## BOSSIER PARISH
## BENTON, LA 71006

Suit No: (08) 127573

Friday, September 14, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

**JULIAN C. WHITTINGTON, SHERIFF**
P.O.Box 850
BENTON, LA 71006

**Parish of Bossier**
26th Judicial District Court
State of Louisiana

---

**Note: Please provide this office with payoff amount of mortgage in reference to this suit, prior to sale date.**

**ATTENTION:** <u>Curtis Shelton</u>

**Sale will be held at 10:00 A.M. on Wednesday, October 24, 2018 at the front door of the Courthouse for the Parish of** <u>BOSSIER, 204 BURT BOULEVARD, BENTON, LA 71006.</u>

<u>**WITH BENEFIT OF APPRAISEMENT**</u>

Published in the Bossier Press-Tribune
onSeptember 26, 2018

JULIAN C. WHITTINGTON
SHERIFF & EX-OFFICIO TAX COLLECTOR

By: _Kim Flournoy_
KIM FLOURNOY
CIVIL PROCESS DIVISION

**BSO 022**

**EXHIBIT B**

(08) 127573                    **Account Summary**                    Printed on
                                                                      10/18/2018

# W. A. LUCKY, III vs BARBARA MARIE CAREY CARR

| Serial Number | Entered Date | Code | Amount | Balance | Entered By |
|---|---|---|---|---|---|

**Services & preparing advertise**

| | | | | | |
|---|---|---|---|---|---|
| Lollar 52 Barbara | 10/18/2018 | NOT/APPR | $30.00 | $30.00 | kflournoy |
| Lucky 52 Shelton | 09/06/2018 | NOT/APPR | $30.00 | $30.00 | kflournoy |
| Lollar 50 Barbara | 09/06/2018 | NOT/SEIZMO | $30.00 | $30.00 | kflournoy |
| thru Powell | | | | | |
| **Services & preparing advertise**................ | | | **$90.00** | **$90.00** | |

**Advertising Fees**

| | | | | | |
|---|---|---|---|---|---|
| 59 | 09/28/2018 | BT 9-28-18 | $144.00 895c.10 | $0.00 | kflournoy |
| **Advertising Fees** | Total .................... | | **$144.00** | **$0.00** | |

**Recording Fees**

| | | | | | |
|---|---|---|---|---|---|
| 60 | 10/18/2018 | CLKSSF | $25,263.62 | $25,263.62 | kflournoy |
| **Recording Fees** | Total .................... | | **$25,263.62** | **$25,263.62** | |

**Other Sheriff Costs**

| | | | | | |
|---|---|---|---|---|---|
| 50, 60 56 | 09/14/2018 | OPCHGM | $60.00 Caddo | $0.00 | kflournoy |
| 52 55 | 09/13/2018 | OPCHGM | $30.00 Caddo | $0.00 | kflournoy |
| **Other Sheriff Costs** | Total .................... | | **$90.00** | **$0.00** | |

**Sheriff Julian C Whittington (Prepaid)**

| | | | | | |
|---|---|---|---|---|---|
| 58 | 09/14/2018 | CANC | $40.00 | $40.00 | kflournoy |
| 57 | 09/14/2018 | ADMOV 10-24-18 | $30.00 | $30.00 | kflournoy |
| 40 | 09/06/2018 | WR | $30.00 | $30.00 | kflournoy |
| 41 | 09/06/2018 | W | $30.00 | $30.00 | kflournoy |
| **Sheriff Julian C Whittington (Pr**............... | | | **$130.00** | **$130.00** | |

| | | | | | |
|---|---|---|---|---|---|
| Totals ------------------------------ | | | **$25,717.62** | **$25,483.62** | |

10:22-18.
need to add ;
BOSPV
Notary
Misc

**EXHIBIT B**

BSO 023

1

## Deposits

| Cash Date | Amount Received | Amount Remaining | Entered By | Entered Date |
|---|---|---|---|---|
| 09/05/2018 | $1,500.00 | $1,266.00 | kflournoy | 09/05/2018 |
| 07/02/2018 | $45.90 | $0.00 | kflournoy | 07/02/2018 |
| 06/21/2018 | $135.90 | $0.00 | kflournoy | 06/21/2018 |
| 01/03/2018 | $35.90 | $0.00 | kflournoy | 01/03/2018 |
| 09/01/2017 | $307.20 | $0.00 | kflournoy | 09/01/2017 |
| 08/22/2017 | $159.50 | $0.00 | kflournoy | 08/22/2017 |
| 04/19/2017 | $282.40 | $0.00 | kflournoy | 04/19/2017 |
| 04/10/2017 | $141.20 | $0.00 | kflournoy | 04/10/2017 |
| 03/17/2017 | $373.00 | $0.00 | kflournoy | 03/17/2017 |
| 03/02/2017 | $70.60 | $0.00 | BLEE | 03/02/2017 |
| 10/12/2016 | $55.45 | $0.00 | BLEE | 10/12/2016 |
| 10/02/2008 | $51.20 | $0.00 | BOSSIERSH | 10/02/2008 |
| Totals ------------------- | $3,158.25 | $1,266.00 | | |

**EXHIBIT B**

## Kim Flournoy

| | |
|---|---|
| **From:** | Kim Flournoy |
| **Sent:** | Monday, September 17, 2018 10:32 AM |
| **To:** | curtisshelton@arklatexlaw.com |
| **Subject:** | Suit # 127573 |
| | |
| **Importance:** | High |

Mr. Shelton it is my understanding the above referenced suit is with appraisal. In the event we have 2 appraisals that vary greatly and we have to get a third appraisal, do you have any recommendations as to whom appraises these type of notes? If possible could you give the names of at least two so we are not down to the wire trying to find one last minute. Thanks, Kim.

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

**EXHIBIT B**                    **BSO 025**

**Kim Flournoy**

| | |
|---|---|
| From: | Curtis R. Shelton <CurtisShelton@arklatexlaw.com> |
| Sent: | Friday, October 12, 2018 9:14 AM |
| To: | Kim Flournoy |
| Subject: | Suit # 127573 |
| Attachments: | Patrick Lacour CV.pdf |

Dear Kim,

In the event a third appraisal is needed, I have located a person (Mr. Patrick Lacour) who can appraise for the sheriff. He is an accountant who also a CVA designation, which is a Certified Valuation Analyst designation from NACVA (National Association of Certified Valuators and Analysts). That is the same designation that Mr. Garland has and that Mr. Dean, who I understand has been appointed for the defendant, has. Here is Mr. Lacour's contact information:

Mr. Patrick Lacour
Whitehall Advisors, LLC
3820A Bayou Rapides Rd.
Alexandria, LA 71303
Phone: (318) 769-9711
Fax: (318) 473-0075
E-mail: patrick@whitehalladvisors.net

I am also attaching a copy of Mr. Lacour's CV.

I have provided Mr. Lacour information about the note and he has told me that he is willing to be an appraiser for the Sheriff if he is appointed. Mr. Lacour understands that he would be appraising for the Sheriff and not for either party.

If I can identify other persons who might be added to the Sheriff's list of appraisers, I will let you know.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

**EXHIBIT B**

**BSO 026**

*Patrick Lacour, CIA, CVA*
*3820A Bayou Rapides Road*
*Alexandria, Louisiana  71303*

EDUCATION

Louisiana State University,                                    1993
Baton Rouge, Louisiana; B.S. Accounting

LICENSES AND ACCREDITATIONS

Certified Internal Auditor                                     1996
Certified Valuation Analyst                                    2013

PROFESSIONAL AFFILIATIONS - CURRENT

Member of Institute of Internal Auditors
Member of National Association of Certified Valuation Analysts

WORK EXPERIENCE

Whitehall Advisors, L.L.C.                       2007 – Present
Co-Owner and Manager

Cleco Corporation                                2000 – 2007
Sr. Internal Auditor / Director of Controls

Exxon Company, USA                               1992 – 2000
Sr. Internal Auditor

FORENSICS AND VALUATION EXPERIENCE

Mr. Lacour has been admitted as an expert witness in the 4th, 9th and 12th judicial districts of the State of Louisiana and the U.S. District Court for the Middle District of Louisiana.  He has performed valuations of:

- Federal Gift and Estate Taxes
- Community Property Settlements
- Automotive Dealers
- Construction and Contracting Companies
- Convenience Stores
- Oil and Gas Distribution Companies
- Oilfield Service Companies

- Professional Services Companies
- Medical Clinics
- Ambulatory Surgical Centers
- Mergers and Acquisitions
- Non-profit organizations
- Real Estate Investment Companies
- Rental Car Agencies

**EXHIBIT B**

BSO 027

SCANNED

OCT 2 4 2018



**BUSINESS FIRST BANK**

OFFICIAL CHECK

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK, THE FRONT IS NOT COLORFAST

289823

49-55
1031

10/24/2018

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BONF, NA, EUFAULA, OK

Remitter: Lucky Family LLC
Reference: RE: Purchase Dollar Note
Sheriff Sale

$105,000.00

Pay to the order of    Bossier Parish Sheriff Department

Pay:    One Hundred and Five Thousand Dollars And Zero Cents

Bossier Parish Sheriff Departm

DRAWER: BUSINESS FIRST BANK

⑆289823⑆ ⑆103100551⑆ 0160011660154⑈

BSO 028

**EXHIBIT B**

**BOSSIER PARISH SHERIFF'S DEPARTMENT**
**JULIAN C. WHITTINGTON, SHERIFF**
**BOSSIER PARISH, LOUISIANA**

October 24, 2018

RE: Suit No. (08) 127573-
W. A. LUCKY, III
Vs.
BARBARA MARIE CAREY CARR

Dear Sirs:

Please provide us with the following information so that we may prepare and record the deed as soon as possible.

Buyer's Name   :  ~~Lucky Family LLC~~ \ Vicki Lucky, Manager LL

Buyer's Address:  151 Lucky Lane

Bossier City, La 71112

Phone Number:  318 - 747 - 8820 home   318 - 453 - 5286 Cell

Buyer's Tax ID #:  72 - 1433 799

Indicate if you would like to pick up your copy of the recorded deed or have it mailed to the above address.

PICKUP                    (MAIL)        pd in full
                                        10-24-2018 KDF

BSO 029

**EXHIBIT B**

# WHITEHALL ADVISORS, LLC

| | | | Date | Invoice No. |
|---|---|---|---|---|
| | | | 10/23/2018 | 1129 |
| | | | Terms | Due Date |
| | | | Due on receipt | 11/22/2018 |

Bill To

Hon. Julian C. Whittington
Bossier Sheriff's Office
204 Burt Boulevard
Benton, LA  71006

| Amount Due | Enclosed |
|---|---|
| $1,682.50 | |

Re: Promissory Note Appraisement

| Date | Activity | Hours | Amount |
|---|---|---|---|
| 10/18/2018 | Review 12/19/18 opinion of Judge Self (Luck v. Carr) #127,573 | 0.50 | $92.50 |
| 10/18/2018 | Review Glenn A. Wilson, Jr., MAI real estate appraisal 9/12/16 | 0.25 | $46.25 |
| 10/18/2018 | Review 2/20/18 Petition (Lucky v. Lollar et al) #155,382 | 1.75 | $323.75 |
| 10/18/2018 | Review 2/20/18 Notice of Lis Pendens (#1185201) | 0.50 | $92.50 |
| 10/18/2018 | Review 8/13/18 opinion from Judge Craig | 0.25 | $46.25 |
| 10/19/2018 | Develop worksheet for note discount | 1.25 | $231.25 |
| 10/19/2018 | Build schedule of required yield based on document review | 2.00 | $370.00 |
| 10/19/2018 | Develop report cover letter | 0.75 | $138.75 |
| 10/22/2018 | Verify calculations, print report & e-mail copy to Kim Flournoy | 0.75 | $138.75 |
| 10/22/2018 | Drive from Alex to Benton to deliver report & sign appraisement | 4.50 | $202.50 |

OCT 23 2018

Service dates reflect date of task completion.
All billable hours rounded up to nearest quarter hour.
Rate is $185 per hour.
Travel time on 10/22/18 was billed at $45/hour.

| | |
|---|---|
| Subtotal | $1,682.50 |
| Discount | |
| Total | $1,682.50 |
| Deposit | |
| Balance due | **$1,682.50** |

**EXHIBIT B**

BSO 030



**EXHIBIT B**

BSO 032



**EXHIBIT B**

JULIAN C. WHITTINGTON, SHERIFF AND EX-OFFICIO TAX COLLECTOR
SHERIFF'S CIVIL ACCOUNT

| LACOUR100 | PATRICK LACOUR | 10/24/2018 | 000005750 | 11/2/2018 | | | 22948 | 022948 |
|---|---|---|---|---|---|---|---|---|
| APS-397171 | 8-8380-397171 | | $1,682.50 | $1,682.50 | | | $1,682.50 | |
| | | | | | $1,682.50 | $1,682.50 | $1,682.50 | |

BSO 033

**EXHIBIT B**

DATE   *October 24th, 2018*

*W. A. LUCKY, III*

VS.

*BARBARA MARIE CAREY CARR*

OCT 2 4 2018

IN ACCOUNT WITH
**JILL M. SESSIONS**
CLERK OF COURT AND EX-OFFICIO RECORDER



BOSSIER PARISH
P. O. BOX 430
BENTON, LOUISIANA  71006

Suit No.  *127573*

CLERK'S COST (including Sheriff & Curator)........................$   *25,153.62*

MORTGAGE CERTIFICATE...........................................$   *205.00*

RECORDING COSTS FOR DEED/ORDER TO CANCEL..........$
    (WITH CERTIFIED COPY)

TOTAL COST.............................................................$   *25,358.62*

**EXHIBIT B**

**BSO 034**



Sheriff Case Management System - Kim Flournoy

Exit  Build

Docket
Garnishments
Movables

Case #: 08    127573    Edit    Search

**Services**    Hide Payments    Fix

Service Information

Service ID: 397631          Amount:        $72,234

Serial #: 69               Balance Due:        $0

Code: PSSRE               Total Amt Due:        $0

Release Dt: 10/26/2018     Recv. Date:    10/26/18 2:45

Description: Proceeds from Sheriff Sale Real Property

Billing Party: Shelton , Curtis R          Filing Party: Shelton , Curtis

Comments: PAY TO AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC & W.A. LL

Payments

|  | Applied Date | $ Applied | Applied By | Payment Date | $ Received |
|--|--------------|-----------|------------|--------------|------------|
|  | Posted | Posted Date | Create | Vendor | Voucher |
| ▶ | 10/26/2018 | $72,234.88 | Kflournoy | | 10/24/2018 | $105,00 |
|  | ☐ | | | AYRES0100 | S-397631 |

2

JULIAN C. WHITTINGTON, SHERIFF AND EX-OFFICIO TAX COLLECTOR
SHERIFF'S CIVIL ACCOUNT

022931

10/31/18

Vendor # AYRES0100

$72,234.88

Suit #127573        PAID TO AYRES, SHELTON, WILLIAMS, BENSON & PAYNE, LLC
                    AND W.A. LUCKY III
                    PROCEEDS FROM SHERIFF SALE-REAL ESTATE

9435

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

**JULIAN C. WHITTINGTON**
**SHERIFF AND EX-OFFICIO TAX COLLECTOR**
SHERIFF'S CIVIL ACCOUNT
BOSSIER PARISH
BENTON, LOUISIANA 71006

CITIZENS NATIONAL BANK
BOSSIER CITY-SHREVEPORT
84-352/1111

022931

SEVENTY-TWO THOUSAND TWO HUNDRED THIRTY-FOUR AND 88/100 DOLLARS*******

| | DATE | AMOUNT |
|---|---|---|
| | 10/31/18 | **$72,234.88** |

PAY
TO THE
ORDER
OF

AYRES, SHELTON, WILLIAMS, BENSON & PAYNE, LLC
AND W. A. LUCKY III
333 TEXAS STREET
SHREVEPORT, LA 71101

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈022931⑈ ⑆111103524⑆ ⑈1708430⑈

**EXHIBIT B**

BSO 036

Sheriff Case Management System - Kim  Flournoy

Exit  Build

Docket
Garnishments
Movables

**BOSSIER PARISH SHERIFF'S OFFICE - CIVIL DEPARTMENT**

Case #  08          127573

Edit
Search

## Services

Hide
Payments

### Service Information

| | |
|---|---|
| Service ID: | 397381 |
| Serial #: | 68 |
| Code: | REFADVDEPM |
| Release Dt: | 10/24/2018 |
| Description: | Refund Advance Deposit Movable |
| Billing Party: | Shelton , Curtis R |
| Comments: | PAY TO AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC |

| | |
|---|---|
| Amount: | $1,500 |
| Balance Due: | $0 |
| Total Amt Due: | $0 |
| Recv. Date: | 10/24/18 11:56 |
| Filing Party: | Shelton , Curtis |

### Payments

| Applied Date | $ Applied | Applied By | Payment Date | $ Received |
|---|---|---|---|---|
| Posted | Posted Date | Create | Vendor | Voucher |
| 10/24/2018 | $1,500.00 | kflournoy | 10/24/2018 | $105,000 |
| ☑ | 10/24/2018 | | AYRES0100 | S-397381 |

*Kimberly Flournoy*

BSO 037

**EXHIBIT B**

JULIAN C. WHITTINGTON, SHERIFF AND EX-OFFICIO TAX COLLECTOR
SHERIFF'S CIVIL ACCOUNT

022930

10/31/18

Vendor # AYRES0100

$1,500.00

Suit #127573        PAID TO AYRES, SHELTON, WILLIAMS, BENSON & PAYNE, LLC
                    REFUND ADVANCE DEPOSIT-REAL ESTATE

9435

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER · THE BACK OF THIS DOCUMENT INCLUDES A TAMPER-EVIDENT CHEMICAL WASH WARNING BOX

**JULIAN C. WHITTINGTON**
**SHERIFF AND EX-OFFICIO TAX COLLECTOR**
SHERIFF'S CIVIL ACCOUNT
BOSSIER PARISH
BENTON, LOUISIANA 71006

022930

CITIZENS NATIONAL BANK
BOSSIER CITY-SHREVEPORT
84-352/1111

ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS*********************************

| | DATE | AMOUNT |
|---|---|---|
| | 10/31/18 | **$1,500.00** |

PAY
TO THE
ORDER
OF

AYRES, SHELTON, WILLIAMS, BENSON & PAYNE, LLC
333 TEXAS STREET
SHREVEPORT, LA 71101



VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈022930⑈ ⑈111103524⑈ ⑈1708430⑈

**BSO 038**

<span style="color:red">**EXHIBIT B**</span>

## SHERIFF'S RETURN
## (PROCES VERBAL OF SALE)
### SHERIFF'S OFFICE

Suit No:      (08) 127573

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

BENTON, LA

26th Judicial District
Parish of Bossier
State of Louisiana

BE IT KNOWN, that JULIAN C. WHITTINGTON, SHERIFF & EX-OFFICIO TAX COLLECTOR for the Parish of BOSSIER, through his duly authorized deputy, received a writ of FIERI FACIAS issued on June 07, 2018.

On all rights of BARBARA MARIE CAREY CARR in the below described property I seized item description and appointed as custodian of same and Notice of the seizure served and filed with the Bossier Parish Clerk of Court as evidenced by the notices of seizure attached hereto.

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

I had the advertisement published in the Bossier Press-Tribune, a newspaper published in this Parish, stating herein that within legal hours on Wednesday, October 24, 2018, I would offer the property for sale at public auction for cash, to the highest bidder, with appraisal, as evidenced by the proof of publication attached hereto.

If the property was to be sold with appraisal, notice to appoint an appraiser was served, appraisers appointed, and appraisals made, as evidenced by the attachments hereto.

The sale proceeded as advertised. The advertisement, certificates and the Motor Vehicle Division for the Department of Public Safety of State of Louisiana (attached hereto), were read aloud. It was announced that the property was to be sold for cash, without warranty, and subject to any security interest, mortgage, lien, or privilege thereon superior to that of the seizing creditor, with a minimum starting bid of $104,672.81.

**EXHIBIT B**

**BSO 039**

PROCES VERBAL
Page Two
NO. (08) 127573

   I then offered the property for sale, and adjudicated the property to LUCKY FAMILY LLC, 151 LUCKY LANE   BOSSIER CITY, LA 71112, represented by DAVID TOUCHSTONE, for the last and highest bid of $105,000.00 at 10:00 am.

   The purchaser complied with the bid by paying  to the Sheriff in cash, the amount of costs herein, and by retaining  $0.00 as a credit against this claim within, which I have  disbursed as follows:

**EXPENSES INCURRED IN THE ABOVE NUMBERED AND ENTITLED SUIT:**

| | | | |
|---|---|---|---|
| **ADVERTISING FEES:** | | | |
| Advertising Fees: | $ | 144.00 | |
| | | $ | 144.00 |
| **SHERIFF JULIAN C WHITTINGTON COSTS** | | | |
| Services & preparing advertise: | $ | 90.00 | |
| Commission: | $ | 5,200.00 | |
| Deed and Recording: | $ | 0.00 | |
| Sheriff Julian C Whittington (Prepaid): | $ | 200.00 | |
| | | $ | 5,490.00 |
| **OTHER SHERIFFS COST:** | | | |
| Other Sheriff Costs: | $ | 90.00 | |
| | | $ | 90.00 |
| **CLERK OF COURTS COSTS:** | | | |
| Recording Fees: | $ | 25,358.62 | |
| Mortgage Certificate: | $ | 0.00 | |
| | | $ | 25,358.62 |
| **CURATOR FEE:** | | | |
| Curator Fees: | $ | 0.00 | |
| | | $ | 0.00 |
| **APPRAISER FEE:** | | | |
| Appraiser Fee: | $ | 1,682.50 | |
| | | $ | 1,682.50 |
| **TOWING AND STORAGE:** | | | |
| Storage: | $ | 0.00 | |
| Towing: | $ | 0.00 | |
| | | $ | 0.00 |
| **OTHER:** | | | |
| Other: | $ | 72,234.88 | |
| | | $ | 72,234.88 |
| **TOTAL COSTS:** | | $ | 105,000.00 |
| **AMOUNT PAID** CK # : | | $ | 106,500.00 |
| **LESS DEPOSIT** CK # : | | $ | 1,500.00 |
| **BALANCE DUE** | | $ | 0.00 |

BSO 040

**EXHIBIT B**

PROCES VERBAL
Page Three
NO. (08) 127573

WHEREFORE, I have disbursed the cash payments above set forth and with the foregoing PROCES VERBAL of my proceedings thereunder; I hereby return this writ on **10/24/2018**

SHERIFF & EX-OFFICIO TAX COLLECTOR
JULIAN C. WHITTINGTON

by: _Tim Flournay_

Sheriff, Bossier Parish

 **SHERIFF'S SALE**
**SHERIFF'S OFFICE**

JULIAN C. WHITTINGTON, SHERIFF
P. O. Box 850
BENTON, LA 71006

PARISH OF BOSSIER
26TH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

Suit No: (08) 127573

W.A. LUCKY, III
vs
BARBARA MARIE CAREY CARR

BY VIRTUE OF A WRIT OF FIERI FACIAS ISSUED IN THE ABOVE NUMBERED AND ENTITLED CAUSE AND TO ME DIRECTED, I HAVE SEIZED AND WILL PROCEED TO SELL AT PUBLIC AUCTION, TO THE LAST AND HIGHEST BIDDER, FOR CASH, WITH THE BENEFIT OF APPRAISEMENT, AND ACCORDING TO LAW, AT THE PRINCIPAL FRONT DOOR OF THE COURT HOUSE, IN THE TOWN OF BENTON, LA, ON WEDNESDAY, OCTOBER 24, 2018, BETWEEN THE HOURS OF 10:00 AM AND 4:00 PM, THE FOLLOWING DESCRIBED PROPERTY, SITUATED IN PARISH OF BOSSIER, LOUISIANA, TO-WIT:

THAT CERTAIN ORIGINAL PROMISSORY NOTE DATED NOVEMBER 2, 2017 MADE BY RONALD WILLIAM LOLLAR PAYABLE TO BARBARA MARIE CAREY CARR LOLLAR OR HER ORDER IN THE PRINCIPAL AMOUNT OF ONE MILLION SEVEN HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($1,730,000.00) PLUS INTEREST THEREON AT THE RATE OF FOUR PERCENT (4.0%) PER ANNUM UNTIL PAID, PAYABLE IN FOUR (4) CONSECUTIVE ANNUAL INSTALLMENTS OF $ 100,046.00, THE FIRST SUCH INSTALLMENT BEING DUE AND PAYABLE ON NOVEMBER 1, 2018, AND A FINAL BALLOON PAYMENT EQUAL TO ALL REMAINING PRINCIPAL AND INTEREST THEN DUE HEREUNDER, DUE AND PAYABLE ON NOVEMBER 1, 2022.

AND FROM THE PROCEEDS OF SAID SALE TO PAY PETITIONERS CLAIMS OF: ONE MILLION SEVEN HUNDRED NINETY-NINE THOUSAND FOUR HUNDRED FIFTY AND 52 / 100 ($1,799,450.52) DOLLARS, ALONG WITH INTEREST, ATTORNEY'S FEES AND ALL OTHER COSTS OF SUIT.

JULIAN C. WHITTINGTON, SHERIFF
& EX-OFFICIO AUCTIONEER
BOSSIER Parish

ATTORNEY FOR PLAINTIFF:
Curtis R. Shelton
P.O. Box 22260
Shreveport, LA 71120-2260
318-221-6277

September 26, 2018
Bossier Press-Tribune

**EXHIBIT B**

BSO 041

PRINT DATE: 10/26/2018

**JULIAN C. WHITTINGTON**
**SHERIFF & EX-OFFICIO TAX COLLECTOR OF THE PARISH OF BOSSIER**
**P.O.BOX 850**
**BENTON, LA 71006**
**PH (318)965-3404**

**COST SUMMARY**

ATTN: _____     FROM: _____

FAX: _____     NO. OF PAGES: 1

TO: _____

C/O: _____

W. A. LUCKY, III
vs
BARBARA MARIE CAREY CARR

**SUIT NO. (08)127573**                      **DATE OF SALE: 10/24/2018**

**EXPENSES INCURRED IN THE ABOVE NUMBERED AND ENTITLED SUIT:**

| | | |
|---|---|---|
| **ADVERTISING FEES:** | | |
| Advertising Fees: | $ 144.00 | |
| | | $ 144.00 |
| **SHERIFF JULIAN C WHITTINGTON COSTS** | | |
| Services & preparing advertise: | $ 90.00 | |
| Commission: | $ 5,200.00 | |
| Deed and Recording: | $ 0.00 | |
| Sheriff Julian C Whittington (Prepaid): | $ 200.00 | |
| | | $ 5,490.00 |
| **OTHER SHERIFFS COST:** | | |
| Other Sheriff Costs: | $ 90.00 | |
| | | $ 90.00 |
| **CLERK OF COURTS COSTS:** | | |
| Recording Fees: | $ 25,358.62 | |
| Mortgage Certificate: | $ 0.00 | |
| | | $ 25,358.62 |
| **CURATOR FEE:** | | |
| Curator Fees: | $ 0.00 | |
| | | $ 0.00 |
| **APPRAISER FEE:** | | |
| Appraiser Fee: | $ 1,682.50 | |
| | | $ 1,682.50 |
| **TOWING AND STORAGE:** | | |
| Storage: | $ 0.00 | |
| Towing: | $ 0.00 | |
| | | $ 0.00 |
| **OTHER:** | | |
| Other: | $ 72,234.88 | |
| | | $ 72,234.88 |

| Attorney: | | |
|---|---|---|
| CURTIS SHELTON | **TOTAL COSTS:** | $ 105,000.00 |
| P. O. BOX 22260 | **AMOUNT RECEIVED CK # :** | $ 106,500.00 |
| SHREVEPORT, LA 71120-2260 | | |
| 318-221-6277 | **REFUND DUE** | $ 1,500.00 |
| | **BALANCE OWED** | $ 0.00 |

**BSO 042**

**EXHIBIT B**

## SHERIFF'S SALE
## SHERIFF'S OFFICE

JULIAN C. WHITTINGTON, SHERIFF
P. O. Box 850
BENTON, LA 71006

PARISH OF BOSSIER
26TH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

Suit No: (08) 127673

W.A. LUCKY, III
vs
BARBARA MARIE CAREY CARR

BY VIRTUE OF A WRIT OF FIERI FACIAS
ISSUED IN THE ABOVE NUMBERED AND
ENTITLED CAUSE AND TO ME DIRECTED,
I HAVE SEIZED AND WILL PROCEED TO
SELL AT PUBLIC AUCTION, TO THE LAST
AND HIGHEST BIDDER, FOR CASH, WITH
THE BENEFIT OF APPRAISEMENT, AND
ACCORDING TO LAW, AT THE PRINCIPAL
FRONT DOOR OF THE COURT HOUSE,
IN THE TOWN OF BENTON, LA, ON
WEDNESDAY, OCTOBER 24, 2018,
BETWEEN THE HOURS OF 10:00 AM AND
4:00 PM, THE FOLLOWING DESCRIBED
PROPERTY, SITUATED IN PARISH OF
BOSSIER, LOUISIANA, TO-WIT:.

THAT CERTAIN ORIGINAL PROMISSORY
NOTE DATED NOVEMBER 2, 2017 MADE
BY RONALD WILLIAM LOLLAR PAYABLE
TO BARBARA MARIE CAREY CARR LOL-
LAR OR HER ORDER IN THE PRINCIPAL
AMOUNT OF ONE MILLION SEVEN HUN-
DRED  THIRTY  THOUSAND  AND
NO/100THS DOLLARS ($1,730,000.00)
PLUS INTEREST THEREON AT THE RATE
OF FOUR PERCENT (4.0%) PER ANNUM
UNTIL PAID, PAYABLE IN FOUR (4) CON-
SECUTIVE ANNUAL INSTALLMENTS OF $
100,046.00, THE FIRST SUCH INSTALL-
MENT BEING DUE AND PAYABLE ON
NOVEMBER 1, 2018, AND A FINAL BAL-
LOON PAYMENT EQUAL TO ALL
REMAINING PRINCIPAL AND INTEREST
THEN DUE HEREUNDER, DUE AND
PAYABLE ON NOVEMBER 1, 2022.

AND FROM THE PROCEEDS OF SAID
SALE TO PAY PETITIONERS CLAIMS OF:
ONE MILLION SEVEN HUNDRED NINETY-
NINE THOUSAND FOUR HUNDRED FIFTY
AND 52 / 100 ($1,799,450.52) DOLLARS,
ALONG WITH INTEREST, ATTORNEY'S
FEES AND ALL OTHER COSTS OF SUIT.

JULIAN C. WHITTINGTON, SHERIFF
& EX-OFFICIO AUCTIONEER
BOSSIER Parish

ATTORNEY FOR PLAINTIFF:
Curtis R. Shelton
P.O. Box 22260
Shreveport, LA 71120-2260
318-221-6277

September 28, 2018
Bossier Press-Tribune

✓ ok

K. Flournay

EXHIBIT B

BOSSIER PRESS TRIB   3187475298   13:53   09/17/2018

BSO 043

**Invoice**

Bossier Press Tribune
6346 Venecia Drive
Bossier City, LA  71111
USA

Voice:   318-747-7900
Fax:      318-747-5298

Invoice Number:
89506

Invoice Date:
Sep 26, 2018

Page:
1

*POSTED*
*9-28-18*

*10-24-18*

Sold To:
Bossier Sheriff Civil Dept.
P.O. Box 850
Benton, LA  71006

Ship to:
Bossier Sheriff Civil Dept.
P.O. Box 850
Benton, LA  71006

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| bossciv | 08-127573 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 10/26/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | 10column inches | 08-127573 | 7.20 | 144.00 |

| | |
|---|---|
| Subtotal | 144.00 |
| Sales Tax | |
| Total Invoice Amount | 144.00 |

For proper credit to your account, please return this stub with payment.

Bossier Press Tribune
6346 Venecia Drive
Bossier City, LA  71111
USA

Invoice Number
89506

Invoice Date
Sep 26, 2018

Customer ID

bossciv

Amount Enclosed:_____

**EXHIBIT B**

BSO 044

BSO 045

**EXHIBIT B**

EXHIBIT B

BSO 046

BSO 047

**EXHIBIT B**



**EXHIBIT B**

**BSO 048**

BSO 049

**EXHIBIT B**

**EXHIBIT B**

BSO 050

RTMENT

Case #: 08 ▼  127573      Edit        W.A. LUCKY, III vs BARBARA MARIE CARLY CARR      ⸰  Notes
                          Search

## Services  ⏮ ◀ ▶ ⏭

Show Payments | Fix Service | Save | Attach Charge | New Service

Service Information —

| | | | |
|---|---|---|---|
| Service ID: 353857 | Amount: $30.00 | | Entered By: kflournoy |
| Serial #: 57 | Balance Due: $0.00 | Invoice | Entered Date: 09/14/2018 |
| | | | Changed By: kflournoy |
| Code: ADM/DV | Total Amt Due: $0.00 | | Changed Date: 10/24/2018 |
| Release Dt: 09/14/2018 | Recv. Date: 9/14/18 11:15 AM | | BOSS:0100 |

Description: Advertisement Movable Sale & Seizure

Billing Party: Shelton , Curtis R      Filing Party: Shelton , Curtis R

Comments:

BSO 051

**EXHIBIT B**

BOSSIER PARISH SHERIFFS OFFICE - CIVIL DEPARTMENT

Case #: 08   127573

W.A. LUCKY, III vs BARBARA MARIE CAREY CARR

Edit
Search

Notes

**Services**

Show Payments | Fix Service | Save | Attach Charge | New Service

Service Information

Service ID: 333952
Amount: $40.00
Entered By: kfournoy
Entered Date: 09/14/2018

Serial #: 58
Balance Due: $0.00
Invoice
Changed By: kfournoy

Code: CANC
Total Amt Due: $0.00
Changed Date: 10/24/2018

Release Dt: 09/14/2018
Recv. Date: 9/14/18 11:42 AM
BOSSIO100

Description: Cancellation of Suit

Billing Party: Shelton , Curtis R
Filing Party: Shelton , Curtis R

Comments:

**EXHIBIT B**

BSO 052

BOSSIER PARISH SHERIFFS OFFICE - CIVIL DEPARTMENT

| Case #| 08 | 127573 | Edit | W. A. LUCKY, III vs BARBARA MARIE CARTY CARR | Notes |
| | | | Search | | F930 |

**Services**  |◄ ◄ ► ►|     Show Payments | Fix Service | Save | Attach Charge | New Service |

### Service Information

| | | | | |
|---|---|---|---|---|
| Service ID: | 397168 | Amount: | $50.00 | Entered By: kflournoy |
| | | | | Entered Date: 10/23/2018 |
| Serial #: | 63 | Balance Due: | $0.00 | Invoice |
| | | | | Changed By: kflournoy |
| Code: | BOSPV | Total Amt Due: | $0.00 | Changed Date: 10/24/2018 |
| Release Dt: | 10/23/2018 | Recv. Date: | 10/23/18 8:36 AM | BOSS0100 |

Description: Bill of Sale & Process Verbal

Billing Party: Shelton , Curtis R     Filing Party: Shelton , Curtis R

Comments:

**EXHIBIT B**

BSO 053

SHERIFF'S OFFICE CIVIL DEPARTMENT

Case #: 08 | 127573 | Edit / Search | W. A. LUCKY, III vs BARBARA MARIE CAREY CARR | Notes

**Services**

Show Payments | Fix Service | Save | Attach Charge | New Service

Service Information

| | | | | |
|---|---|---|---|---|
| Service ID: | 397169 | Amount: | $12.00 | Entered By: | kflournoy |
| Serial #: | 64 | Balance Due: | $0.00 | Entered Date: | 10/23/2018 |
| | | | Invoice | Changed By: | kflournoy |
| Code: | NOTARY | Total Amt Due: | $0.00 | Changed Date: | 10/24/2018 |
| Release Dt: | 10/23/2018 | Recv. Date: | 10/23/18 8:36 AM | BO5910100 | |

Description: Notary

Billing Party: Shelton , Curtis R    Filing Party: Shelton , Curtis R

Comments:

BSO 054

**EXHIBIT B**

**EXHIBIT B**

**BSO 055**

Caddo Parish Sheriff's Office Civil Invoice

# INVOICE
# (08)127573

| Caddo Parish Sheriff's Office Civil Department | INVOICE TO SHERIFF OFFICE BOSSIER PARISH |
|---|---|
| 501 Texas Street Room 101 Shreveport, LA 71101 | POST OFFICE BOX 850 BENTON , LOUISIANA 71006 |

| Date | Service Type | Charges |
|---|---|---|
| 09/12/2018 | Paper Served: NS | $30.00 |
| 09/12/2018 | Paper Served: NA | $30.00 |
| 09/12/2018 | Mileage Cost, 0 Miles @ 0.53 Per Mile | $0.00 |
| | **TOTAL COST:** | **$60.00** |

Please make all checks payable to:
Steve Prator, Sheriff
501 Texas Street Room 101
Shreveport, LA 71101

PLEASE RETURN INVOICE WITH CHECK



POSTED
9-14-18
srvc #50 + 62
TO POWELL

SHERIFF OFFICE BOSSIER PARISH
POST OFFICE BOX 850
BENTON , LOUISIANA 71006

**BSO 056**

**EXHIBIT B**

Caddo Parish Sheriff's Office Civil Invoice

# INVOICE
# (08)127573



| Caddo Parish Sheriff's Office Civil Department | INVOICE TO SHERIFF OFFICE BOSSIER PARISH |
|---|---|
| 501 Texas Street Room 101 Shreveport, LA 71101 | POST OFFICE BOX 850 BENTON , LOUISIANA 71006 |

| Date | Service Type | Charges |
|---|---|---|
| 09/11/2018 | Paper Served: NA | $30.00 |
| 09/11/2018 | Mileage Cost, 0 Miles @ 0.53 Per Mile | $0.00 |
| | **TOTAL COST:** | **$30.00** |

Please make all checks payable to:
Steve Prator, Sheriff
501 Texas Street Room 101
Shreveport, LA 71101

PLEASE RETURN INVOICE WITH CHECK



POSTED
9-13-18
srvc #52
TO SHELTON

SHERIFF OFFICE BOSSIER PARISH
POST OFFICE BOX 850
BENTON , LOUISIANA 71006

**BSO 057**

**EXHIBIT B**

**Jean Horne**

| | |
|---|---|
| **From:** | Kim Flournoy <kflournoy@bossiersheriff.com> |
| **Sent:** | Friday, September 21, 2018 9:26 AM |
| **To:** | Curtis R. Shelton |
| **Subject:** | RE: Suit # 127573 |

Thank you and have a great weekend!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

**From:** Curtis R. Shelton [mailto:CurtisShelton@arklatexlaw.com]
**Sent:** Friday, September 21, 2018 9:22 AM
**To:** Kim Flournoy
**Subject:** RE: Suit # 127573

Dear Kim,

Attached is the appointment of appraiser for the plaintiff, Mr. W. Al. Lucky. He is appointing Chad M. Garland.

I will look to see if I can find some other persons who would appraise the note.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA  71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile

1

**EXHIBIT B**

BSO 058

www.arklatexlaw.com

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

**From:** Kim Flournoy [mailto:kflournoy@bossiersheriff.com]
**Sent:** Monday, September 17, 2018 10:32 AM
**To:** Curtis R. Shelton
**Subject:** Suit # 127573
**Importance:** High

Mr. Shelton it is my understanding the above referenced suit is with appraisal. In the event we have 2 appraisals that vary greatly and we have to get a third appraisal, do you have any recommendations as to whom appraises these type of notes? If possible could you give the names of at least two so we are not down to the wire trying to find one last minute. Thanks, Kim.

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

2

**EXHIBIT B**                                                    **BSO 059**

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LOUISIANA 71101
TELEPHONE: 318-227-3500
FACSIMILE: 318-227-3980

Curtis R. Shelton

Direct: 318-227-3306
curtisshelton@arklatexlaw.com

Mailing address:

Post Office Box 1764
Shreveport, LA 71166

September 21, 2018

VIA E-MAIL AND HAND DELIVERY

Hon. Julian C. Whittington
Bossier Parish Sheriff
Bossier Parish Sheriff's Office
204 Burt Blvd
Benton, LA 71006

Attention:   Ms. Kimberly D. Flournoy
             Civil Division

Re:   W. A. Lucky, III vs. Barbara Marie Carey Carr; number 127,573; Section F; 26th Judicial
      District Court; Bossier Parish, Louisiana

Dear Kim:

Enclosed please find the Notice to Appoint Appraiser, which I have executed to appoint Chad
M. Garland as the appraiser for the plaintiff.

Please let me know if you have any questions. We appreciate your attention to this matter.

Yours very truly,

Curtis R. Shelton

CRS:hs

Encl.

**EXHIBIT B**

BSO 060

# N O T I C E TO APPOINT APPRAISER

## SHERIFF'S OFFICE

Suit No: (08) 127573-   Serial #: 52

Date:   Thursday, September 6, 2018

W. A. LUCKY, III
VS
BARBARA MARIE CAREY CARR

JULIAN C. WHITTINGTON, SHERIFF
P.O.Box 850
BENTON, LA 71006

Parish of Bossier
26th Judicial District Court
State of Louisiana

TO:   LUCKY, III W.A. THROUGH ATTORNEYS OF RECORD CURTIS R. SHELTON
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LA 71101

Please be advised that property named in the above captioned suit is being seized.

You are advised to name an appraiser to value the property, and to notify the sheriff of said appointment **WITHIN 10 DAYS FROM DATE OF SERVICE.**

If you should fail to appoint an appraiser or to notify the sheriff within the time designated, the sheriff shall appoint an appraiser for you.

JULIAN C. WHITTINGTON-SHERIFF &
EX-OFFICIO TAX COLLECTOR
BOSSIER PARISH

BY:
KIM FLOURNOY

HEREBY APPOINT   Chad M. Garland   AS APPRAISER.

Curtis R. Shelton.
Attorney for Plaintiff.
W.A. Lucky, III

BPSO-CIV-203-0402

Service Copy

**EXHIBIT B**

**BSO 061**

**Jean Horne**

| | |
|---|---|
| **From:** | Curtis R. Shelton <CurtisShelton@arklatexlaw.com> |
| **Sent:** | Friday, October 12, 2018 1:48 PM |
| **To:** | Kim Flournoy |
| **Subject:** | Suit # 127573 |
| **Attachments:** | 10-12-18 - Shelton to Sheriff with Motion for Order Authorizing Reduced Sheriff's Commission.pdf; Motion for Order Authorizing Reduced Sheriff's Commission.pdf; Ex Parte Motion to Fix Appraisers' Fees.pdf |

Dear Kim,

I am attaching three things to this message. The first two are a letter that I am mailing today with a Motion for Order Authorizing Reduced Sheriff's Commission. If the Sheriff will negotiate the commission that will be appreciated. I have prepared this in the same way that I usually prepare these for sheriff's sales. If something different needs to be done, please just let me know.

The third things is an "Ex Parte Motion to Fix Appraisers' Fees." As we have discussed, it will likely not be possible to find someone to do the appraisal of the promissory note for the amount the Sheriff usually pays or even the $50 that the statute authorizes without court approval. So, I have prepared this motion so that approval could be obtained for up to $225 per hour. That is the amount the seizing creditor's appraiser charged, and I have no real doubt that Mr. Dean, appointed by the debtor, will charge that amount or more. (Mr. Dean is a senior partner in Heard, McElroy and Vestal.)

If the Ex Parte Motion to Fix Appraisers' Fees looks acceptable, I will sign it, mail a copy to the lawyers for the debtor, and have the original delivered to you. That will enable you to process it through and get the Court to sign the order before we run up toward the last minute.

Thank you very much for your time and diligence.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA  71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

**IRS Circular 230 Disclosure:**  To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying,

1

**EXHIBIT B**

BSO 062

distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

2

**EXHIBIT B**

BSO 063

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LOUISIANA 71101
TELEPHONE: 318-227-3500
FACSIMILE: 318-227-3980

Curtis R. Shelton

Direct: 318-227-3306
curtisshelton@arklatexlaw.com

Mailing address:

Post Office Box 1764
Shreveport, LA 71166

October 12, 2018

VIA E-MAIL U.S. MAIL

Hon. Julian C. Whittington
Bossier Parish Sheriff
Bossier Parish Sheriff's Office
P.O. Box 850
Benton, LA  71006

**Attention:**     **Ms. Kimberly D. Flournoy**
                   **Civil Division**

Re:    W. A. Lucky, III vs. Barbara Marie Carey Carr; number 127,573; Section F; 26th Judicial
       District Court; Bossier Parish, Louisiana

Dear Kim:

           Enclosed please find a Motion for Order Authorizing Reduced Sheriff's Commission which
I submit for the Sheriff's consideration.

           I am not familiar with whether Sheriff Whittington does or does not do negotiated
commissions, but I wanted to submit the enclosed as a request that he do so in this case. If Sheriff
Whittington will agree to a reduced commission, the enclosed motion and order will need to be
submitted to and approved by the Court before the scheduled sale date.

           Please let me know if you have any questions. We appreciate your attention to this matter.

                                        Yours very truly,

                                        Curtis R. Shelton

Encl.
CRS:hs

**EXHIBIT B**                                    **BSO 064**

W.A. LUCKY, III

VERSUS

BARBARA MARIE CAREY CARR

NUMBER: 127,573; SECTION F

26TH JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISISANA

## MOTION FOR ORDER AUTHORIZING
## REDUCED SHERIFF'S COMMISSION

NOW INTO COURT come petitioner, W. A. LUCKY, III ("Lucky"), through undersigned counsel, and the HONORABLE JULIAN C. WHITTINGTON, IN HIS CAPACITY AS SHERIFF OF BOSSIER PARISH (the "Sheriff"), who respectfully move the Court as follows:

1.

Pursuant to a writ of *fieri facias* issued in the above captioned lawsuit, the Sheriff has seized and is advertising for sale the following described property:

That certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022.

2.

The writ of *fieri facias* herein is in the principal amount of One Million, Seven Hundred Ninety-Nine Thousand, Four Hundred Fifty and 52/100 Dollars ($1,799,450.52), plus judicial interest on the aforesaid amount from the date of judicial demand until paid in full and all costs associated with this proceeding.

3.

Louisiana Revised Statutes 13:5530(A)(7) reads:

(7)(a) For commission on sales of property made by the sheriffs, three percent shall be allowed on the price of adjudication of immovable property, and six percent shall be allowed on the price of adjudication of movable property. As used herein, "the price of adjudication" shall mean the amount of the successful bid price at the sale conducted by the sheriff.

(b) When the amount necessary to be realized to satisfy any writ under which the property, movable or immovable, is to be offered for sale by the sheriffs is in excess of fifty thousand dollars, including interest and costs, the

**EXHIBIT B**

BSO 065

sheriffs and the seizing creditor may, with the approval of the court, agree upon the fee or commission to be paid to the sheriffs for making the sale, irrespective of the rates hereinabove set forth, prior to the offer and adjudication of the property by the sheriffs.

(c) No agreement shall be valid which provides for a fee or commission in any case of less than fifteen hundred dollars.

4.

Lucky and the Sheriff have agreed that the amount of commission due the Sheriff as a result of a sale in this proceeding shall be 6% of the first $50,000.00 of the sale price, 4% of that portion of the sale price exceeding $50,000.00, but not exceeding $450,000.00, and 2% of that portion of the sale price exceeding $500,000.00, if any, but in no event shall the commission due the Sheriff upon a sale of the property be less than $1,500.00. The agreement is attached hereto as Exhibit A. Lucky and Sheriff request that the Court approve this agreement as authorized by Louisiana Revised Statutes 33:5530(A)(7)(b).

WHEREFORE, W.A. LUCKY, III and the HONORABLE JULIAN C. WHITTINGTON, IN HIS CAPACITY AS SHERIFF OF BOSSIER PARISH pray that the agreement described in paragraph 3 and attached hereto be approved by this Court, and that the Court fix the amount of the Sheriff's commission in accordance with that agreement.

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC

By:_____

Curtis R. Shelton
La. Bar Roll No. 17137
Suite 1400, Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
(318) 227-3500
(318) 227-3306 - Direct Dial
(318) 227-3806 - Direct Facsimile
(318) 470-9010 - Cell Phone
E-mail: curtisshelton@arklatexlaw.com

ATTORNEYS FOR W.A. LUCKY, III

_____
JULIAN C. WHITTINGTON, IN HIS CAPACITY AS SHERIFF OF BOSSIER PARISH

2

**EXHIBIT B**

BSO 066

## CERTIFICATE

I HEREBY CERTIFY that a copy of this Motion for Order Authorizing Reduced Sheriff's Commission, along with the order prepared to be submitted thereon, was served upon Barbara Marie Carey Carr Lollar f/k/a Barbara Marie Carey Carr, by depositing same in the United States mail properly addressed as follows and with adequate first-class postage thereon:

> Mr. James Davis Powell
> Davidson Summers
> 330 Marshall St., Suite 1114
> Shreveport LA 71101.

Shreveport, Louisiana, this 12th day of October, 2018.



_____
OF COUNSEL

3

**EXHIBIT B**

BSO 067

## ORDER

CONSIDERING THE FOREGOING motion and the agreement attached thereto,

IT IS HEREBY ORDERED THAT, in accordance with Louisiana Revised Statutes 13:5530(A)(7), the Sheriff's commission that shall be payable on account of the sale of the property to be sold under the writ of *fieri facias* in the above referenced lawsuit shall be reduced in accordance with Louisiana Revised Statutes 13:5530(A)(7) to the following percentage of the amount of the successful bid price at the sale conducted by the Sheriff:

6% of first $50,000.00; plus
4% of next $450,000.00; plus
2% of balance,

provided that the Sheriff's office is guaranteed a minimum commission of $1,500.00 upon a sale of the property.

READ AND SIGNED at Benton, Bossier Parish, Louisiana, this ____ day of _____, 2018.

_____
DISTRCT JUDGE

4

**EXHIBIT B**

BSO 068

EXHIBIT A

NEGOTIATED AGREEMENT FOR REDUCED SHERIFF'S COMMISSION

RE:   W. A. LUCKY, III VERSUS BARBARA MARIE CAREY CARR, NUMBER: 127,573, 26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA

By agreement between W. A. Lucky, III, through its undersigned attorney of record, and the Honorable Julian C. Whittington, in his capacity as Sheriff of Bossier Parish, it is agreed that, subject to the approval of the 26th Judicial District Court, the Sheriff's commission that shall be payable on account of the sale of the property to be sold under the writ of *fieri facias* in the above referenced lawsuit shall be reduced in accordance with Louisiana Revised Statutes 13:5530(A)(7) to the following percentage of the amount of the successful bid price at the sale conducted by the Sheriff:

    6% of first $50,000.00; plus
    4% of next $450,000.00; plus
    2% of balance,

provided that the Sheriff's office is guaranteed a minimum commission of $1,500.00 upon the sale of the property.

BENSON &

AYRES,      SHELTON,      WILLIAMS,
PAINE, LLC


JULIAN C. WHITTINGTON,                    By: _____
Sheriff, Bossier Parish, Louisiana              Curtis R. Shelton
                                          La. Bar Roll. No. 17137
                                          Suite 1400, Regions Tower
                                          333 Texas Street (71101)
                                          P. O. Box 1764
                                          Shreveport, LA 71166-1764
                                          (318) 227-3500
                                          (318) 227-3306 - Direct Dial
                                          (318) 227-3806 - Direct Facsimile
                                          (318) 470-9010 - Cell Phone
                                          E-mail: curtisshelton@arklatexlaw.com

                                          ATTORNEYS FOR W. A. LUCKY, III

**EXHIBIT B**

| W.A. LUCKY, III | NUMBER: 127,573; SECTION F |
|---|---|
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| BARBARA MARIE CAREY CARR | BOSSIER PARISH, LOUISIANA |

### *EX PARTE* MOTION TO FIX APPRAISERS' FEES

NOW INTO COURT comes the HONORABLE JULIAN C. WHITTINGTON, IN HIS CAPACITY AS SHERIFF OF BOSSIER PARISH (the "Sheriff"), who respectfully moves the Court as follows:

1.

The Sheriff has received a writ of *fieri facias* herein is in the principal amount of One Million, Seven Hundred Ninety-Nine Thousand, Four Hundred Fifty and 52/100 Dollars ($1,799,450.52), plus judicial interest on the aforesaid amount from the date of judicial demand until paid in full and all costs associated with this proceeding.

2.

Pursuant to the writ of *fieri facias* issued in the above captioned lawsuit, the Sheriff has seized and is advertising for sale the following described property, hereinafter referred to as the "Promissory Note":

> That certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022.

3.

Under paragraph A of Louisiana Revised Statutes 13:4363, the Sheriff served written notice on the debtor and on the seizing creditor directing each to name an appraiser to value the Promissory Note and to notify the Sheriff of such appointment.

4.

Each of the debtor and on the seizing creditor notified the Sheriff of the appointment of an appraiser. The Sheriff received notice that the following persons were being appointed by the debtor and the seizing creditor:

**EXHIBIT B**

BSO 070

A.    The debtor, Barbara Marie Carey Carr, appointed Mr. John Dean of Business Valuation Consultants of Shreveport; and

B.    The seizing creditor, W.A. Lucky, III, appointed Mr. Chad M. Garland.

5.

Each of Mr. John Dean and Mr. Chad M. Garland is a certified public accountant who has an ABV accreditation and CVA designation. ABV is an Accredited in Business Valuation credential from the AICPA (American Institute of Certified Public Accountants). CVA is a Certified Valuation Analyst designation from NACVA (National Association of Certified Valuators and Analysts).

6.

It is possible that the appraisers appointed by the debtor and the seizing creditor will agree on the value of the Promissory Note. It is also possible that they will not. Paragraph B of Louisiana Revised Statutes 13:4365 provides for situations in which the appraisers appointed by the debtor and the seizing creditor do not agree. It reads:

> B.  If the appraisers cannot agree, and (1) the difference in value between the two appraisals does not exceed two hundred and fifty thousand dollars, and (2) the value assigned by the lower of the two appraisers is at least ninety percent of the value assigned by the higher of the two appraisers, then the sheriff shall average the two figures and use the average as the appraised value for purposes of determining the opening bid. In those cases where the two appraisers do not agree and the values are not within the averaging limits, then the sheriff shall appoint a third appraiser, who shall also be sworn, and whose decision shall be final.

7.

The Sheriff will appoint a third appraiser if: (a) the appraisers appointed by the debtor and the seizing creditor do not agree on the value of the Promissory Note, and (b) the appraisals are not subject to being averaged under paragraph B of Louisiana Revised Statutes 13:4365. It may also be necessary for the Sheriff to appoint an appraiser if the debtor or the seizing creditor does not timely deliver an appraisal.

8.

The Sheriff intends that any appraiser he appoint be a person who is qualified by education, skill or experience to appraise the Promissory Note. Such person may be a certified public accountant, may hold an ABV accreditation and/or CVA designation, or may be otherwise qualified by education, skill or experience. In any event, the Sheriff foresees that such a person

2

**EXHIBIT B**

BSO 071

will require payment of more than the flat fee of fifty dollars allowed by paragraph A of Louisiana Revised Statutes 13:4366 for appraisals of movable property.

9.

Louisiana Revised Statutes 13:4366 reads:

A.(1) The fees of the appraisers shall be fixed by the sheriff at not more than fifty dollars on movables, and not less than one hundred dollars nor more than three hundred fifty dollars on immovable property for each appraiser.

(2) On *ex parte* motion of the sheriff, the court may order a fee to be paid in excess of fifty dollars on movable items and in excess of three hundred fifty dollars on immovable property if, in the court's judgment, the property cannot be adequately appraised at the fees established in Paragraph (1) of this Subsection. The sheriff shall attach to the motion a statement of the reasons for requesting payment of the excess fees before the court can authorize a payment in excess of the established fees.

(3) A party to an action or proceeding who acts as an appraiser is not entitled to a fee.

B. The fees of appraisers shall be taxed as costs.

(Emphasis added).

10.

For the reasons stated herein and in Exhibit A attached hereto, the Sheriff believes that it is necessary that a fee or more than fifty dollars be paid to any appraiser appointed by the Sheriff herein to appraise the Promissory Note. The Sheriff believes that it is necessary that any such appraiser be paid a fee calculated on an hourly rate basis of up to $225.00 per hour, which is the amount that the Sheriff has been informed is being charged by the seizing creditor's appraiser.

11.

Paragraph A of Louisiana Revised Statutes 13:4363 requires that the appraisal of the debtor and seizing creditor shall be made and delivered to the Sheriff at least two days, exclusive of holidays, prior to the time of the sale.

12.

The sale of the Promissory Note is presently scheduled herein for October 24, 2018, at 10:00 a.m. That means that the appraisals of the debtor and the seizing creditor are required to be delivered to the Sheriff by Friday, October 19, 2018. Upon receipt of the debtor's and seizing creditor's appraisals, the Sheriff will have two business days in which to appoint any appraiser

3



**EXHIBIT B**

BSO 072

who is required to be appointed by the Sheriff. Therefore, the Sheriff believes that this motion is both necessary and timely.

13.

Because the seizing creditor shall be required to advance the costs of any appraiser who is required to be appointed by the Sheriff, the seizing creditor has joined in this motion.

WHEREFORE, THE HONORABLE JULIAN C. WHITTINGTON, IN HIS CAPACITY AS SHERIFF OF BOSSIER PARISH prays that, under Louisiana Revised Statutes 13:4366 ¶A(2), the Sheriff be authorized to pay a fee calculated on an hourly rate basis of up to $225.00 per hour to any appraiser appointed by the Sheriff herein to appraise the Promissory Note described in paragraph 2, and with such fees to be taxes as costs under Louisiana Revised Statutes 13:4366 ¶B.

_____
JULIAN C. WHITTINGTON, IN HIS CAPACITY
AS SHERIFF OF BOSSIER PARISH

AYRES, SHELTON, WILLIAMS, BENSON &
PAINE, LLC

By:_____
    Curtis R. Shelton
    La. Bar Roll No. 17137
Suite 1400, Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
(318) 227-3500
(318) 227-3306 - Direct Dial
(318) 227-3806 - Direct Facsimile
(318) 470-9010 - Cell Phone
E-mail: curtisshelton@arklatexlaw.com

ATTORNEYS FOR W.A. LUCKY, III, SEIZING
CREDITOR

4

**EXHIBIT B**

BSO 073

**CERTIFICATE**

I HEREBY CERTIFY that a copy of this *Ex Parte* Motion to Fix Appraisers' Fees, along with the order prepared to be submitted thereon, was served upon Barbara Marie Carey Carr Lollar f/k/a Barbara Marie Carey Carr, by depositing same in the United States mail properly addressed as follows and with adequate first-class postage thereon:

> Mr. James Davis Powell
> Davidson Summers
> 330 Marshall St., Suite 1114
> Shreveport LA 71101.

Shreveport, Louisiana, this _____ day of October, 2018.

_____
OF COUNSEL

5

**EXHIBIT B**                                    BSO 074

## ORDER

CONSIDERING THE FOREGOING *Ex Parte* Motion to Fix Appraisers' Fees and Exhibit A attached thereto,

IT IS HEREBY ORDERED THAT, in accordance with Louisiana Revised Statutes 13:4366 ¶A(2), the Sheriff be and is hereby authorized to pay a fee calculated on an hourly rate basis of up to $225.00 per hour to any appraiser appointed by the Sheriff herein to appraise the Promissory Note described in paragraph 2 of the aforesaid motion, and with such fees to be taxed as costs under Louisiana Revised Statutes 13:4366 ¶B.

READ AND SIGNED at Benton, Bossier Parish, Louisiana, this ____ day of _____, 2018.

_____
DISTRCT JUDGE

**EXHIBIT B**                    BSO 075

EXHIBIT A

STATEMENT OF THE REASONS FOR
REQUESTING PAYMENT OF EXCESS FEES

RE:   W. A. LUCKY, III VERSUS BARBARA MARIE CAREY CARR, NUMBER: 127,573,
26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA

1. The undersigned, the Honorable Julian C. Whittington, in his capacity as Sheriff of
Bossier Parish (the "Sheriff"), has received a writ of *fieri facias* in the above referenced lawsuit.
The writ is in the principal amount of One Million, Seven Hundred Ninety-Nine Thousand, Four
Hundred Fifty and 52/100 Dollars ($1,799,450.52), plus judicial interest on the aforesaid amount
from the date of judicial demand until paid in full and all costs associated with this proceeding.

2. Pursuant to the writ of *fieri facias*, the Sheriff has seized and is advertising for sale the
following described property, hereinafter referred to as the "Promissory Note":

> That certain original promissory note dated November 2, 2017 made by Ronald
> William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the
> principal amount of One Million Seven Hundred Thirty Thousand and No/100ths
> Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per
> annum until paid, payable in four (4) consecutive annual installments of
> $100,046.00, the first such installment being due and payable on November 1,
> 2018, and a final balloon payment equal to all remaining principal and interest
> then due hereunder, due and payable on November 1, 2022.

3. The Sheriff has served written notice on the debtor and on the seizing creditor directing
each to name an appraiser to value the Promissory Note and to notify the Sheriff of his
appointment.

4. Each of the debtor and the seizing creditor notified the Sheriff of the appointment of an
appraiser. The Sheriff received notice that the following persons were being appointed by the
debtor and on the seizing creditor:

A.    The debtor, Barbara Marie Carey Carr, appointed Mr. John Dean of Business
      Valuation Consultants of Shreveport; and

B.    The seizing creditor, W.A. Lucky, III, appointed Mr. Chad M. Garland.

5. Each of Mr. John Dean and Mr. Chad M. Garland is a CPA and has an ABV
accreditation and CVA designation. ABV is an Accredited in Business Valuation credential from
the AICPA (American Institute of Certified Public Accountants). CVA is a Certified Valuation
Analyst designation from NACVA (National Association of Certified Valuators and Analysts).

**EXHIBIT B**

BSO 076

6. It is possible that the appraisers appointed by the debtor and the seizing creditor will agree on the value of the Promissory Note. It is also possible that they will not.

7. The Sheriff will appoint a third appraiser if: (a) the appraisers appointed by the debtor and the seizing creditor do not agree on the value of the Promissory Note, and (b) the appraisals are not subject to being averaged under paragraph B of Louisiana Revised Statutes 13:4365. It may also be necessary for the Sheriff to appoint an appraiser if the debtor or the seizing creditor do not timely deliver an appraisal.

8. If it is necessary for the Sheriff to appoint an appraiser, the Sheriff intends to appoint a person who would be qualified by education, skill or experience to appraise the Promissory Note. Such person may be a certified public accountant, may hold an ABV accreditation and/or CVA designation, or may be otherwise qualified by education, skill or experience. In any event, the Sheriff foresees that such a person will require payment of more than the flat fee of fifty dollars allowed by paragraph A of Louisiana Revised Statutes 13:4366 for appraisals of movable property.

9. The property described in paragraph 2 (a promissory note) is not of the kind routinely appraised by persons who appraise property for the Sheriff for a flat fee. Therefore, the Sheriff believes that it is necessary that a fee or more than fifty dollars be paid to any appraiser appointed by the Sheriff to appraise the Promissory Note. The Sheriff believes that it is necessary that any such appraiser be paid a fee calculated on an hourly rate basis of up to $225.00 per hour. The Sheriff has been informed that $225.00 per hour is the amount being charged by the seizing creditor's appraiser. Mr. Chad M. Garland. The Sheriff would believe that Mr. John Dean would charge an hourly fee of at least $225.00 per hour.

10. In any and all events, the seizing creditor will be required to advance the costs of any appraiser who is required to be appointed by the Sheriff.

_____
JULIAN C. WHITTINGTON,
Sheriff, Bossier Parish, Louisiana

2

**EXHIBIT B**

BSO 077

**Jean Horne**

| | |
|---|---|
| **From:** | Curtis R. Shelton <CurtisShelton@arklatexlaw.com> |
| **Sent:** | Friday, October 12, 2018 8:53 AM |
| **To:** | Kim Flournoy |
| **Subject:** | Suit # 127573 |
| **Attachments:** | 10-12-18 - Sheriff Letter.pdf |

Dear Kim,

Attached please find the executed oath and appraisement sheet for the plaintiff's appraisal. The originals of the attached will be delivered to you today.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

1

**EXHIBIT B**                    **BSO 078**

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC
333 TEXAS STREET, 1400 REGIONS TOWER
SHREVEPORT, LOUISIANA 71101
TELEPHONE: 318-227-3500
FACSIMILE: 318-227-3980

Curtis R. Shelton

Direct: 318-227-3306
curtisshelton@arkbtexlaw.com

Mailing address:

Post Office Box 1764
Shreveport, LA 71166

October 12, 2018

VIA E-MAIL AND HAND DELIVERY

Hon. Julian C. Whittington
Bossier Parish Sheriff
Bossier Parish Sheriff's Office
204 Burt Blvd
Benton, LA 71006

Attention:     **Ms. Kimberly D. Flournoy**
              **Civil Division**

Re:   W. A. Lucky, III vs. Barbara Marie Carey Carr; number 127,573; Section F; 26th Judicial
      District Court; Bossier Parish, Louisiana

Dear Kim:

      Enclosed please find the Oath of Appraiser and the Appraisement Sheet, each of which has
been sworn and signed by Mr. Chad M. Garland before a Notary Public.

      Please let me know if you have any questions. We appreciate your attention to this matter.

                        Yours very truly,

                        Curtis R. Shelton

CRS:hs

Encl.

**EXHIBIT B**                    **BSO 079**

## OATH OF APPRAISER

| | |
|---|---|
| Suit No:  (08) 127573 | BENTON, LA |
| W. A. Lucky, III | 26th Judicial District |
| vs | Parish of Bossier |
| Barbara Marie Carey Carr | State of Louisiana |

STATE OF LOUISIANA
PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared CHAD M. GARLAND, who, after being duly sworn, deposed and stated:

1.  I, Chad M. Garland, have been appointed by the plaintiff, W. A. Lucky, III, to value the following described property to be sold in the above captioned lawsuit, being the promissory note which is described as follows:

That certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022; and

2.  Further, I do hereby solemnly swear that I will make a true and just appraisal of the above described property, and that, in making said appraisement, I will act fairly and impartially and make a true value of what the above described property is worth in cash, to the best of my knowledge, information, and belief.

_Chad M. Garland_
CHAD M. GARLAND

SWORN TO AND SUBSCRIBED before me, Notary Public, this ___ day of _____, 2018.

_Elizabeth A. Parker_
NOTARY PUBLIC, CADDO PARISH
Name:  Elizabeth A. Parker
Notary I.D./Bar Roll No.:  64118
My commission expires: Life

ELIZABETH A. PARKER, NOTARY PUBLIC
BOSSIER PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY ID # 64118

**EXHIBIT B**

# APPRAISEMENT SHEET

| | |
|---|---|
| Suit No:   (08) 127573 | BENTON, LA |
| W. A. Lucky, III | 26th Judicial District |
| vs | Parish of Bossier |
| Barbara Marie Carey Carr | State of Louisiana |

We, the undersigned, having been appointed to appraise the property advertised for sale by the Sheriff in the above entitled and numbered cause, do solemnly swear that in making said appraisement, we have acted fairly and impartially and have made a true value of what the said property is worth in cash, to the best of our knowledge, information, and belief.

*Chad A. Garland*

1.  Plaintiff (sheriff) Appraiser
Sworn to and subscribed before me this
5th day of _October_, 2018.

*Elizabeth A Parker*
Notary Public
Name: _Elizabeth A. Parker_
Notary I.D./Bar Roll No.: _64118_
My commission expires: _Life_

2.  Defendant (sheriff) Appraiser
Sworn to and subscribed before me this
____ day of _____, 2018.

_____
Deputy Sheriff

3.  Third (sheriff) Appraiser
Sworn to and subscribed before me this
____ day of _____, 2018.

_____
Deputy Sheriff

ELIZABETH A. PARKER, NOTARY PUBLIC
BOSSIER PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY ID # 64118

That certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4.0%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022

_$173,000.⁰⁰_
APPRAISEMENT

_____
2/3 of Appraisement

*Chad W. Garland, CPA, ASA, ABV, CVA*   _$173,000.⁰⁰_
1.  Plaintiff (sheriff) Appraiser                Appraisement

_____               _____
2.  Defendant (sheriff) Appraiser                Appraisement

_____               _____
3.  Third (sheriff) Appraiser                   Appraisement

ATTORNEY:  CURTIS R. SHELTON
333 Texas street, Suite 1400
Shreveport, LA 71101
(318) 227-3500

**EXHIBIT B**

**BSO 081**

**Jean Horne**

| | |
|---|---|
| **From:** | Kim Flournoy |
| **Sent:** | Tuesday, October 16, 2018 12:01 PM |
| **To:** | curtisshelton@arklatexlaw.com |
| **Subject:** | Suit # 127573 / W. A. LUCKY, III vs BARBARA MARIE CAREY CARR |
| | |
| **Importance:** | High |

Mr. Shelton, the Sheriff has signed your paperwork for the above referenced suit. Please advise when you would like to come by and pick up. Thanks, Kim.

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*

*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

1

**EXHIBIT B**                    **BSO 082**

**Jean Horne**

---

| | |
|---|---|
| **From:** | Kim Flournoy <kflournoy@bossiersheriff.com> |
| **Sent:** | Tuesday, October 23, 2018 4:27 PM |
| **To:** | Patrick Lacour, CIA, CVA |
| **Subject:** | RE: Ex Parte Motion to Fix Appraisers' Fees |

Thank you!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

**From:** Patrick Lacour, CIA, CVA [mailto:patrick@whitehalladvisors.net]
**Sent:** Tuesday, October 23, 2018 8:25 AM
**To:** Kim Flournoy
**Cc:** Curtis R. Shelton
**Subject:** Re: Ex Parte Motion to Fix Appraisers' Fees

Kim,

Please see invoice #1129 attached for the promissory note appraisement.

Patrick Lacour, CIA, CVA
Whitehall Advisors
318-769-9711

On Mon, Oct 22, 2018 at 8:34 AM Patrick Lacour, CIA, CVA <patrick@whitehalladvisors.net> wrote:

Kim,

Please see attached.  I'll be driving up shortly.

1

**EXHIBIT B**          **BSO 083**

**Jean Horne**

| | |
|---|---|
| **From:** | Patrick Lacour, CIA, CVA <patrick@whitehalladvisors.net> |
| **Sent:** | Monday, October 22, 2018 8:34 AM |
| **To:** | kflournoy@bossiersheriff.com |
| **Cc:** | Curtis R. Shelton; Patrick Lacour, CIA, CVA |
| **Subject:** | Re: Ex Parte Motion to Fix Appraisers' Fees |
| **Attachments:** | image001.jpg; Whitehall_Lollar_Note_Appraisement.PDF |

Kim,

Please see attached. I'll be driving up shortly.

Patrick Lacour, CIA, CVA
Whitehall Advisors
318-769-9711

On Fri, Oct 19, 2018 at 10:54 AM Kim Flournoy <kflournoy@bossiersheriff.com> wrote:

Mr. Shelton, I spoke with Mr. Lacour and he will be by our office on Monday to sign the form. Thank you both for your help and have a great weekend!

*Kimberly Flournoy*

Bossier Sheriff's Office

(318) 935-2032 Phone

(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*

1

**EXHIBIT B**                                        **BSO 084**

*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

**From:** Curtis R. Shelton [mailto:CurtisShelton@arklatexlaw.com]
**Sent:** Friday, October 19, 2018 7:46 AM
**To:** Kim Flournoy; Patrick Lacour
**Subject:** Re: Ex Parte Motion to Fix Appraisers' Fees

Mr. Lacour has reported he can have an appraisal by noon Tuesday. I am copying him with this message. Can he perhaps sign the appraiser's oath before a notary in Alexandria and email you a copy and then give you the original with the appraisal? Or is there something else you need him to come sign or do today? If you reply all to this message, Mr. Lacour will also receive it.

Curtis R. Shelton

14th Floor Regions Tower, 333 Texas Street (71101)

P.O. Box 1764

Shreveport, LA 71166

(318) 227-3306

Cell: (318) 470-9010

On Oct 18, 2018, at 3:04 PM, Kim Flournoy <kflournoy@bossiersheriff.com> wrote:

> Mr. Shelton, I  have the Sheriff's signature on the Ex Parte Motion to Fix Appraisers' Fees.
> Would you like a runner to pick up to file with the Clerks office? Also, is Mr. Lacour going
> to be able to come by tomorrow and sign the Appraiser form? We need to have it ASAP.
> Thank you so much for your help!
>
>
>
> *Kimberly Flournoy*
>
> Bossier Sheriff's Office
>
> (318) 935-2032 Phone

2

**EXHIBIT B**

BSO 085

(318) 965-3448 Fax

<image001.jpg>

*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*

*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

3

**EXHIBIT B**

BSO 086

### WHITEHALL ADVISORS, LLC
3820A BAYOU RAPIDES RD • ALEXANDRIA, LA  71303

October 22, 2018

Hon. Julian C. Whittington
Bossier Sheriff's Office
204 Burt Boulevard
Benton, LA 71006

RE:   FMV of Promissory Note
      100% Interest

Dear Sheriff Whittington,

I have performed a calculation engagement in accordance with the Statement on Standards for Valuation Services ("SSVS") of the American Institute of Certified Public Accountants and the professional standards of the National Association of Certified Valuation Analysts.

I have performed certain calculation procedures to estimate the fair market value, as of October 19, 2018, of that certain original promissory note dated November 2, 2017 made by Ronald William Lollar payable to Barbara Marie Carey Carr Lollar or her order in the principal amount of One Million Seven Hundred Thirty Thousand and No/100ths Dollars ($1,730,000.00) plus interest thereon at the rate of four percent (4%) per annum until paid, payable in four (4) consecutive annual installments of $100,046.00, the first such installment being due and payable on November 1, 2018, and a final balloon payment equal to all remaining principal and interest then due hereunder, due and payable on November 1, 2022 ("said property").

My procedures and calculation were based on information drawn from public records recorded with the Bossier Parish clerk of court. The calculated value in this report is intended to be used for the public auction on or about Wednesday, October 24, 2018. A calculation engagement does not include all of the procedures required in a valuation engagement; had a valuation engagement been performed, the results may have been different. While a calculation engagement was more appropriate given the abbreviated time schedule, I have acted fairly and impartially and do hereby offer my sincere opinion of true value of the said property in cash to the best of my knowledge, information, and belief.

> ➢  *Appraisement of said property:*          $  157,009.22

> ➢  *2/3rds of Appraisement of said property:*     $  104,672.81

I appreciate this opportunity to serve you. My worksheet of these calculations and my curriculum vitae are attached for your records. Should you have any questions with respect to the issues we have discussed, we encourage you to call me.

*Patrick Lacour*
Patrick Lacour, CIA, CVA

**EXHIBIT B**

BSO 087

*Attachment*

Worksheet - FMV for Public Auction
Promissory Note of Magnolia Island Plantation, LLC
26th JDC, Dockets 127,573, Div "F" and 155,382, Div "A"
As of October 24, 2018

The fair market value of a promissory note was lower than the sum of unpaid principal and accrued interest.
To the lender, the fair market value of a promissory note equals the present value of future principal and
interest payments discounted at a risk-adjusted rate of return to the valuation date.

To value a debt instrument, the following are taken into consideration:
1.) the history of the debt instrument; and
2.) the terms of the legal documents governing the obligation; and
3.) the financial position and credit risk of the debtor; and
4.) any assets that serve as collateral or otherwise affect the creditor's position; and
5.) the probability that the creditor will be repaid in full on time.

### Schedule of Required Yield for FMV Instrument

| | | |
|---|---|---|
| Base yield | 7.5% | Current U.S. Prime 5.25% plus 2.25% |
| | | |
| Adjustments: | | |
| 1.) Lack of liquidity | 10.0% | Vendor's lien attached; borrowing company formed two days before transaction |
| 2.) Lack of marketability | 5.0% | Related party transaction between husband and wife; no personal guarantee given |
| 3.) Quality of borrower | 10.0% | Magnolia Island Plantation, LLC formed 10/31/17; no credit history, no payment history |
| 4.) Quality of collateral | 7.0% | Cloudy title; Notice of Lis Pendens filed 2/23/18, Instrument #1105291 |
| 5.) Coverage of collateral to note | 5.0% | Per Clenn A. "Russ" Wilson, Jr, MAI 280.135 acres @ $4k/acre is only ~$1.12M ( ~65%) |
| 6.) Loan duration/term | 4.0% | Based on 30 year term rather than commercial terms of 10 to15 years |
| 7.) Payment frequency | 0.0% | Annual; commercial loan standards are monthly; conversion to monthly performed to adjust |
| 8.) Default provisions | 0.0% | Evident |
| 9.) Protective covenants | 10.0% | Working capital requirements, interest coverage and debt/equity ratios etc. absent from credit sale deed |
| 10.) Restrictive covenants | 10.0% | Seller's mortgage (not assignable); transferability of note depends on approval of borrower |
| | | |
| Monthly payout rate | 68.5% | |
| Convert to annual convention | 94.7% | |
| | | |
| Required yield used | 95.0% | |

### Note Valuation Table

Terms of the Note:

| | |
|---|---|
| Principal balance (face value) | $ 1,730,000 |
| Annual interest rate | 4.0% |
| Annual installment payment | $100,046.07 |
| Required yield (market interest rate) | 95.0% |
| Issue date | 11/2/2017 |
| Maturity date | 11/1/2022 |
| Valuation date | 10/19/2018 |

| Year/Period | Date | Beginning Principal | | Principal Payments | Interest Payment | Ending Balance | PV Factor | PV of Cash Flow |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/1/2018 | $ 1,730,000.00 | $ | 30,846.07 | $ 69,200.00 | $ 1,699,153.93 | 0.513 | $51,305.6H |
| 2 | 11/1/2019 | 1,699,153.93 | | 32,079.91 | 67,966.16 | 1,667,074.01 | 0.263 | $26,310.60 |
| 3 | 11/1/2020 | 1,667,074.01 | | 33,363.11 | 66,682.96 | 1,633,710.90 | 0.135 | $13,492.62 |
| 4 | 11/1/2021 | 1,633,710.90 | | 34,697.64 | 65,348.44 | 1,599,013.27 | 0.069 | $6,919.29 |
| 5 | 11/1/2022 | 1,599,013.27 | | 1,599,013.27 | 63,960.53 | - | 0.035 | $58,981.03 |
| Totals | | | $ | 1,730,000.00 | $ 333,158.08 | | | $157,009.22 |

**EXHIBIT B**

*Patrick Lacour, CIA, CVA*
*3820A Bayou Rapides Road*
*Alexandria, Louisiana  71303*

### EDUCATION

| | |
|---|---|
| Louisiana State University,<br>Baton Rouge, Louisiana; B.S. Accounting | 1993 |

### LICENSES AND ACCREDITATIONS

| | |
|---|---|
| Certified Internal Auditor | 1996 |
| Certified Valuation Analyst | 2013 |

### PROFESSIONAL AFFILIATIONS - CURRENT

Member of Institute of Internal Auditors
Member of National Association of Certified Valuation Analysts

### WORK EXPERIENCE

| | |
|---|---|
| Whitehall Advisors, L.L.C.<br>Co-Owner and Manager | 2007 – Present |
| Cleco Corporation<br>Sr. Internal Auditor / Director of Controls | 2000 – 2007 |
| Exxon Company, USA<br>Sr. Internal Auditor | 1992 - 2000 |

### FORENSICS AND VALUATION EXPERIENCE

Mr. Lacour has been admitted as an expert witness in the 4th, 9th and 12th judicial districts of the State of Louisiana and the U.S. District Court for the Middle District of Louisiana.  He has performed valuations of:

- Federal Gift and Estate Taxes
- Community Property Settlements
- Automotive Dealers
- Construction and Contracting Companies
- Convenience Stores
- Oil and Gas Distribution Companies
- Oilfield Service Companies

- Professional Services Companies
- Medical Clinics
- Ambulatory Surgical Centers
- Mergers and Acquisitions
- Non-profit organizations
- Real Estate Investment Companies
- Rental Car Agencies

**EXHIBIT B**

BSO 089

Jean Horne

| | |
|---|---|
| **From:** | Kim Flournoy <kflournoy@bossiersheriff.com> |
| **Sent:** | Tuesday, October 23, 2018 8:05 AM |
| **To:** | Curtis R. Shelton |
| **Subject:** | RE: Suit # 127573 |

Thank you so much for your help in everything. I apologize for being so needy, this suit has been a learning experience for me. Have a great day!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

**From:** Curtis R. Shelton [mailto:CurtisShelton@arklatexlaw.com]
**Sent:** Monday, October 22, 2018 5:49 PM
**To:** Kim Flournoy
**Subject:** RE: Suit # 127573

Kim,

He said he will send an invoice tomorrow.

Curtis R. Shelton
Ayres, Shelton, Williams, Benson & Paine, LLC
14th Floor Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA  71166-1764
318-227-3500 work
318-227-3306 direct
318-470-9010 mobile
318-227-3806 facsimile
www.arklatexlaw.com

1

**EXHIBIT B**

BSO 090

**IRS Circular 230 Disclosure:** To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any appendices, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC and is confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (318-227-3306).

**From:** Kim Flournoy [mailto:kflournoy@bossiersheriff.com]
**Sent:** Monday, October 22, 2018 4:28 PM
**To:** Curtis R. Shelton
**Subject:** Suit # 127573
**Importance:** High

Mr. Shelton, would you please ask Mr. Lacour to get me an invoice ASAP so I can build it into my suit cost? Thank and have a great day!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

2

**EXHIBIT B**                    BSO 091

**Jean·Horne**

| | |
|---|---|
| **From:** | Kim Flournoy <kflournoy@bossiersheriff.com> |
| **Sent:** | Friday, October 26, 2018 2:50 PM |
| **To:** | Peggy Devine |
| **Subject:** | SUIT # 127573 |

Peggy, please do not do these checks yet please until I double check with Jean. Thanks, Kim



**EXHIBIT B**

**BSO 092**

Sheriff Case Management System - Kim Flournoy

Exit  Build

| Docket |
| Garnishments |
| Movables |

BOSSIER PARISH SHERIFF'S OFFICE - CIVIL DEPARTMENT

Case # 08 ▼   127573      Edit   Search

**Services**  ⏮ ◀ ▶ ⏭         Hide Payments    Fix $

Case / Cash / Card / Sales List / Generate Letter

### Service Information

| | | | |
|---|---|---|---|
| Service ID: | 397381 | Amount | $1,500 |
| Serial #: | 68 | Balance Due: | $0 |
| Code: | REFADVDEPM | Total Amt Due: | $0 |
| Release Dt: | 10/24/2018 | Recv. Date: | 10/24/18 11:56 |

Description: Refund Advance Deposit Movable

Billing Party: Shelton , Curtis R        Filing Party: Shelton , Curtis

Comments: PAY TO AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC

### Payments

| | | Payments | | |
|---|---|---|---|---|
| Applied Date | $ Applied | Applied By | Payment Date | $ Received |
| Posted | Posted Date | Create | Vendor | Voucher |
| ▶ | 10/24/2018 | $1,500.00 | kflournoy | 10/24/2018 | $105,000 |
| ☑ | 10/24/2018 | | AYRES0100 | S-397381 |

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby*

2

**EXHIBIT B**                    **BSO 093**

notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.

If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.

3

**EXHIBIT B**

BSO 094

**Jean Horne**

| | |
|---|---|
| **From:** | Kim Flournoy <kflournoy@bossiersheriff.com> |
| **Sent:** | Tuesday, October 30, 2018 10:48 AM |
| **To:** | Peggy Devine |
| **Subject:** | SUIT # 127573 |

Checks are good and ready to go on the above reference suit! Thank you!!

*Kimberly Flournoy*
Bossier Sheriff's Office
(318) 935-2032 Phone
(318) 965-3448 Fax



*This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*If you have received this email in error, please immediately notify me by telephone at 318-965-2203 and permanently delete the original and any copy or any printout thereof.*

1

**EXHIBIT B**                                                                 **BSO 095**