STATE OF LOUISIANA

PARISH OF CADDO

## AFFIDAVIT OF J. DAVIS POWELL

BEFORE ME, the undersigned Notary Public, personally came and appeared **J. Davis Powell**, an individual of lawful age, to me known, who upon being duly sworn, declared as follow:

1.

I am a counsel of record for the Plaintiffs in the matter of *Magnolia Island Plantation, LLC and Barbara Marie Carey Lollar v. Lucky Family, LLC, W.A. Lucky, III, and Bossier Parish Sheriff Julian C. Whittington*, Case Number 5:18-cv-01526 in the United States District Court in the Western District of Louisiana.

2.

I am submitting this Affidavit in connection with an amended and corrected motion for partial summary judgment filed by Plaintiff Ms. Lollar in this matter.

3.

I was a party to the email exchange attached to the Motion as **Exhibit A** between myself and Julianna Parks, a counsel of record for the Bossier Parish Sheriff, a defendant in this matter. I received the email from Ms. Parks stating that Ms. Flournoy "doesn't know anything or remember anything and her answer is going to be she did what supervisor Jean Horne told her" on November 13, 2019.

Further Affiant sayeth not.

_____
J. DAVIS POWELL

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _____ day of November, 2022.

_____
NOTARY PUBLIC

ANDREW D. MARTIN, NOTARY PUBLIC
LA NOTARY NO. 137217
LA BAR ROLL NO. 34947
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE



**EXHIBIT D**