**Drew Martin**

| | |
|---|---|
| From: | Angel Hobson <ahobson@lphmlaw.com> |
| Sent: | Monday, August 19, 2019 4:10 PM |
| To: | Davis Powell; Drew Martin; Randy Davidson; Harold Bicknell; Curtis R. Shelton; David Touchstone |
| Cc: | Glenn L. Langley; Julianna P. Parks |
| Subject: | Magnolia Island Plantation, LLC, et al v. Lucky Family, LLC, et al |
| Attachments: | 2019.8.19 Discovery responses.pdf; 2019.8.15 Bates 001-057.pdf |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Attached please find the Bossier Parish Sheriff's *Responses to Requests for Admission, Interrogatories and Requests for Production* propounded by Barbara Marie Carey Lollar.

Also attached are documents identified in those responses as *Bates numbers BSO 001-057*.

Please advise should you have any questions regarding the same.

***Sent on behalf of Julianna P. Parks***

*Angelina Luker*

**Langley, Parks & Maxwell, LLC**
401 Market Street, Suite 1100
Shreveport, Louisiana 71101
Direct (318)383-6458
Office (318)383-6422
Fax (318) 383-6405
ahobson@lphmlaw.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.



**EXHIBIT I**

**Drew Martin**

| | |
|---|---|
| **From:** | Angel Hobson <ahobson@lphmlaw.com> |
| **Sent:** | Thursday, October 17, 2019 1:49 PM |
| **To:** | Davis Powell; Drew Martin; Randy Davidson; Harold Bicknell; Curtis R. Shelton; David Touchstone |
| **Cc:** | Glenn L. Langley; Julianna P. Parks |
| **Subject:** | Magnolia Island Plantation, LLC, et al v. Lucky Family, LLC, et al |
| **Attachments:** | 2019.10.17 Bates 058-095.pdf |

Attached please find additional documents identified as *Bates numbers BSO 058-095*, which are being provided as a supplement to our previous discovery responses sent August 19 and amended discovery responses sent September 9, 2019.

Please advise should you have any questions regarding the same.

**<u>Sent on behalf of Julianna P. Parks</u>**

*Angelina Luker*

**Langley, Parks & Maxwell, LLC**
401 Market Street, Suite 1100
Shreveport, Louisiana 71101
Direct (318)383-6458
Office (318)383-6422
Fax (318) 383-6405
ahobson@lphmlaw.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**EXHIBIT I**