UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, LLC, ET AL. | CIVIL ACTION NO. 18-1526 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY, LLC, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

Considering the foregoing Motion to Extend Deadline to Respond to Plaintiff Barbara Lollar's Amended Motion for Partial Summary Judgment filed by Defendants Bossier Parish Sheriff's Office and Bossier Sheriff's Employee Kimberly Flournoy (collectively "BSO Defendants") (Record Document 204):

**IT IS ORDERED** that the Motion to Extend Deadline is **GRANTED**. Defendants' deadline to file the Opposition is now set for December 12, 2022.

**IT IS FURTHER ORDERED** that Plaintiff's Reply to Defendants' Opposition is due December 19, 2022.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 29th day of November, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT