UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C., ET AL. | CIVIL ACTION NO. 5:18-CV-1526 |
| | DISTRICT JUDGE: S. MAURICE HICKS, JR. |
| V. | MAG. JUDGE: KAYLA D. MCCLUSKY |
| LUCKY FAMILY, L.L.C., ET AL. | JURY TRIAL DEMANDED |

**JUDGMENT**

CONSIDERING *Defendant W. A. Lucky, III's Motion to Dismiss for Failure to State Civil Rights Claims*,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *Defendant W. A. Lucky, III's Motion to Dismiss for Failure to State Civil Rights Claims* is hereby granted.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs, Magnolia Island Plantation, L.L.C. and Barbara Marie Carey Lollar's, federal and state constitutional law claims, including plaintiffs' claims for a violation of due process under the federal and state constitutions, along with plaintiffs' claims under 42 U.S.C. § 1983 based thereon, be and are hereby dismissed with prejudice.

RENDERED, READ, AND SIGNED on this ____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE