UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION, L.L.C. § <br> and BARBARA MARIE CAREY LOLLAR § <br> Plaintiffs § <br> § <br> § <br> VS. § <br> § <br> LUCKY FAMILY, L.L.C., W.A. LUCKY, III, § <br> And BOSSIER PARISH SHERIFF JULIAN § <br> C. WHITTINGTON, in his official capacity § <br> Defendants § | CIVIL ACTION NO: 5:18-cv-01526 <br><br><br><br> DISTRICT JUDGE MAURICE HICKS <br><br><br><br> MAGISTRATE JUDGE KAREN HAYES |

**MOTION FOR SUMMARY JUDGMENT**

Now into Court, through undersigned counsel, comes Bossier Parish Sheriff Julian C. Whittington, in his official capacity and Kimberly Flournoy, in her individual capacity (hereinafter "BSO Defendants"), who moves for summary judgment upon each of Plaintiffs' claims against BSO Defendants as set forth more fully in the accompanying memorandum in support of summary judgment.

WHEREFORE, BSO Defendants pray that this Motion for Summary Judgment be granted, dismissing all Plaintiffs' claims against BSO Defendants, *with prejudice,* at their cost.

Respectfully submitted by:

LANGLEY & PARKS LLC

By:   S / Glenn L. Langley
    Glenn L. Langley, Bar Roll No. 8019
    Julianna P. Parks, Bar Roll No. 30658
4444 Viking Drive, Suite 100
Bossier City, Louisiana 71111
(318) 383-6422 Telephone
glangley@langleyparks.com

***Attorney for Julian C. Whittington,***
***Sheriff of Bossier Parish and Kimberly Flournoy***