**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MAGNOLIA ISLAND PLANTATION L L C ET AL** | **CASE NO.   5:18-CV-01526** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **LUCKY FAMILY L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion for Summary Judgment filed on November 30, 2022, by Kimberly Flournoy, Julian C Whittington was DEFICIENT for the following reason(s):

- ✓   No statement of material facts accompanied this motion for summary judgment. Please see LR56.1 for instructions regarding statements of material fact.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.