UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MAGNOLIA ISLAND PLANTATION L.L.C. and BARBARA MARIE CAREY LOLLAR** | : | **CIVIL ACTION NO. 5:18-CV-01526** |
| **VERSUS** | : | **HONORABLE JUDGE S. MAURICE HICKS, JR.** |
| **LUCKY FAMILY, L.L.C., W.A. LUCKY, III, and BOSSIER PARISH SHERIFF JULIAN C. WHITTINGTON** | : | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |

**OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION, REQUEST FOR ORAL ARGUMENT AND ALTERNATIVE MOTION TO AMEND AND SECOND ALTERNATIVE MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL**

NOW INTO COURT, through undersigned counsel, comes Lucky Family, L.L.C. ("Lucky Family"), which files the following opposition to Plaintiffs, Magnolia Island Plantation, L.L.C. ("Magnolia") and Barbara Marie Carey Lollar's ("Mrs. Lollar") (collectively the "Plaintiffs") *Motion for Reconsideration, Request for Oral Argument and Alternative Motion to Amend and Second Alternative Motion to Certify for Interlocutory Appeal* (the "Motion"),[1] as follows:

1.

Plaintiffs' Motion seeks relief through reconsideration or alternatively certification against each defendant in this matter, as the Motion asks this Court to reverse itself or certify its prior order[2] for appeal.

---
[1] R. Doc. 260 (motion), R. Doc. 260-1 (memorandum in support).
[2] R. Doc. 245.

2.

In an effort to not burden the Court with duplicative, and therefore unnecessary, briefing, Lucky Family incorporates herein and respectfully moves that Plaintiffs' Motion be denied for the reasons set forth in Defendant, W.A. Lucky, III's *Memorandum in Opposition to Plaintiffs' Motion for Reconsideration, Request for Oral Argument and Alternative Motion to Amend And Second Alternative Motion to Certify for Interlocutory Appeal* (Mr. Lucky's Opposition"),[3] which undersigned counsel has reviewed and believes set forth the relevant facts and legal considerations necessary for the Court's analysis of the Motion, and further, which Lucky Family joins.

3.

For the reasons articulated in Mr. Lucky's Opposition, which Lucky Family hereby adopts and incorporates herein by reference, Plaintiffs' Motion should be denied.

        Respectfully submitted,

        DOWNER, JONES, MARINO & WILHITE
        401 Market Street, Suite 1250
        Shreveport, LA 71101
        Tel: 318-213-4444
        Fax: 318-213-4445

        Allison A. Jones, Bar No. 16990, T.A.
        Marcus D. Sandifer, Bar No. 39326

        By:   */s/ Allison A. Jones*
        ATTORNEYS FOR LUCKY FAMILY, L.L.C.

---

[3] R. Doc.264.

The Touchstone Law Firm

  /s/ *David M. Touchstone*
David M. Touchstone, LA Bar No. 12874
2708 Village Lane
Bossier City, Louisiana 71112
Phone: (318) 752-8080
Facsimile: (318) 752-8426
Email: dmtouchstone@firstcommercetitle.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing was this date filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

Thus done and signed in Shreveport, Louisiana, this 27th day of December, 2024.

_/s/ Allison A. Jones_
OF COUNSEL
