# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MAGNOLIA ISLAND PLANTATION LLC, ET AL. | CIVIL ACTION NO. 18-1526 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUCKY FAMILY LLC, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

For the reasons stated in the accompanying Memorandum Ruling,

**IT IS ORDERED** that the Motion to Dismiss (Record Document 256) filed by Defendants Sheriff Julian Whittington, Deputy Kimberly Flournoy, Lucky Family, LLC, and W.A. Lucky, III's (collectively, "Defendants") is **DENIED**. The Court, in its wide discretion, will retain supplemental jurisdiction over the remaining state law claims asserted by Plaintiffs Magnolia Island Plantation, LLC and Barabara Marie Carey Lollar against Defendants. The Court finds its decision serves the best interest of judicial economy, convenience, and fairness.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of March, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE